# EXHIBIT A-2

Fulton County Superior Court
***EFILED***NY
Date: 8/16/2023 12:49 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | |
| | CASE NO. |
| v. | |
| | 23SC188947 |
| DONALD JOHN TRUMP, | |
| RUDOLPH WILLIAM LOUIS GIULIANI, | |
| JOHN CHARLES EASTMAN, | |
| MARK RANDALL MEADOWS, | |
| KENNETH JOHN CHESEBRO, | |
| JEFFREY BOSSERT CLARK, | |
| JENNA LYNN ELLIS, | |
| RAY STALLINGS SMITH III, | |
| ROBERT DAVID CHEELEY, | |
| MICHAEL A. ROMAN, | |
| DAVID JAMES SHAFER, | |
| SHAWN MICAH TRESHER STILL, | |
| STEPHEN CLIFFGARD LEE, | |
| HARRISON WILLIAM PRESCOTT FLOYD, | |
| TREVIAN C. KUTTI, | |
| SIDNEY KATHERINE POWELL, | |
| CATHLEEN ALSTON LATHAM, | |
| SCOTT GRAHAM HALL, | |
| MISTY HAMPTON a/k/a EMILY MISTY HAYES | |
| Defendants. | |

**MOTION FOR ENTRY OF PRETRIAL SCHEDULING ORDER**

COMES NOW, the State of Georgia, by and through Fulton County District Attorney Fani T. Willis, and requests this Honorable Court enter a pretrial scheduling order governing the deadlines for 23SC188947, State of Georgia v. Donald John Trump et al.

In light of Defendant Donald John Trump's other criminal and civil matters pending in the courts of our sister sovereigns[1], the State of Georgia proposes certain deadlines that do not conflict with these other courts' already-scheduled hearings and trial dates. Further, the proposed

---

[1] United States of America v. Donald J. Trump, 1:23-CR-00257-TSC (D. D.C.); United States of America v. Donald J. Trump et al., 9:23-CR-80101-AMC (S.D. Fl.); People of the State of New York v. Donald J. Trump, 71543-23 (S. Ct. N.Y. Cty., N.Y.); People of the State of New York v. Donald J. Trump et al., 451685/2020 (S. Ct. N.Y. Cty., N.Y.).

dates are requested so as to allow the Defendants' needs to review discovery and prepare for trial but also to protect the State of Georgia's and the public's interest in a prompt resolution of the charges for which the Defendants have been indicted. The State attaches to this Motion a proposed Pretrial Scheduling Order for the Court's consideration containing the State's proposed deadlines and other relevant dates.

    Respectfully submitted this 16th day of August, 2023.

                                  FANI T. WILLIS
                                  District Attorney
                                  Atlanta Judicial Circuit

                                  By:
                                  /s/Nathan J. Wade
                                  Nathan J. Wade
                                  Georgia Bar No. 390947
                                  Special Prosecutor
                                  Fulton County District Attorney's Office
                                  136 Pryor Street SW
                                  3rd Floor
                                  Atlanta, GA 30303

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | |
| v. | CASE NO. |
| | 23SC188947 |
| DONALD JOHN TRUMP, | |
| RUDOLPH WILLIAM LOUIS GIULIANI, | |
| JOHN CHARLES EASTMAN, | |
| MARK RANDALL MEADOWS, | |
| KENNETH JOHN CHESEBRO, | |
| JEFFREY BOSSERT CLARK, | |
| JENNA LYNN ELLIS, | |
| RAY STALLINGS SMITH III, | |
| ROBERT DAVID CHEELEY, | |
| MICHAEL A. ROMAN, | |
| DAVID JAMES SHAFER, | |
| SHAWN MICAH TRESHER STILL, | |
| STEPHEN CLIFFGARD LEE, | |
| HARRISON WILLIAM PRESCOTT FLOYD, | |
| TREVIAN C. KUTTI, | |
| SIDNEY KATHERINE POWELL, | |
| CATHLEEN ALSTON LATHAM, | |
| SCOTT GRAHAM HALL, | |
| MISTY HAMPTON a/k/a EMILY MISTY HAYES | |
| Defendants. | |

## [PROPOSED] PRETRIAL SCHEDULING ORDER

The following proposed Order shall govern this criminal case. Absent express permission from the Court, no exceptions, extensions, or waivers to the requirements set forth herein are allowed. The term "Defendant" refers to each of the named defendants individually.

**A. ARRAIGNMENT:**

1. Arraignment for the various Defendants shall take place the week of September 5, 2023.

2. The Clerk of Fulton County Superior Court shall mail to each Defendant and his/her counsel, if applicable, notice of this date at least five days prior to this date, pursuant to Georgia law.

**B. DISCOVERY:**

1. Defendant has until 10 days after arraignment to opt into reciprocal discovery as set forth in O.C.G.A. § 17-16-1 *et. seq*.

2. If Defendant elects to participate in reciprocal discovery pursuant to O.C.G.A. § 17-16-1 *et. seq*, all parties shall serve discovery materials then in its possession upon opposing counsel no later than September 29, 2023. Any additional discovery shall be provided to opposing counsel on a rolling basis and as soon as practicable once available within the time frames as set forth in O.C.G.A. § 17-16-4. If Defendant procures new counsel, it shall be the duty of the original attorney for the Defendant to provide all discovery served upon him/her to the new attorney.

**C. MOTIONS HEARINGS:**

1. All demurrers and claims of immunity are to be filed within ten (10) days of arraignment in accordance with O.C.G.A § 17-7-110.

2. All particularized motions and notices, including but not limited to (a) motions to suppress and (b) notices of evidence of other crimes, wrongs, or acts (including, but not limited to, 404(b) notices) shall be filed on or before October 31, 2023.

3. Hearings for motions filed by October 31 shall commence on December 11, 2023 and continue until completion.

4. Generalized and omnibus motions will not be considered by the Court. All motions shall specify, with particularity, the item, statement, and/or event at issue. Thus, for

example, a motion to suppress any and all statements is insufficient: the motion must identify the specific statement the movant is seeking to suppress, as well as the theory of suppression.

5. All motions in limine shall be filed at least five (5) days prior to the call of the trial.

**D. FINAL PRETRIAL CONFERENCE AND TRIAL DATES:**

1. The final pretrial conference shall be held on February 20, 2024.

2. The trial shall commence on March 4, 2024.

**EXTENSIONS OF DEADLINES MAY BE GRANTED WHEN REQUESTED IN WRITING AND GOOD CAUSE IS SHOWN.**

**SO ORDERED**, this _____ day of _____, 2023.

_____
**SCOTT MCAFEE**
Fulton County Superior Court
Atlanta Judicial Circuit