# EXHIBIT B-035

FILED IN OFFICE

JUL 19 2022

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

## NOTICE OF HEARING

On 15 July 2022, Burt Jones filed a motion to disqualify the District Attorney of Fulton County and her Special Prosecutor from any investigation into Jones's alleged connection to or knowledge about efforts to interfere with the lawful conduct of the 2020 general elections in Georgia. Jones is scheduled to appear on 26 July 2022 before the Special Purpose Grand Jury convened to investigate such possible electoral interference. Jones has requested a hearing on his motion; that hearing will occur on **21 July 2022 at 2:00pm in Courtroom 8-D**. Should the District Attorney wish to have any pre-hearing pleadings considered, they must be filed by close of business today.

SO ORDERED this 19th day of July 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit