# EXHIBIT B-048

FILED IN OFFICE

AUG 0 1 2022

DEPUTY CLERK/SUPERIOR COURT
FULTON COUNTY, GA

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

IN RE:                              )
                                    )      **2022-EX-000024**
SPECIAL PURPOSE GRAND JURY          )
                                    )      **Judge Robert C. I. McBurney**
                                    )
                                    )

## MOTION FOR LEAVE TO FILE UNDER SEAL
## PURSUANT TO UNIFORM SUPERIOR COURT RULE 21

**COMES NOW** the State of Georgia, by and through undersigned counsel, and moves this

court for leave to file a subsequent motion under seal pursuant to Uniform Superior Court Rule 21,

and in support says as follows:

1) The State submits that the filing contains sensitive information, the public disclosure

   of which would cause certain harm to the privacy of persons in interest that clearly

   outweighs the public's interest in disclosure.

2) The State requests that the filing, any subsequent pleading related to the filing made

   by any party, any subsequent order of the Court related to the filing, and any other

   item which may be made part of the record at any time related to the filing including

   any document or other thing admitted as evidence in any subsequent hearing related

   to the filing, be sealed in their entirety unless and until such time that the Court enters

   a further order unsealing them.

3) Further, should the Court hold a hearing on this matter, the State respectfully requests

that the hearing be held in camera and that only the interested parties and their

counsel be in attendance due to the sensitive nature of the request.

Respectfully submitted this the 1st day of August, 2022,

**FANI T. WILLIS**
**DISTRICT ATTORNEY**

**Will Wooten, Bar No. 410684**
Deputy District Attorney
Atlanta Judicial Circuit
136 Pryor Street Southwest
Third Floor
Atlanta, Georgia 30303

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to File Under Seal Pursuant to Uniform Superior Court Rule 21 has been served upon Holly A. Pierson and Kimberly Bourroughs Debrow, counsel for the persons in interest, via electronic mail, this the 1st day of August, 2022,

**Will Wooten, Bar No. 410684**
Deputy District Attorney
Atlanta Judicial Circuit
136 Pryor Street Southwest
Third Floor
Atlanta, Georgia 30303