# EXHIBIT B-057

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE

AUG 0 8 2022

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

### RULE NISI

PLEASE TAKE NOTICE that a hearing on Rudolph William Louis Giuliani's Emergency Motion to Continue Hearing/Grand Jury Appearance is set before Judge Robert C.I. McBurney on the 9th day of August 2022, at 12:30 p.m., in Courtroom 8-D.

SO ORDERED this 8th day of August 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit