# EXHIBIT B-067

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA



V.

CASE NO. 2022-EX-000024

**REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS.**

Pursuant to Rule 22 of the Uniform Rules for Superior Court regarding Use of Electronic Devices in Courtrooms and Recording of Judicial Proceedings, the undersigned hereby requests permission to use a recording device in **Courtroom 8D** in order to x☒record images and/or x☒sound during all or portions of the proceedings in the above captioned case/calendar.

Consistent with the provisions of the rule, the undersigned desires to use the following described **recording device(s):** x☒computer of any size, including a tablet, a notebook, and a laptop; x☒smart phone, a cell phone or other wireless phone; x☐ camera and other audio or video recording devices x☒ any similar devices small audio recorders, still camera.

The proceedings that the undersigned desires to record commence on *(date and time)***10:30 am Aug. 25, 2022**. Subject to direction from the court regarding possible pooled coverage, the undersigned wishes to use this device in the courtroom on *(date and time)***10:30 a.m. Aug. 25, 2022**.

The personnel who will be responsible for the use of this recording device are: *(identify appropriate personnel or individual)***Margaret Newkirk, Brett Pulley, Bloomberg photographer**.

The undersigned hereby certifies that the device to be used and the locations and operation of such device will be in conformity with Rule 22 and any

guidelines issued by the court.

**\*Notice to Requesting Agency or Individual\***

**In order to be deemed timely by the Court, this request must be submitted 24 business hours prior to the proceeding for which it is requested due to mandatory notice requirements.**

<u>Bloomberg News</u>
<u>(News Agency/Media Outlet/Law Firm/Individual Representative)</u>

<u>mnewkirk@bloomberg.net</u>
<u>(Email Address)</u>

<u>404-249-7054</u>
<u>(Phone Number)</u>

**ORDER APPROVING/DISAPPROVING REQUEST:**

The request is:
☒ Approved
☐ Disapproved

The requesting agency:
☐ Shall be pool for its media
☒ Shall not be pool for its media

Under no circumstances is this rule to be construed as permission for filming, recording, or photography in any other area of the courthouse or courtroom other than that for which permission is given. The undersigned understands and acknowledges that a violation of Rule 22 and any guidelines issued by the court may be grounds for removal or exclusion from the courtroom and a willful violation may subject the undersigned to penalties for contempt of court.

So ORDERED this 23rd day of ____August____, 2022.

_____
Judge of Superior Court of Fulton County