# EXHIBIT B-092

FILED IN OFFICE

SEP 0 6 2022

DEPUTY CLERK, SUPERIOR COURT
FULTON COUNTY, GA

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **2022-EX-000024** |
| **SPECIAL PURPOSE GRAND JURY** | ) | |
| | ) | **Judge Robert C. I. McBurney** |

## MOTION FOR IN CAMERA PROCEEDING

COMES NOW the State of Georgia, by and through undersigned counsel, and files this Motion in response to the Opposition to State's Motion for Leave to File Under Seal filed on August 30, 2022 by counsel for Mark Amick, Joseph Brannan, Brad Carver, Vikki Townsend Consiglio, John Downey, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, David Shafer, Shawn Still, and C.B. Yadav.

The State reiterates that its August 1, 2022 Motion for Leave to File Under Seal Pursuant to Uniform Superior Court Rule 21 was filed to protect the integrity of the Special Purpose Grand Jury process and the privacy and rights of the aforementioned 11 witnesses before said Special Purpose Grand Jury.

The State hereby requests that this Honorable Court promptly hold on a date certain an in camera proceeding to consider the State's request to file under seal, in which only the interested parties and their counsel be in attendance due to the sensitive nature of the request

Respectfully submitted, this the 6th day of September, 2022.

FANI T. WILLIS
DISTRICT ATTORNEY

Will Wooten, Bar No. 410684
Deputy District Attorney
Atlanta Judicial Circuit
136 Pryor Street Southwest
Third Floor
Atlanta, Georgia 30303

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for In Camera Proceeding has been served upon Holly A. Pierson and Kimberly Bourroughs Debrow, counsel for the persons in interest, via electronic mail, this the 6th day of September, 2022.

**Will Wooten, Bar No. 410684**
Deputy District Attorney
Atlanta Judicial Circuit
136 Pryor Street Southwest
Third Floor
Atlanta, Georgia 30303