# EXHIBIT B-097

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

IN RE:

**SPECIAL PURPOSE GRAND JURY**

CASE NO.
2022-EX-000024

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Miles M. Hart (Applicant), hereby applies to this Honorable Court for admission to practice in the above-styled matter *pro hac vice*. In support of this application, Applicant states as follows:

1. 

2. My business address is:

    Spotswood Sansom & Sansbury LLC
    505 20th Street North, Suite 700
    Birmingham, AL 35203
    United States
    Phone: 205-986-3650
    Fax: 205-986-3639
    mhart@spotswood.com

3. I have been retained to represent the following client:

    Bobby Lee Christine
    
    No additional Clients

4. I am a member in good standing of the following jurisdictions:

   Jurisdiction: Supreme Court of Alabama/all state courts
   Date admitted: 9/27/1996
   Current Status: Active
   Bar/Registration No.: ASB 1035-T66M

   Jurisdiction: US District Court/NDAL
   Date admitted: 7/21/22
   Current Status: Active
   Bar/Registration No.: ASB 1035-T66M

5. I have never been a member of the State Bar of Georgia.

6. I have never been denied *pro hac vice* admission in Georgia.

7. I have never had *pro hac vice* admission revoked in Georgia.

8. I have never been sanctioned or formally disciplined by a court in Georgia.

9. I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13. My local sponsor is:

    Jess Randall Nix
    Bar Number: 023008
    Spotswood Sansom & Sansbury LLC

505 20th Street North, Suite 700
Birmingham, AL 35203
205-986-3620
jnix@spotswood.com

14. I am currently representing the client listed above in matters related to this proceeding:

The client is a former U.S. Attorney who has been subpoenaed to testify before the Fulton County Special Purpose Grand Jury. I represent the client on related matters before the U.S. DOJ OIG, the House Select Committee on the Events of January 6, and in a federal grand jury proceeding in the District of Columbia that is being conducted by the Criminal Division of the U.S. DOJ.

15. Is there any additional information that you would like to provide to the Court?:

I have over twenty five years of legal experience as a state prosecutor, as a federal prosecutor, and as a criminal defense attorney. I've conducted grand juries and special grand juries in both the state and federal systems as a prosecutor, and I've advised many clients on the same as a defense attorney.

16. When I file my application I will forward a copy to the State Bar of Georgia along with a check made payable to the State Bar of Georgia in the amount of $275, as I have not submitted the annual fee for this calendar year.

I, Miles M. Hart, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

This __15th__ day of __September__, 20__22__

_____
Applicant

Sworn to before me this __15__ day of __September__, 20__22__

_____
Notary Public
My commission expires __Jan. 20, 2024__

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

**IN RE:**  
**SPECIAL PURPOSE GRAND JURY**

**CASE NO.**  
**2022-EX-000024**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2022, a true copy of this Application was delivered to the following persons by hand delivery: Chief Senior Assistant District Attorney Donald Wakeford of the Fulton County District Attorney's Office.

Filed on this _15th_ day of _September_, 2022

_____  
**Jess Randall Nix**  
**023008**