# EXHIBIT B-099



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

## ORDER SEALING ORDER

The attached Order is being filed under seal. It relates to the operations of the special purpose grand jury and contains identifying information of one or more grand jurors. The Court specifically finds that the harm that would result from disclosure of the attached Order to the privacy of a person in interest clearly outweighs the public interest in the substance of the attached Order. It is therefore proper for the Order to be sealed pursuant to Uniform Superior Court Rule 21.2.

SO ORDERED this 23rd day of September 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

1