# EXHIBIT B-103



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

IN RE 2 MAY 2022 SPECIAL PURPOSE
GRAND JURY

2022-EX-000024

## ORDER SEALING MOTION

The attached motion is being filed under seal. Concomitantly with this sealed filing, the Court is filing an unsealed redacted version of the motion. The Court, having reviewed the attached motion and assessed the proposed (and accepted) redactions, finds that the District Attorney's compelling interest in protecting the ongoing investigation into possible criminal electoral interference is sufficient to justify sealing the unredacted motion. *See United States v. Valenti*, 987 F.2d 70, 714 (11th Cir. 1993); *In re Four Search Warrants*, 945 F. Supp. 1563 (N.D. Ga. 1996). The Court additionally finds that the redacted portions of the motion -- containing sensitive, non-public investigative information -- "are not subject to disclosure under [Uniform Superior Court Rule] 21 because they do not fall within that which USCR 21 embodies: they are not court records to which the public and press in Georgia have traditionally enjoyed access." *In re Gwinnett Cnty. Grand Jury*, 284 Ga. 510, 512 (2008).

SO ORDERED this 3rd day of October 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

1