# EXHIBIT B-127



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

### ORDER DISSOLVING SPECIAL PURPOSE GRAND JURY AND SETTING HEARING ON QUESTION OF PUBLICATION

On 20 January 2022, the District Attorney of Fulton County petitioned the Chief Judge of the Superior Court of Fulton County to convene the entire Superior Court bench to consider the District Attorney's request for a special purpose grand jury. That grand jury's charter, if approved, would be to conduct a criminal investigation into "the facts and circumstances relating directly or indirectly to possible attempts to disrupt the lawful administration of the 2020 elections in the State of Georgia" and to prepare a report on whether anyone should be prosecuted for such potential crimes. On 24 January 2022, the Chief Judge, having received a majority of the twenty judges' assent, issued an Order authorizing the convening of a special purpose grand jury for this criminal investigation.

On 2 May 2022, the special purpose grand jury was selected and sworn in; in June 2022 it began receiving evidence and investigating the possibility of criminal interference in the 2020 general election. The special purpose grand jury, after many months of witness testimony, has now issued its final report pursuant to O.C.G.A. § 15-12-101(a). Based on the completion of that report, the undersigned subsequently recommended to the Honorable Chief Judge Ural Glanville that the special purpose grand jury be dissolved. O.C.G.A. § 15-12-101(b). Chief Judge Glanville then polled the entire Superior Court bench, a majority of which voted to dissolve the special purpose grand jury. *Id.*

Given the special purpose grand jury's delivery of its final report, the undersigned's recommendation, and the Superior Court bench's vote, it is the ORDER of this Court that the special purpose grand jury now stands DISSOLVED. The Court thanks the grand jurors for their dedication, professionalism, and significant commitment of time and attention to this important matter. It was no small sacrifice to serve.

Remaining is the question of publication of the final report. The special purpose grand jury certified that it voted to recommend that its report be published pursuant to O.C.G.A. § 15-12-80. That provision is mandatory: "the judge shall order the publication as recommended." And that provision appears to apply to the work of special purpose grand juries. O.C.G.A. § 15-12-102. Unresolved is the question of whether the special purpose grand jury's final report constitutes a presentment. The Court invites argument on this issue and sets the matter down for a hearing on **24 January 2023 at noon in Courtroom 8-D**. The District Attorney's Office shall be given an opportunity at that time to provide its perspective as will any consolidated media intervenors. Argument should focus on the applicability of O.C.G.A. § 15-12-80 to the special purpose grand jury's work as well as the precedential impact of *In re July-August, 2003 DeKalb Cnty. Grand Jury*, 265 Ga. App. 870, 872-73 (2004); *In re Floyd Cnty. Grand Jury Presentments for May Term 1996*, 225 Ga. App. 705, 707 (1997); and *Kelley v. Tanksley*, 105 Ga. App. 65, 66-67 (1961).

SO ORDERED this 9th day of January 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

2