# EXHIBIT B-143



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

## ORDER ENTERING PORTIONS OF SPECIAL PURPOSE GRAND JURY'S FINAL REPORT INTO COURT RECORD

On 13 February 2023, the undersigned entered an Order directing the publication, pursuant to O.C.G.A. § 15-12-80 and consistent with the holding in *Thompson v. Macon-Bibb Cnty. Hosp. Auth.*, 246 Ga. 777 (1980), of certain portions of the Special Purpose Grand Jury's final report that sets forth its findings and recommendations to the District Attorney of Fulton County concerning its investigation into possible criminal interference in the 2020 general election in Georgia. Those three portions are attached to this Order as Exhibits A – C. The Clerk is directed to make this Order and its attachments available to the public.

SO ORDERED this 16th day of February 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

1

# EXHIBIT A

# to Order of 16 February 2023

# 2022-EX-000024

# SPECIAL PURPOSE GRAND JURY REPORT

This Special Purpose Grand Jury (herein referred to as "the Grand Jury") was impaneled pursuant to an Order dated January 24, 2022 by Christopher S. Brasher, Chief Judge of the Superior Court of Fulton County, Atlanta Judicial Circuit. The Grand Jury consisted of twenty-six Fulton County residents, three of whom were alternates. On any day testimony was received or deliberations were had, the number of jurors present ranged between sixteen and twenty-four as availability allowed. Pursuant to statute, if we had our needed quorum of sixteen jurors present, we could do business with that.

The Grand Jury was impaneled to investigate a specific issue: the facts and circumstances relating directly or indirectly to possible attempts to disrupt the lawful administration of the 2020 presidential elections in the State of Georgia.

This Grand Jury was selected on May 2nd, 2022 and first heard evidence on June 1st, 2022. We continued to hear evidence and receive information into December 2022. The Grand Jury received evidence from or involving 75 witnesses during the course of this investigation, the overwhelming majority of which information was delivered in person under oath. The Grand Jury also received information in the form of investigator testimony and various forms of digital and physical media. Pursuant to Georgia law, a team of assistant district attorneys provided the Grand Jury with applicable statutes and procedures. Any recommendation set out herein is the sole conclusion of the Grand Jury based on testimony presented, facts received, and our deliberations.

Following is the final report of the Special Purpose Grand Jury. We set forth for the Court our recommendations on indictments and relevant statutes, including the votes by the Grand Jurors. This includes the votes respective to each topic, indicated in a "Yea/Nay/Abstain" format throughout. The total number of Grand Jurors who placed a vote on each topic has been indicated in each section. Footnotes have been added in certain places where a juror requested the opportunity to clarify their vote for any reason. Each applicable statute is referenced by citation

1  number. Attached to this document as Appendix A is a complete set of Georgia
2  statutes referenced below.
3      The Grand Jury heard extensive testimony on the subject of alleged election
4  fraud from poll workers, investigators, technical experts, and State of Georgia
5  employees and officials, as well as from persons still claiming that such fraud took
6  place. We find by a unanimous vote that no widespread fraud took place in the
7  Georgia 2020 presidential election that could result in overturning that election.
8

# EXHIBIT B

# to Order of 16 February 2023

# 2022-EX-000024

13                                              VIII.

14        A majority of the Grand Jury believes that perjury may have been committed
15  by one or more witnesses testifying before it. The Grand Jury recommends that the
16  District Attorney seek appropriate indictments for such crimes where the evidence is
17  compelling.

18                                           CONCLUSION

19

20        The Grand Jury wishes to acknowledge the hardworking attorneys and staff of
21  the Fulton County District Attorney's office. Any legal errors contained in this report
22  should not be laid at their feet, however, because that Office had nothing to do with
23  the recommendations contained herein.

24        If this report fails to include any potential violations of referenced statutes that
25  were shown in the investigation, we acknowledge the discretion of the District
26  Attorney to seek indictments where she finds sufficient cause. Furthermore, this
27  Grand Jury contained no election law experts or criminal lawyers. The majority of
28  this Grand Jury used their collective best efforts, however, to attend every session,
29  listen to every witness, and attempt to understand the facts as presented and the laws
30  as explained.

1    If the Court finds this report to have satisfied the purpose of the Special
2  Purpose Grand Jury as impaneled, we request that we be formally discharged from
3  our service.
4
5
6  This 15th day of December, 2022
7
8                                                                  ____/s/____▮▮▮▮▮▮▮▮▮▮____
9                                                                  Foreperson ▮▮▮▮▮▮▮▮▮
10
11                                                                 ____/s/____▮▮▮▮▮▮▮▮▮____
12                                                                 Deputy Foreperson ▮▮▮▮▮▮▮
13

# EXHIBIT C

# to Order of 16 February 2023

## 2022-EX-000024

### Addendum to Special Purpose Grand Jury Final Report

The undersigned Special Purpose Grand Jury Foreperson and Deputy Foreperson hereby make this Addendum to the Special Purpose Grand Jury Final Report to clarify two matters:

1. Before its dissolution, the Special Purpose Grand Jury voted to recommend that the Special Purpose Grand Jury Final Report be published. The Special Purpose Grand Jury did not recommend a manner or time for such publication.
2. At no time were 24 or more jurors present when evidence was received. 24 jurors, including alternates, were present only at an introductory meeting at the Fulton County Courthouse on May 12, 2022.



Foreperson

Deputy Foreperson