# EXHIBIT B-152

ORIGINAL

FILED IN OFFICE
APR 28 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

IN RE: SPECIAL PURPOSE GRAND ) Case No.: 2022-EX-000024
JURY )
)
)

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kieran J. Shanahan of Shanahan Law Group, PLLC hereby makes his appearance on behalf of Cathleen A. Latham. Please note this appearance for all official court records and service of pleadings and notices. His contact information is as follows:

> Kieran J. Shanahan, GASB# 637574
> Shanahan Law Group, PLLC
> 128 E. Hargett Street, Suite 300
> Raleigh, North Carolina 27601
> Telephone: (919) 856-9494
> kieran@shanahanlawgroup.com

This the 28th day of April, 2023.

SHANAHAN LAW GROUP, PLLC

By: _____
Kieran J. Shanahan, GASB# 637574
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
kieran@shanahanlawgroup.com
*Counsel for Cathleen A. Latham*

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

IN RE: SPECIAL PURPOSE GRAND ) Case No.: 2022-EX-000024
JURY )
)
)

## CERTIFICATE OF SERVICE

Undersigned counsel hereby confirms that on April 28, 2023 it served the above and foregoing Notice of Appearance via email and United States Mail, First Class, postage prepaid to:

>District Attorney Fani Willis
>Fulton County Justice Center
>Office of the District Attorney
>136 Pryor St. SW, Third Floor
>Atlanta, GA 30303
>fani.willisda@fultoncountyga.gov

>Drew Findling
>Findling Law Firm
>3575 Piedmont Road NE, Suite 1010
>Atlanta, GA 30305
>drew@thefindlinglawfirm.com

SHANAHAN LAW GROUP, PLLC

By: _Kieran J. Shanahan_
Kieran J. Shanahan, GASB# 637574
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
kieran@shanahanlawgroup.com
*Counsel for Cathleen A. Latham*

2