# EXHIBIT B-153

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA



| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

### SCHEDULING ORDER

On 28 April 2023, Cathleen Latham, one of the "alternate" electors advanced by Georgia's Republican Party in the aftermath of the 2020 general election in Georgia, filed a motion joining former President Trump's motion seeking to quash the final report of the Special Purpose Grand Jury in this matter. Both motions also seek the disqualification of the Fulton County District Attorney's Office from any further investigation into or prosecution of any alleged interference with the 2020 general election. So that all arguments can be considered together, the District Attorney's Office deadline for filing a combined response is extended to 15 May 2023.

SO ORDERED this 1st day of May 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit