# EXHIBIT B-160



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

## ORDER ON ADDITIONAL BRIEFING

On 20 March 2023, former President Trump filed a motion to quash the Special Purpose Grand Jury's Final Report and to recuse the Fulton County District Attorney's Office from further investigation into/prosecution of alleged interference with the 2020 general election in Georgia. On 28 April 2023, Cathleen Latham, one of the "alternate" electors advanced by Georgia's Republican Party in the aftermath of the 2020 general election, filed a motion joining former President Trump's motion. On 15 May 2023, the District Attorney responded to the two motions and certain media intervenors did the same. On 16 May 2023, former President Trump lodged a "request" to file a reply to the District Attorney and the media intervenors' responses.

To date, the Court has received well over *five hundred* pages of briefing, argument, and exhibits on the issues raised by former President Trump and Ms. Latham. That is plenty. There will be no more briefing unless it is solicited, in writing, by the Court.

SO ORDERED this 19th day of May 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit