# EXHIBIT B-162




IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

FILED IN OFFICE
MAY 2 2 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE: SPECIAL PURPOSE GRAND JURY

Case No. 2022-EX-000024
Judge Robert C.I. McBurney

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, David K. Kessler (Applicant), hereby apply to this Honorable Court for admission to practice in the above-styled case *pro hac vice*.

In support of this application, Applicant states as follows:

1. ███████████████████████

2. My business address is:
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 6th Ave
New York, New York 10019
USA
Phone: 212-373-3614
dkessler@paulweiss.com

3. I have been retained to represent the following client(s):

Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu

c/o Brian Kammer
241 E Lake Dr
Decatur, GA 30030
678-235-4964

4. I am a member in good standing of the following jurisdictions:
Jurisdiction: U.S. Court of Appeals, 2nd Circuit
Date Admitted: 03/27/2015
Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals, 9th Circuit
Date Admitted: 11/07/2013

Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court, Eastern District of New York
Date Admitted: 11/03/2011
Still Admitted: Yes
Bar/Registration No.: DK5304

Jurisdiction: U.S. District Court, Southern District of New York
Date Admitted: 12/14/2010
Still Admitted: Yes
Bar/Registration No.: DK0582

Jurisdiction: U.S. Court of Appeals, D.C. Circuit
Date Admitted: 04/15/2010
Still Admitted: Yes
Bar/Registration No.: 52798

Jurisdiction: New York, 2nd Department
Date Admitted: 03/24/2010
Still Admitted: Yes
Bar/Registration No.: 4761938

5. I have never been a member of the State Bar of Georgia.

6. I have never been denied *pro hac vice* admission in Georgia.

7. I have never had *pro hac vice* admission revoked in Georgia.

8. I have never been sanctioned or formally disciplined by a court in Georgia.

9. I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13. My local sponsor is:

Brian S. Kammer
Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
678-235-4964

14. When I file my application I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed for this calendar year.

I, David K. Kessler, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

_____
This 19th day of May, 2023

Applicant Sworn to before me this 18 day of May, 2023

Tija Odoms

TIJA ODOMS
Notary Public, State of New York
No. 01OD6443426
Qualified in New York County
Commission Expires November 7, 2026

**Notary Public**

**My commission expires**

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| IN RE:<br>SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024 |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little  
Jennifer Little Law, LLC  
Jlittle@jllaw.com  

Drew Findling  
Marissa Goldberg  
Findling Law Firm  
drew@findlinglawfirm.com  
marissa@findlinglawfirm.com  

Kieran J. Shanahan  
Shanahan Law Group, PLLC  
kieran@shanahanlawgroup.com  

Fani T. Willis  
Will Wooten  
Office of the District Attorney  
Fani.willisda@fultoncountyga.gov  
Will.wooten@fultoncountyga.gov  

This 22nd day of May 2023.

　　　　　　　　　　　　　　　　　　　　Brian Kammer  
　　　　　　　　　　　　　　　　　　　　Ga. Bar No. 406322  
　　　　　　　　　　　　　　　　　　　　241 E Lake Dr  
　　　　　　　　　　　　　　　　　　　　Decatur, GA 30030  
　　　　　　　　　　　　　　　　　　　　Tel: (678) 235-4964  
　　　　　　　　　　　　　　　　　　　　attybkammer@gmail.com