# EXHIBIT B-166

FILED IN OFFICE
MAY 22 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

# IN THE SUPERIOR COURT OF FULTON COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| IN RE: SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024<br>Judge Robert C.I. McBurney |

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Maithreyi Ratakonda, hereby apply to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:

1. [redacted]

2. My business address is:
States United Democracy Center
1 Liberty Plaza
165 Broadway,
23rd Floor, Office 2330
New York, New York 10006
Phone: 914-357-1638
mai@statesuniteddemocracy.org

3. I have been retained to represent the following client(s):

| | |
|---|---|
| Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu | c/o Brian Kammer<br>241 E Lake Dr<br>Decatur, GA 30030 |

4. I am a member in good standing of the following jurisdictions:
Jurisdiction: New York Bar
Date admitted: 11/28/2012
Still admitted: Yes
Bar/RegistrationNo.:5060124

Jurisdiction: U.S. Supreme Court
Date admitted: 3/24/2020
Still admitted: Yes
Bar/Registration No.: 312722

Jurisdiction: U.S. Court of Appeals for the Fourth Circuit
Date admitted: 6/26/2019
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for the Sixth Circuit
Date admitted: 4/22/2020
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for the Eighth Circuit
Date admitted: 5/24/2016
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for the Eleventh Circuit
Date admitted: 9/17/2014
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court for the Southern District of New York
Date admitted: 5/6/2014
Still admitted: Yes
Bar/Registration No.: N/A

5. I have never been a member of the State Bar of Georgia.

6. I have never been denied *pro hac vice* admission in Georgia.

7. I have never had *pro hac vice* admission revoked in Georgia.

8. I have never been sanctioned or formally disciplined by a court in Georgia.

9. I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13. My local sponsor is:
    Brian S. Kammer
    Bar No. 406322
    241 E Lake Dr
    Decatur, GA 30030
    678-235-4964

14. When I file my application, I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed this calendar year.

I, Maithreyi Ratakonda, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

This 18 day of May, 2023

Applicant Sworn to before me this 18 day of May, 2023

_____
Notary Public

My commission expires Aug 26. 2024



GARY HIRSCH
COMM. #2332623
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. Aug. 26, 2024

# IN THE SUPERIOR COURT OF FULTON COUNTY

# STATE OF GEORGIA

| | |
|---|---|
| IN RE:<br>SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024 |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 22nd day of May 2023.

Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com