# EXHIBIT B-169

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

FILED IN OFFICE

MAY 2 4 2023

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

---

IN RE: SPECIAL PURPOSE GRAND JURY

Case No. 2022-EX-000024
Judge Robert C.I. McBurney

---

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Norman L. Eisen, hereby apply to

this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of

this application, Applicant states as follows:

1.     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

2.     My business address is:
   States United Democracy Center
   1107 17th Street NW
   Suite 250
   Washington, D.C. 20036
   Phone: (202) 999-9305
   Norm@statesuniteddemocracy.org

3.     I have been retained to represent the following client(s):

   | Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu | c/o Brian Kammer<br>241 E Lake Dr<br>Decatur, GA 30030<br>(678) 235-4964 |
   |---|---|

4.     I am a member in good standing of the following jurisdictions:
   Jurisdiction: District of Columbia Bar
   Date admitted: 11/13/1992
   Still admitted: Yes
   Bar/Registration No.: 435051

   Jurisdiction: Maryland Bar
   Date admitted: 12/17/1991
   Still admitted: Yes
   Current Status: Active
   Bar/Registration No.: 9112170186

   Jurisdiction: U.S. District Court, District of Columbia
   Date admitted: 2/1/1993
   Still admitted: Yes
   Current Status: Active
   Bar/Registration No.: 435051

Jurisdiction: U.S. District Court, District of Maryland
Date admitted: 3/27/1992
Still admitted: Yes
Current Status:  Active
Bar/Registration No.: 09460

Jurisdiction: U.S. Court of Appeals, District of Columbia
Date admitted: 1/27/1993
Still admitted: Yes
Bar/Registration No.: 435051

Jurisdiction: U.S. Supreme Court
Date admitted: 10/3/2005
Still admitted: Yes
Current Status:  Active
Bar/Registration No.: 256463

5.      I have never been a member of the State Bar of Georgia.

6.      I have never been denied *pro hac vice* admission in Georgia.

7.      I have never had *pro hac vice* admission revoked in Georgia.

8.      I have never been sanctioned or formally disciplined by a court in Georgia.

9.      I have never been the subject of any formal disciplinary proceedings.

10.     I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11.     In the past two years I have not filed for *pro hac vice* admission in Georgia.

12.     I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13.     My local sponsor is:
        Brian S. Kammer
        Bar No. 406322
        241 E Lake Dr
        Decatur, GA 30030
        678-235-4964

14.     When I file my application, I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed this calendar year.

I, Norman L. Eisen, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

**This  19th day of May, 2023**

**Applicant Sworn to before me this 19th day of May, 2023**

**Notary Public**

**My commission expires**

**My Commission Expires**
**July 31, 2027**

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

**IN RE:**
**SPECIAL PURPOSE GRAND JURY**

**Case No. 2022-EX-000024**

### CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing

document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 24th day of May 2023.

Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com