# EXHIBIT B-172

ORIGINAL

FILED IN OFFICE

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

AUG 0 4 2023

CHE ALEXANDER
Clerk of Superior Court
Fulton County. Georgia

**In re:  Special Purpose
Grand Jury**

No. ~~22EX24 065024~~
2022 -EV-060024

## NOTICE OF APPEAL

Notice is given that President Donald J. Trump appeals to the Supreme Court of Georgia from the Court's 31 July 2023 order denying his motion to quash the special purpose grand jury's report and disqualify the district attorney.

**The Appellant.** The Appellant is President Donald J. Trump, who was the movant of the motion to quash. He is represented on appeal by:

DREW FINDLING

&

MARISSA GOLDBERG
**Findling Law Firm**
3575 Piedmont Road
Tower 15, Suite 1010
Atlanta, Georgia 30305;

JENNIFER LITTLE
**Jennifer Little Law, LLC**
400 GALLERIA Parkway SE
Suite 1920
Atlanta, Georgia 30339;

and

BRANDON A. BULLARD
**The Bullard Firm, LLC**
1827 Powers Ferry Road SE
Building 11, Suite 250
Atlanta, Georgia 30339.

1

**The Record.** The Clerk should omit nothing from the record on appeal. The Clerk should include hearing transcripts from:

- 25 July 2022;

- 25 August 2022;

- 24 January 2023; and

- All exhibits tendered during any proceeding in a reviewable form, whether admitted in evidence or not, *see* OCGA §§ 5-6-41(d) & 43(a).

**Jurisdiction.** Jurisdiction is proper in the Supreme of Georgia. Under Art. VI, § VI, ¶ II(1) of the Georgia Constitution of 1983, the Supreme Court has exclusive appellate jurisdiction in "all cases in which the constitutionality of a law ... has been drawn in question." President Trump challenged in this proceeding the constitutionality of Geogia's special purpose grand jury scheme (OCGA § 15-12-100 *et seq.*), and he intends to urge those same grounds on appeal. President Trump has properly invoked the Supreme Court's jurisdiction under OCGA §§ 5-6-34(a)(1) and 38(a).

Submitted on August 4, 2023 by:

DREW FINDLING (Signed w/ express permission
Ga. Bar No. 260425  by Manos-Goldbery)

MARISSA GOLDBERG
Ga. Bar No. 672798

**Findiing Law Firm**
3575 Piedmont Road
Tower 15, Suite 1010
Atlanta, Georgia 30305

(404) 460-4500
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

_Jennifer Little_
JENNIFER LITTLE *(Signed w/ express permission*
Ga. Bar No. 141596 *by Manna Goldberg)*

**Jennifer Little Law, LLC**
400 Galleria Parkway SE
Suite 1920
Atlanta, Georgia 30339

(404) 947-7778
jlittle@jllaw.com

_Brandon A. Bullard_
BRANDON A. BULLARD *(signed w/ express*
Ga. Bar No. 109207     *permission by*
                       *Manna Goldberg)*

**The Bullard Firm, LLC**
1827 Powers Ferry Road SE
Building 11, Suite 250
Atlanta, Georgia 30339

(404) 954-0598
(404) 977-4689
brandon@bullardappeals.com

*Counsel for President Donald J. Trump*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing: <u>NOTICE OF APPEAL</u>

was served on:

Fulton County District Attorney Fani T. Willis
F. McDonald Wakeford
Will Wooten
Nathan Wade
Fulton County District Attorney's Office
*By E-mail and Hand Delivery*

Kieran J. Shanahan
Shanahan Law Group, PLLC
*By E-mail*

Thomas M. Clyde
Lesli N. Gaither
Kurtis G. Anderson
Kilpatrick Townsend & Stockton LLP
*By E-mail*

Brian Kammer
*By E-mail*

This 4th day of August, 2023

MARISSA GOLDBERG
*Ga. Bar No. 672798*