IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA,<br><br>v.<br><br>JEFFREY BOSSERT CLARK,<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-03721-SCJ<br><br>RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |

## ORDER

This matter appears before the Court on Defendant Jeffery Clark's Emergency Motion to Stay the State criminal proceeding at issue in his removal action.[1] Doc. No. [2]. In order for the Court to promptly address this Motion, the Court **ORDERS** the Fulton County District Attorneys' Office, who is prosecuting the underlying State criminal case, to respond to Clark's Motion to Stay by **3p.m. tomorrow, Wednesday August 23, 2023**. This response may not exceed **25 pages**. No reply will be permitted.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

IT IS SO ORDERED this 22nd day of August, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE