IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA, <br><br> v. <br><br> JEFFREY BOSSERT CLARK, <br><br> DEFENDANT. | Case No. 1:23-cv-3721-SCJ <br> (Related to: <br><br> Case No. 1:23-cv-03621-SCJ) <br><br> Judge Steve C. Jones <br><br><br> On removal from the Fulton County Superior Court |

## NOTIE OF FILING

The undersigned counsel for Jeffrey Bosset Clark gives this Notice of Filing Exhibit C to the Notice of Removal filed on August 21, 2023 in the above-referenced case.

This 22nd day of August 2023.

            Respectfully submitted,

            */s/ Harry W. MacDougald*
            Harry W. MacDougald
            Georgia Bar No. 463076

Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

Attorney for Jeffrey B. Clark

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

The undersigned hereby certifies that this filing was prepared in the Times New Roman size 14 font, in compliance with L.R. 5.1.

This 21st day of August 2023.

>*/s/ Harry W. MacDougald*
>Georgia Bar No. 463076
>*Attorney for Defendant*

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Amended Certificate of Service* was filed on August 22, 2023 and served on the persons listed below by the methods indicated. I sign consistent with Federal Rule of Civil Procedure 11.

By email:

> Fani Willis, Esq.
> Nathan J. Wade, Esq.
> Fulton County District Attorney's Office
> 136 Pryor Street SW
> 3rd Floor
> Atlanta GA 30303
> fani.willisda@fultoncountyga.gov
> nathanwade@lawyer.com
>
> The Honorable Christopher M. Carr
> Office of the Attorney General of Georgia
> 40 Capitol Square, S.W.
> Atlanta GA 30334
> ccarr@law.ga.gov

I have also served this filing by email on the following counsel who to my knowledge are representing other defendants named in the underlying indictment:

Drew Findling- drew@findlinglawfirm.com;
Marissa Goldberg- marissa@findlinglawfirm.com;
Jennifer Little- jlittle@jllaw.com;
Dwight Thomas- dwightl654@gmail.com

Craig Gillen -cgillen@gwllawfirm.com>
Anthony Lake -aclake@gwllawfirm.com;
Holly Pierson -hpierson@piersonlawllc.com

Kieran Shanahan -kieran@shanahanlawgroup.com

Tom Bever- tbever@sgrlaw.com;
Amy Buice - abuice@sgrlaw.com

Bruce Morris- bmorris@fmattorneys.com
Don Samuel- dfs@gsllaw.com
Amanda Clark Palmer- aclark@gsllaw.com

Richard Rice - richard.rice@trlfirm.com;
Chris Anulewicz - canulewicz@bradley.com

Scott Grubman - SGrubman@cglawfirm.com;
Manny Arora- manny@arora-law.com

Charles Burnham - charles@burnhamgorokhov.com

Laura Hogue- laura@hogueandhogue.com,
Frank Hogue- frank@hogueandhogue.com

Lynsey Barron -lynsey@barron.law,
Andrew Hall -andrew@h3-law.com

Brian Rafferty Brafferty@bakerlaw.com
Brian McEvoy - bmcevoy@bakerlaw.com

David Warrington - dwarrington@dhillonlaw.com
Mike Columbo- mcolumbo@dhillonlaw.com

Steve Greenberg - steve@greenbergcd.com

George J. Terwilliger , III- gterwilliger@mcguirewoods.com
Joseph Matthew Englert- jenglert@mcguirewoods.com
Michael Lee Francisco- mfrancisco@mcguirewoods.com

    This 21st day of August 2023.

                              */s/ Harry W. MacDougald*
                              Georgia Bar No. 463076
                              *Attorney for Defendant Jeffrey B. Clark*

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

# EXHIBIT C



**U.S. Department of Justice**

Civil Division

Environment & Natural Resources Division

_____
Office of the Assistant Attorney General      Washington, D.C. 20530

January 12, 2021

The President
The White House
Washington, D.C. 20500

Dear Mr. President,

     Effective as of Thursday January 14, 2021 at noon Eastern Standard Time and pursuant to the Memorandum for Presidential Appointees regarding Letters of Resignation dated January 7, 2021, I hereby tender my resignation from the two positions you appointed me to at the Department of Justice — the Assistant Attorney General of the Environment & Natural Resources Division and the Acting Assistant Attorney General of the Civil Division.

     It has been my profound honor to serve as the leader of the Justice Department's Environment Division since 2018 and of its Civil Division since the Fall of 2020. I am deeply thankful both to you for giving me the professional opportunity of a lifetime to guide and direct the roughly 1,400 lawyers comprising those two litigating Divisions and to the Senate for their vote of confirmation in October 2018.

     In the most recent fiscal year for which there is complete data, the Environment Division obtained $858 million in civil and criminal fines, penalties, and costs recovered for the United States, with the injunctive relief we secured stacking another $3.4 billion on top of that. And by way of comparison, in just one slice of the work of the immense Civil Division, we recovered $2.2 billion in settlements and judgments to remedy fraud and false claims perpetrated on the United States in fiscal year 2020. It is a singular privilege to protect and nourish the public fisc in these ways.

     But I am perhaps most proud of my close and intense work with your Council on Environmental Quality on reforming the National Environmental Policy Act's ("NEPA's") regulations for the first time in 40 years. I also successfully defended those regulations on my feet in court against two challenges — one trying to block the regulations from ever becoming final and one trying to stop them in their tracks a short time after they were promulgated and

published.  NEPA reform is just one of the ways I assisted the Administration in "right-sizing regulation," which I think of as vigorously protecting the environment, but in more efficient ways that lower compliance costs, allowing the national economy to grow and prosper.

In addition to managing the Environment and Civil Divisions, I also maintained an active personal litigation docket, arguing the most cases of any Assistant Attorney General in 2017-2021, most of which were cases in the federal courts of appeal.  That work also brought significant victories (indeed, an 88% win rate) for the Office of Management and Budget, the Office of Science and Technology Policy, the Environmental Protection Agency, the Chemical Safety Board, as well as the Departments of Agriculture, Commerce, Defense, Energy, Interior, State, and Transportation.

Thank you again for the humbling opportunity to serve.  My tenure in your Administration spanned two Attorneys General — Sessions and Barr — and two Acting Attorneys General — Whitaker and Rosen.  I learned much from each of those colleagues and their approach to public service.

I wish you well in your own return to private life.  And I hope you will join me in praying for the Nation's best welfare in trying times.

Sincerely,

*Jeffrey Bossert Clark*

Jeffrey Bossert Clark