**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| STATE OF GEORGIA, | Case No. 1:23-cv-3721-SCJ |
| v. | (Related to: |
| JEFFREY BOSSERT CLARK, | Case No. 1:23-cv-03621-SCJ) |
| DEFENDANT. | Judge Steve C. Jones |
| | On removal from the Fulton County Superior Court |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned counsel for Jeffrey Bosset Clark submits this Amended Certificate of Service with respect to (1) the Notice of Removal, (1) the exhibits filed therewith, and (3) the Emergency Motion To Confirm Applicability Of Automatic Stay Under 28 U.S.C. § 1446(D) Or The Triggering Of The Stay In 28 U.S.C. § 1455(B)(5) Or Both — Or In The Alternative For An Administrative Stay, and shows the following:

Late in the evening on August 21, 2023, the undersigned uploaded the above-referenced filings to the Court's ECF system with an August 21, 2023 service date. As a new case, the filings were given a dummy case number. On August 22, 2023, The Clerk's office opened the case and assigned the case number

indicated above. Counsel received the ECF notice with the permanent case number for the removed case on August 22, 2023 downloaded the file-stamped filings and has served those file-stamped papers by email upon the counsel indicated below on this day.

This 22nd day of August 2023.

Respectfully submitted,

*/s/ Harry W. MacDougald*
Harry W. MacDougald
Georgia Bar No. 463076

Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

Attorney for Jeffrey B. Clark

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

The undersigned hereby certifies that this filing was prepared in the Times New Roman size 14 font, in compliance with L.R. 5.1.

This 21st day of August 2023.

*/s/ Harry W. MacDougald*
Georgia Bar No. 463076
*Attorney for Defendant*

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Amended Certificate of Service* was filed

on August 22, 2023 and served on the persons listed below by the methods indicated.

I sign consistent with Federal Rule of Civil Procedure 11.

By email:

Fani Willis, Esq.
Nathan J. Wade, Esq.
Fulton County District Attorney's Office
136 Pryor Street SW
3rd Floor
Atlanta GA 30303
fani.willisda@fultoncountyga.gov
nathanwade@lawyer.com

The Honorable Christopher M. Carr
Office of the Attorney General of Georgia
40 Capitol Square, S.W.
Atlanta GA 30334
ccarr@law.ga.gov

I have also served this filing by email on the following counsel who to my

knowledge are representing other defendants named in the underlying indictment:

Drew Findling- drew@findlinglawfirm.com;
Marissa Goldberg- marissa@findlinglawfirm.com;
Jennifer Little- jlittle@jllaw.com;
Dwight Thomas- dwightl654@gmail.com

Craig Gillen -cgillen@gwllawfirm.com>
Anthony Lake -aclake@gwllawfirm.com;
Holly Pierson -hpierson@piersonlawllc.com

Kieran Shanahan -kieran@shanahanlawgroup.com

Tom Bever- tbever@sgrlaw.com;
Amy Buice - abuice@sgrlaw.com

Bruce Morris- bmorris@fmattorneys.com
Don Samuel- dfs@gsllaw.com
Amanda Clark Palmer- aclark@gsllaw.com

Richard Rice - richard.rice@trlfirm.com;
Chris Anulewicz - canulewicz@bradley.com

Scott Grubman - SGrubman@cglawfirm.com;
Manny Arora- manny@arora-law.com

William G. Cromwell bcromwell@cartercromwell.com

Charles Burnham - charles@burnhamgorokhov.com

Laura Hogue- laura@hogueandhogue.com,
Frank Hogue- frank@hogueandhogue.com

Lynsey Barron -lynsey@barron.law,
Andrew Hall -andrew@h3-law.com

Brian Rafferty Brafferty@bakerlaw.com
Brian McEvoy - bmcevoy@bakerlaw.com

David Warrington - dwarrington@dhillonlaw.com
Mike Columbo- mcolumbo@dhillonlaw.com

Steve Greenberg - steve@greenbergcd.com

George J. Terwilliger , III- gterwilliger@mcguirewoods.com
Joseph Matthew Englert- jenglert@mcguirewoods.com
Michael Lee Francisco- mfrancisco@mcguirewoods.com

This 22nd day of August 2023.

*/s/ Harry W. MacDougald*

Georgia Bar No. 463076
*Attorney for Defendant Jeffrey B. Clark*

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com