AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia 🔽

| | | |
|---|---|---|
| The State of Georgia | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-03721-SCJ |
| Jeffrey Bossert Clark | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Georgia                                                                                            .

Date:      08/23/2023                                           /s/ F. McDonald Wakeford
                                                                                    *Attorney's signature*

                                                          F. McDonald Wakeford Georgia Bar No. 414898
                                                                              *Printed name and bar number*
                                                             Office of the Fulton County District Attorney
                                                                         136 Pryor Street SW, 3rd Floor
                                                                                  Atlanta, GA 30303

                                                                                      *Address*

                                                          fmcdonald.wakeford@fultoncountyga.gov
                                                                                  *E-mail address*

                                                                              (404) 612-3253
                                                                              *Telephone number*

                                                                                  *FAX number*