AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| STATE OF GEORGIA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-03721-SCJ |
| JEFFREY BOSSERT CLARK | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF GEORGIA.

Date: 08/23/2023

/s/ John W. "Will" Wooten
*Attorney's signature*

John W. "Will" Wooten
*Printed name and bar number*

FULTON COUNTY DISTRICT ATTORNEY
136 PRYOR STREET SW 3RD FLOOR
ATLANTA GA 30303
*Address*

will.wooten@fultoncountyga.gov
*E-mail address*

(404) 612-6560
*Telephone number*

*FAX number*