IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA,<br><br>v.<br><br>JEFFREY BOSSERT CLARK,<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-03721-SCJ<br><br>RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |

## ORDER

This matter appears before the Court on the State of Georgia's Motion for an Extension of Time to File a Response to Defendant Clark's Notice of Removal.[1] Doc. No. [25]. The Court finds good cause exists for this extension and **GRANTS** the State's Motion. The State is hereby **ORDERED** to submit its response to Clark's Notice of Removal by **Friday, September 8, 2023**.

IT IS SO ORDERED this __31st__ day of August, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.