# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-03721-SCJ |
| ) | |
| v. ) | |
| ) | RE: NOTICE OF REMOVAL |
| JEFFREY BOSSERT CLARK, ) | OF FULTON COUNTY |
| ) | SUPERIOR COURT |
| Defendant. ) | INDICTMENT NO. |
| ) | 23SC188947 |

## NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT

In accordance with the Instructions for Cases Assigned to the Honorable Steve C. Jones, counsel for Plaintiff the State of Georgia hereby notifies Defendant Jeffrey Bossert Clark and files the deposition transcript of Jeffrey Rosen taken on August 7, 2021.

Respectfully submitted this 8th day of September 2023.

> FANI T. WILLIS
> District Attorney
> Atlanta Judicial Circuit
>
> /s/ John W. "Will" Wooten
> JOHN W. "WILL" WOOTEN
> GA Bar Number 410684
> Deputy District Attorney
> Fulton County District Attorney's Office
> 136 Pryor Street SW

3rd Floor
Atlanta, GA 30303
(404) 612-6560
will.wooten@fultoncountyga.gov

## CERTIFICATE OF COMPLIANCE

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

This 8th day of September 2023.

/s/ John W. "Will" Wooten<br>
JOHN W. "WILL" WOOTEN<br>
Deputy District Attorney

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 8th day of September 2023.

/s/ John W. "Will" Wooten
JOHN W. "WILL" WOOTEN
Deputy District Attorney
