FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 1 2023

KEVIN P. WEIMER, Clerk
By: *U. Ha* Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

*IN RE* USE OF CELLULAR TELEPHONES
AND ELECTRONIC DEVICES ON              **ADMINSTRATIVE ORDER**
THE 19ᵀᴴ FLOOR OF THE RICHARD B.              **NO. 23-04**
RUSSELL BUILDING ON SEPTEMBER 18
AND SEPTEMBER 20, 2023

**ORDER**

Following consultation with the United States Marshals Service and

pursuant to Local Rule 83.4(B), NDGa. (concerning special orders for widely

publicized cases), the Court hereby deems it proper and so **ORDERS** that all

cellular phones and other electronic devices with cameras are prohibited on the

**19th floor** of the Richard B. Russell Federal Building and United States Courthouse

on **September 18, 2023 and Septembe**r **2023.** [1] Cell phones and electronic

devices without cameras are allowed consistent with Local Rule 83.4(A), NDGa.

but must not be operated in any courtroom or in any public area where their

operation is disruptive to a Court proceeding or Court operations. It is further

**ORDERED** that the penalty for knowing or willful violation of this Order includes

punishment for contempt of court pursuant to 18 U.S.C. § 401.

---

[1] The following authorized officials are excepted from this Order: the United States
Marshal and his deputies and staff; the chambers staff and courtroom deputies of the
Honorable Steve C. Jones, the Honorable Mark H. Cohen, the Honorable Michael L.
Brown, and the Honorable J.P. Boulee; the Clerk of Court and his chief deputies; court
reporters with offices or proceedings on the 19th floor; the Court's IT staff; and the Court's
facilities management staff.

Administrative Order 23-04
Page 2

**IT IS SO ORDERED** this 11th day of September, 2023.

**HON. TIMOTHY C. BATTEN, SR.**
**CHIEF U.S. DISTRICT JUDGE**

cc:     All Northern District of Georgia Judges, Bankruptcy Judges, and
        Magistrate Judges
        United States Marshal
        United States Attorney
        Federal Public Defender
        Clerk of Court / District Court Executive
        Clerk, Bankruptcy Court
        Chief Probation Officer