IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA, | |
| v. | Case No. |
| JEFFREY BOSSERT CLARK | 1:23-CV-03721-SCJ |
| Defendants | |

### ENTRY OF APPEARANCE

COMES NOW, Catherine S. Bernard, and enters her appearance as a counsel of record for Defendant Jeffrey B. Clark in the above-captioned case, and shows that her address, telephone number, facsimile, and electronic mail address of record shall be as shown below.

Respectfully submitted this 11th day of September, 2023.

/s/ Catherine Bernard
CATHERINE S. BERNARD
State Bar No. 505124

Bernard & Johnson, LLC
Five Dunwoody Park, Suite 100
Atlanta, Georgia 30338
Phone: (404) 477-4755
Facsimile: (404) 592-9089
Catherine@Justice.Law

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA, | |
| v. | Case No. |
| JEFFREY BOSSERT CLARK | 1:23-CV-03721-SCJ |
| Defendants | |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of this **Entry of Appearance** has been served upon the State via the NDGA Electronic Filing System.

Respectfully submitted this 11th day of September, 2023.

/s/ Catherine Bernard
CATHERINE S. BERNARD
State Bar No. 505124

Bernard & Johnson, LLC
Five Dunwoody Park, Suite 100
Atlanta, Georgia 30338
Phone: (404) 477-4755
Facsimile: (404) 592-9089
Catherine@Justice.Law