United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 1 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

The State of Georgia

_____

Plaintiff,


v                                    Case Number:  1:23-CV-3721-SCJ


Jeffrey Bossert Clark

_____

Defendant,



NOTICE OF FILING

The State of Georgia v. Clark (1:23-cv-03721) District Court, N.D. Georgia Judge Steve CarMichael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. September 1st, 2023.

Motion for Reconsideration

Motion to Change the Course of History - **Motion to Change the Narrative**

*(Your legal reasoning would have precluded David from using a smooth stone to slay Goliath and save thousands of lives.)*

Please represent the People and the Constitution *("Our grievance")* **by not** ruling preemptively. Make the parties respond to my original Motion to Intervene, My Supplemental 1 Motion to Intervene and this Motion for Reconsideration. (Look around. We are past the precipice of hell. Do you think it will hurt? I am using the language that 99% of Americans and the Constitution use and not the mumbo jumbo language that attorneys use. Think about this: Our Republic was founded with a four-page document. The Supreme Court, and you, issue hundreds of pages in opinions for one case.)

The realities of this case are that it is about Censorship and that Censorship has tampered with our elections because the American People are not casting educated votes. (We vaccinated a nation because of fraud.)

The most important word in the Constitution is "Posterity".

The biggest single failure of our Republic is that we have never had a Constitutional Convention.

I believe that we have a moral, ethical, legal, Deusnexioism, and Constitutional obligation to ensure that our "Posterity" survives. (Our children are committing suicide, not procreating, and have become machines. Their mental illnesses are epidemic and contagious and many without names because they are proliferating at lightning speeds.)

Your myopic vision and Stockholm Syndrome do not allow you to see that the Supreme Court and the Federal Judiciary are responsible for the Censorship that is causing our Genocide.

Your Order denying me the right to intervene on behalf of Humanity references "Federal Rules of Civil Procedures" but does not reference the Preamble or the Constitution. Hint and I am not trying to be impertinent and as a matter of fact I am trying to save your life. Hint/Conclusion - this type of legal reasoning is why Judges, and their families have security. By subjectively interpreting the Constitution you are increasing the contentiousness between the American People and sowing the seeds for a bloody civil war. You must change the narrative if we are to stand a chance at surviving. (Am I right or wrong? The Roe v. Wade decision was a victory for the "right to choose". The Supreme Court does not want to deal with abortion, so they gave it back to the states. Knowing that mathematically Humanity will cease to exist and that mathematically Humanity has lost the ability and desire to procreate you need to ask yourself a question. If Humanity is to survive who controls the zygote, embryo, and fetus? This is the

type of uncensored discussion that we need to have. We need children. Our survival requires that we have objective and knowledgeable discussions and not ones that are dictated by irrelevant crap that is produced for fame, money, sex, and power. Humanity is also making their decisions based on fear.)

**History has recorded that the Supreme Court and the Federal Judiciary are the most discriminatory, prejudicial, and arbitrary entities and individuals in The United States of America.** (Tough pill to swallow but it is true.)

Over one million Writs been filed, five hundred thousand were by non-attorneys, with the Supreme Court in the last one hundred years and **only one non-attorney** has argued before the Supreme Court. (Please do not quibble with me like the New York Times would. I am trying to make a point.)

The Supreme Court makes many Genocidal mistakes. Here are three examples and all are in violation of the Constitution: 1. The Supreme Court inherently believes in the Executive Branch. 2. The Supreme Court gives businesses an undue advantage in violation of the Preamble and the Bill of Rights. 3. The Supreme Court gives the Executive Branch an undue advantage in criminal prosecution and civil litigation cases involving civil rights. (How did the Supreme Court come up with Presidential Signing Statements, Plea Deals, Arbitration, etc. without having a Constitutional Convention. None of them are authorized by the Constitution and the Constitution requires that it be. 10th Amendment.)

Everything in the Constitution directs the Supreme Court to protect *"and secure the Blessings of Liberty to ourselves and our Posterity."*

Oath for a Federal Judge

(It is a marketing ploy – window dressing. They want us to believe we matter.)

*"I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."*

*"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

The Supreme Court and I differ on the Preamble. I believe the preamble is our moral and ethical compass. I took this quote from the U.S. Court's website: *"The preamble sets the stage for the Constitution. It clearly communicates the intentions of the framers and the purpose of the document."* The framers were so worried that their intentions would be discarded that they added the Bill of Rights to drive home the point.

Preamble

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our **Posterity**, do ordain and establish this Constitution for the United States of America."*

First Amendment

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances.**"*

Here is the apocalyptic tragedy. There is life saving information in the attachments that you do not have and that you do not want. It takes a Herculean effort to educate yourself so that you and humanity can live. The information is factual, verifiable, and documented.

Let the American People decide. Give them the information that is attached. I promise you that you do not know much of the information that I am providing. I just want to change the narrative so that Humanity stands a chance at surviving. (In the attachments there is documented evidence that the CDC knew in May of 2020 that the vaccines did not work.)

Attachment 1: Docketed letters and pleadings addressed to Judge Scola and his family.

Attachment 2: Docketed letters and pleadings, addressed to Judge Scola, about why I despise Trump and Biden. There is phenomenal information in this document that you do not have.

Attachment 3: Black Lives Do Not Matter. Docketed pleading.

Attachment 4: Docketed letter to Justice Barret about Deusnexioism. God and Evolution go hand in hand. My next job will be that of an Ethicist. Worth a read.

Attachment 5: Do you have a better idea?

Attachment 6: Letter to all of the Defendants.

**You tell your children to fight and yet you are their biggest enemy.**

Godspeed. - Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

<u>THE FOLLOWING ARE JUST A FEW OF THOSE THAT ARE RESPONSIBLE FOR THE GENOCIDE OF HUMANITY
AND THEY DID IT WITH THEIR EYES WIDE OPEN.</u>

President Joseph R. Biden, Jr. (Trump)
Vice President Kamala D. Harris
Chief Justice John G. Roberts
Justice Amy C. Barrett
Justice Neil M. Gorsuch
Justice Clarence Thomas
Justice Samuel A. Anthony Alito
Justice Sonia Sotomayor
Justice Elena Kagan
Justice Brett M. Kavanaugh
Justice Ketanji B. Jackson
o        Every living:
o        President
o        Vice President
o        Cabinet Member
o        U.S. Senator
o        U.S. Representative
o        Supreme Court Justice
o        Appellate Justice
o        District Judge
Judge Steve C. Jones
Fulton County D.A. Fani T. Willis
Trump - Steven H. Sadow
Judge Scott McAfee
D.A. Alvin Bragg
Judge Jaun Merchan
Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro

Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts
Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon
Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen
Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore
*Bridge Investment Group
*Robert Morse
*Dean Allara
*Jonath Slager
*Adam O'Farrell
*General Counsel Matthew Grant
*General Counsel Allison Ramirez
*Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney
Molly Gulland Gaston
John F. Lauro
Thomas Windom
Chief Justice Priscilla Richmond
Clerk Lyle W. Cayce
Chief Executive Lorie Robinson
President Donald John Trump

Rudolph William Louis Giuliani

John Charles Eastman

Sidney Katherine Powell

Mark Randall Meadows

Cathleen Alston Latham

Jeffrey Bossert Clark

Shawn Micah Tresher Still

Stephen Cliffgard Lee

Harrison William Prescott Floyd

Trevian C. Kutti

Kenneth John Chesebro

Jenna Lynn Ellis

Scott G. Hall

Misty Hampton

Michael A. Roman

David James Shafer

Robert David Cheeley

Ray Stallings, III.

# Attachment 1

21 CV 22441

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

October 9th, 2021



FILED BY _____ D.C.

OCT 15 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Do a fellow American and a veteran a small favor, please.

Have your family read the attachment. It will take just a few minutes. Tell them that what is in the attachment has been censored by the media and social media.

Asked them if they knew what was in the attachment.

Would allowing my Friend of Court Briefs and Amicus Briefs into the court record honor the Constitution by informing you, the parties, and my fellow Americans of the truth?

*Preamble - We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

*Amendment I - Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances.***

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Judge Robert N. Scola, Jr.                                    October 9th, 2021
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

Judge Scola,

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."* I am offering you a solution that has always existed with the Constitution.

Look around at the world we are living in. The house is burning down, and you are trying to decide what color to paint the bathroom. Americans deserve better.

Your way is not working. Your interpretation of the Constitution is wrong. Your think that the world is flat, and it is not.

The Articles and Amendments of the four corners of the Constitution were designed to support the Preamble. Why is the Supreme Court and the Federal Judiciary so afraid of the Preamble?

Do you think you have honored the first sentence of the oath that you took: *"I, [name], do solemnly swear (or affirm) that I will support and defend the Constitution"*?

You silenced someone that is trying to help save his fellow Americans.

You going to sanction me for invoking my Constitutional Right to: *"and to petition the government for a redress of grievances."* This case is perfect for what I am trying to do and that is save my country.

**<u>Are you truly unable to see the harm in what you are doing?</u>**

Please read the attachment. Much of what is in it is censored by Twitter, Facebook, YouTube, etc.


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

October 7th, 2021.                          Fact Sheet

This is a miracle if you open your eyes.

The COVID19 vaccines **may** work for a brief period of time. The problem is that as the COVID19 vaccines degrade, they degrade the natural immune system, soul, and spirit. President Joe Biden has stated publicly that you will need a booster in 8 months, then 6 months, and then 5 months. They are already working on a vascular port so that you can go to the pharmacy and pick up a vaccine capsule and install it in your vascular port.

The of number of people in the health care business that are retiring in the next 7 years is about 30%. They cannot be replaced. People are taking early retirement.

The U.S. is seeing an unprecedented transfer of wealth. Baby Boomers/The Greatest Generation are leaving their life savings to their children and grandchildren who view the inheritance as something to be enjoyed, so they leave the work force. We have had excess deaths which has accelerated the transfer of wealth. **Brookdale will not be able to hire.**

Attachment 1: Did you know that the CDC stopped tracking COVID19 breakthrough infections on May 1st, 2021? Breakthrough COVID19 infections were approaching 40%. Attachment 1. The CDC has since removed the information. There did not share with other agencies within Health and Human Services (HHS) or the White House that they had stopped tracking breakthrough cases. HHS Agencies and the White House found out in August 2021. President Biden was livid.
Headline: "*The CDC Only Tracks a Fraction of Breakthrough COVID-19 Infections, Even as Cases Surge A May 1 decision by the CDC to only track breakthrough infections that lead to hospitalization or death has left the nation with a muddled understanding of COVID-19's impact on the vaccinated.*" Review: https://www.govexec.com/management/2021/08/cdc-only-tracks-fraction-breakthrough-covid-19-infections-even-cases-surge/184711/
Headline: "*CORONAVIRUS - CDC under fire for decision to limit tracking of Covid-19 cases in vaccinated people The agency's decision to limit its reporting of breakthrough cases has prompted wide variation in how states keep tabs on them.*"
https://www.politico.com/news/2021/07/30/pressure-cdc-breakthrough-cases-501821

Review: **"*National Notifiable Diseases Surveillance System (NNDSS)*"** https://www.cdc.gov/nndss/

Israel has a 56% - 90% breakthrough infection rate. Attachment 2.

*You gave yourself Alzheimer's.* Attachment 3. "*The controversial approval of Aduhelm was needed to counteract the COVID19 vaccines and thus Alzheimer's.*"

Have you heard of: *"National Vaccine Injury Compensation Program"?* https://www.hrsa.gov/vaccine-compensation/index.html Attachment 4.

Have you heard of: *"Vaccine Adverse Event Reporting System (VAERS)"*? Attachment 5.
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html

Have you heard of: *"Countermeasures Injury Compensation Program (CICP)"*?
https://www.hrsa.gov/cicp Review Attachment 6.

Attachment 7: My *Emergency Motion (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE.* Docketed with the 11th Circuit.

*"Dr. Marion Gruber and Dr. Philip Krause, the FDA's top vaccine regulators have resigned. The public explanation is that boosters are not needed because the vaccines are holding up. They have also said that pressure from the White House and Biden, which is political, is wrong. The truth is they know the booster will do more harm than good. They know the vaccine failed."*

Attachment 8: (Why have you not heard of this?) Have you ever heard of Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility? *"When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds."* The facility became operational in 2016.

Attachment 9: *"COVID19 Scenario Modeling."*

Attachment 10: China told us it was pneumonia on February 8th, 2020.

Attachment 11: Per the WHO there are 20 COVID19 variants.

Attachment 12: DID CHINA AND THE U.S. CREATE THE FIRST VIRUS VACCINATION AND THE FIRST AEROSOL VACCINATION – COVID19? Almost 100% of our influenza, year after year, comes from China.

Attachment 13: Chief Justice John Roberts.

Attachment 14: We are vaccinating 350 million Americans and it is one big Genocidal Fraud.

Attachment 15: America's population is dying and not being replaced.

Attachment 16: WE CREATED ANOTHER PERFECT MILITARY WEAPON. – ADDICTIVE INSTRUCTIONAL VACCINES (AIVs). (Think about Opioids. You are addicted and need a stronger dosage every day. This continues until your immune system fails and you die. Only in America.)

Attachment 17: Voter Fraud.

Godspeed - David Andrew Christenson

October 8th, 2021

Brookdale HR - Michele Galovits - HR Generalist,

Before God, can you honestly state that the vaccine is safe and that it does not violate my religious beliefs? You cannot.

Do you realize that you and Brookdale are making life and death decisions for me? The life and death decisions involve our immune system, soul, and spirit as well.

You and Brookdale are certifying that the following is not true and yet you do not know that. I said the following: *"I will not inject any biological agent that has been developed with the tissues of aborted babies."* This statement was just a starting point. The emphasis is that nobody knows what is in the vaccines. Vaccines, by definition, violate my religious beliefs.

I live my life by this quote: *"When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself."* All the Law and the Prophets hang on these two commandments."

I love thy neighbor. I do not how anybody at Brookdale can tell me that the vaccine is safe and that it does not violate my religious beliefs. Everyone at Brookdale is being paid to tell me that the vaccine is safe without really knowing if it is safe.

You are telling people that the vaccine is safe, but you really do not know that. (There is evidence that substantially more children have died from the COVID19 vaccine then from COVID19.) (Reference: CDC FluView Repost https://www.cdc.gov/flu/weekly/index.htm. The 2020/2021 Influenza Pneumonia season just ended. There was only one pediatric death for the year. Reference: Vaccine Adverse Event Reporting System (VAERS) https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html. The spreadsheets provided show deaths for children from the vaccine and from COVID19. It confirms what I have stated.)

Think about how stupid this is. **It is truly suicide.** The U.S. just vaccinated 300 million Americans based on the words of an unknown person or persons. Americans trusted both Biden and Trump at the same time to protect them. Are you kidding? Do you remember the Wizard of Oz? Who is behind the green curtain?

Why do you think we have a "National Vaccine Injury Compensation Program"?
https://www.hrsa.gov/vaccine-compensation/index.html

The report you gave me, "Los Angeles County," is fraudulent. None of the organizations had access to the proprietary ingredients in the vaccines. Their comments only pertain to the publicly disclosed ingredients. Please contact them and asked if they were privy to the proprietary ingredients. Why did Pfizer, J&J, and Moderna not provide complete ingredient lists? (I am a Catholic and extremely

disappointed that the Catholic Church gives communion to President Joe Biden and Speaker of the House Nancy Pelosi.)

- National Catholic Bioethics Center
- Pontifical Academy of Life Statement
- United States Conference of Catholic Bishops
- The Vatican – Congregation for the Doctrine of the Faith
- The North Dakota Catholic Conference
- Charlotte Lozier Institute
- The Pillar – The ultimate Catholic coronavirus vaccine morality explainer

You are trusting an unknown God – the God of vaccines (who will remain anonymous.) We are trusting the one true God to protect us.

We are not just talking about a vaccination but a complete alteration of our DNA, immune system, soul, and spirit. **WE WILL NOT LONGER BE GOD'S CHILDREN.**

Attached is a fact sheet that my husband put together. Please let me know if you want to see any of the documentation. You will notice that the documentation comes from the Government. My husband does research. He is driven to do so because in the fall 1980, while at the Air Force Academy, he was subjected to a chemical warfare and gain of function study. 4,400 cadets were given a vaccine. **All became sick.** The cadets were in excellent physical condition. The vaccine was so powerful that the Air Force Academy had to shut down and the cadets were quarantined for three days. Many were taken to the emergency room. Years later an infectious disease doctor informed him that if that vaccine had been given to the general population that 80% would have died. (If you want to know how truly evil our government is, search for the Tuskegee and Guatemala syphilis studies. The U.S. injected syphilis into the infirmed and children.)

God is the only reason my husband and I are alive. We have had multiple medical maladies and catastrophic situations in our lives and our faith protected us. We have both received miracles. We would not be alive if God had not intervened. I will not damage or jeopardize my relationship with my God by taking the vaccine. God has always protected me and will continue to do so.

My husband and I believe in God and that God has given us the tools, via our immune system, soul, and spirit, to stave off medical and mental maladies. Our immune system, soul and spirit are our connection to God and everything in the universe. Our biggest fear in life is the damaging of our immune system, soul and spirit and thus becoming susceptible to medical and mental maladies. This belief is unshakeable. I have had shingles. My husband and I do not take the shingles vaccine. My husband has had pneumonia. My husband and I do not take the pneumonia vaccine. We both have had influenza. We do not take the influenza vaccine. My husband has had cancer. I have had surgery twice. **NEITHER OF US TAKES ANY MEDICATION. MY HUSBAND IS 63 AND I AM 56.**

We believe that the vaccine is a form of suicide because it degrades your natural immune system, soul, and spirit.

Fact: No one has died of COVID19. That is because COVID19 is a virus. COVID19 is an underlying condition and a contributing factor much like hypertensions or diabetes but it is not a cause of death. People are dying of viral pneumonia. At least 300,000 Americans die from viral pneumonia every year. Per the CDC FluView report that is issued weekly. https://www.cdc.gov/flu/weekly/index.htm.

Mankind has been around for thousands of years. During the last 100,000 years Mankind has encountered an infinite number of viruses, bacteria, and fungi and yet we are still here today.

The greatest fighting machine in the history of the world is our immune system, soul, and spirit. We have never lost the war.

Think about it this way. We are undefeated and someone wants to give our immune system, soul, and spirit instructions. That is like my husband giving Tom Brady quarterback instructions about how to throw the football during the Super Bowl.

We believe that vaccines have a connection to Alzheimer's. We had never heard of Alzheimer's until President Reagan announced 25 years ago that he had it. Six million Americans have Alzheimer's, and that number will more than double in the next 25 years. Alzheimer's is in fact epidemic.

Why do we not have a vaccine for suicide? Suicides are contagious. At current mathematically progressions suicides will outnumber births in the next few years. The U.S. is studying why five-year-old children are committing suicide. The U.S. Military has **900** plus anti-suicide programs.

Do you know the ingredients in the vaccine? Do you know anybody that knows the ingredients in the vaccine? Do you know if the FDA knows the ingredients in the vaccine? Can you name anyone who knows the ingredients? It is the proprietary ingredients that we need to know.

There are forever chemicals in the vaccines.

The U.S. has a negative 4% birthrate (it is going further negative.) because mankind has lost the desire and ability to procreate. Vaccines are responsible.

In the last Census the U.S. grew at a 7.4% rate which means we are not replacing our population. What makes it worse is that half of the population growth came from immigration. The U.S. grew by 23 million and 12 million were immigrants. To replace the population the U.S. would have had to grow by 11%. In simple terms those Americans that were born on American soil had a negative 7% birthrate.

Life expectancies are decreasing. The U.S. is experiencing a one year decrease every year.

America is dying.

Procreation was given to us by God.

# Attachment 2

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief 2

Judge Scola,

I despise Trump and Biden. If we do not change the narrative, we will all die.

Twitter and Jack Dorcey have censored me, and Americans have died and will die.

If the Supreme Court had just ordered a response to my Extraordinary Writ of Mandamus and
Prohibition 14-10077, we would not be in the Pandemic.

Help save Mankind by changing the narrative. STOP THE CENSORSHIP.

I took an oath as an Air Force Academy graduate and Air Force Officer to uphold, protect and honor the
Constitution. I did not realize that everyone in my country would be the enemy – "foreign and
domestic".

Attached are court pleadings. This is information for you. Maybe you learn something maybe you do
not. Last sentence First Amendment: "and to petition the Government for a redress of grievances." My
grievance is to educate you about how important the First Amendment is.

References:

Judge Ellen Lipton Hollander (MDD two cases)
Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland

Chief Justice William Pryor Jr. (In 2020 he docketed SCOTUS Writ 14-1007and gave me an appeal in
Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi
Ungaro)
United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States
of America - Court of Appeals No.: 21-10371
United States Court of Appeals for the Eleventh Circuit - Appeal Number: 20-13766-F Case Style: Marta
Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Judge Ursula Mancusi Ungaro (SDFL – docketed over 100 pleadings and letters. The 11th Circuit allowed
me to appeal.)
Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi
Ungaro

Chief Judge Lee H. Rosenthal all gave me a voice in two cases, and she was not the presiding judge.

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

### AMICUS 162 – October 3rd. 2021 – How can smart people be so incredibly stupid?

**It is and was pneumonia, pneumonia, pneumonia, and we knew it. CHINA TOLD US (02/08/2020).**
China, on February 8th, 2020, told the world that **"Pneumonia"** had been released from Wuhan. The Chinese called it: Novel Coronavirus **Pneumonia**, or NCP. The World **panicked**. On February 11th, 2020 (3 days later) it was named by the World Health Organization/ International Committee on Taxonomy of Viruses: *Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2). 2019 novel coronavirus' or '2019-nCoV. COVID19.*

The worst word for a human being is **"pneumonia".** The worst word for Mankind is **"pneumonia".** The degradation of the lungs is the number one cause of death for Mankind.

Textbook Definition of Stupid: Politics and Economics caused the world to treat it as a coronavirus and not the deadliest disease in the world, **pneumonia**. Coronaviruses are not Endemic until now. **Pneumonia** is a "cause of death", coronaviruses/COVID19 is not.

The transmission of **pneumonia** is still a mystery to medicine and science as is the transmission of COVID19. (There is evidence that COVID19 is transferred via feces into the genitals. This would account for the high infection rates of both residents **and employees** of assisted living facilities/memory care units. The cure/vaccine could have been as simple as washing one's hands with soap. Sanitizers are a mistake.)

Based on all my research, background, and experiences I believe that we made a Genocidal mistake with quarantines, masks, and vaccines. We are Apex Predators that have survived an infinite number of Virus, Bacteria and Fungi infections. (What if all of us are to get infected for Mankind to survive?) Empirical evidence and personal observation. Anyone, regardless of the strength of their immune system, can become infected with Fungi, Bacterial or Virus **pneumonia**. Recovery is based on the strength of one's immune system. (I had bacterial **pneumonia** in 2019.)

A **pneumonia** (COVID19) infection, regardless of the symptoms and vaccination status, is devastating to the immune system. (Think about cancer and how it goes undetected. Your immune system is at work.)

Justice Kavanaugh, who has been vaccinated, testing positive for **pneumonia** (COVID19) is a big deal. **He has been infected. "It is the pneumonia, stupid." "Keep your eye on the ball – the pneumonia."**

Attached are the first two pages: United States Court of Appeals for the District of Columbia Case: 19-5121 (Civ. Action No. 19-810 – RBW) David Andrew Christenson – Appellant (Movant) v. Appellee – NA (Electronic Privacy Information Center v. United States Department of Justice) USCA Case #19-5121 Document #1829856 Filed: 02/19/2020 Page 1 of **16 pages.**

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."*

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

11:09 p.m. ET, February 8, 2020

Wuhan coronavirus gets a new official name

https://www.cnn.com/asia/live-news/coronavirus-outbreak-02-09-20-intl-hnk/h_38c750758363ebbb5e87c06e5a0b91c5

China's National Health Commission gave the Wuhan coronavirus a temporary name at a news conference on Saturday.

For weeks, the rapidly-spreading virus has only been known by the name of the city where it originated, something which locals in Wuhan have found frustrating and stigmatizing.

Chinese officials said that the virus would temporarily be named the **Novel Coronavirus Pneumonia, or NCP.**

There is no news on when an official final title for the virus will be designated

The illness gets a name, temporarily.

https://www.nytimes.com/2020/02/08/world/asia/coronavirus-china.html

Published Feb. 8, 2020

The Chinese government has announced a temporary name for the illness caused by the coronavirus, ordering the local authorities and state news media to adopt it. In English, it will be called N.C.P., for novel coronavirus pneumonia, the National Health Commission said on Saturday.

A final, official name will eventually be chosen by the International Committee on Taxonomy of Viruses. The organization has submitted a name to a scientific journal for publication and hopes to reveal it within days, the BBC reported.

NCP chosen as temporary name for virus

https://www.scmp.com/news/china/society/article/3049623/coronavirus-hubei-province-reports-81-new-deaths-and-2841

Cissy Zhou, Orange Wang and Linda Lew

Published: 6:20am, 8 Feb, 2020

China's National Health Commission has given the virus a temporary official name – novel coronavirus pneumonia, or NCP.

The commission announced the new name at a press conference on Saturday and said it should be adopted by China's government departments and organisations in China until a permanent name for the infection has been determined.

The naming of a new virus is decided by the International Committee on Taxonomy of Viruses. A name has been submitted to scientific journals and the committee hopes to announce it within days, the BBC reported.

RECEIVED
Mail Room

FEB 19 2020

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)               Case: 19-5121

v.                                                         Civ. Action No. 19-810 - RBW

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

### Eleventh Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 168 – Nuclear Explosion because of one word. Official name: Novel Coronavirus **Pneumonia** (NCP)

The Chinese Government gave the Coronavirus an official name: Novel Coronavirus **Pneumonia** (NCP).

The World absolutely did not want the word "Pneumonia" in the official name. THIS IS AN EPIC ACKNOWLEDGEMENT.

The International Committee on Taxonomy of Viruses will give the final name.

The three pleadings that are attached will enlighten you if you take the time to read them.

It will take will effort on your part if we are to save Mankind by changing the Narrative.

Amicus/Notice 104 – Oxygen (O2) – If the Immune System(s) is our army then Oxygen is the bullets.

Mankind is a fragile species and if we are to survive, we must have an open, honest and uncensored dialogue that is not contaminated by those seeking power, money, fame and sex. It also must not be contaminated by Governments, Organized Religion, Businesses and Non-Profits. We also must expose our Government's sins and coverups. We must start by exposing the truth about the Katrina Virus (Compilation Term) and the Katrina Virus thought process. I could have called it the Tuskegee Study thought process as well. We thought it was a good idea to withhold penicillin from black men that had syphilis and we did this for 40 years. Syphilis is a horrific and barbaric death that is preventable with penicillin.

We are so fragile that the Centers for Disease Control and Prevention (CDC) publishes **246 different news letters** that you can subscribe to and receive via your email.

Reference: Amicus/Notice 141 – God give me the miracle of words to open their minds, hearts and souls, I beg you. Judges trust Medical Professionals (MedPros) to protect themselves, their families and their fellow Americans. Medical Professionals trust Judges to protect themselves, their families and their fellow Americans. This is the textbook definition of Suicide and Genocide.

Case 1:23-cv-03721-SCJ Document 35 Filed 09/11/23 Page 21 of 120
Case 1:21-cv-22441-RNS Document 66 Entered on FLSD Docket 10/08/2021 Page 6 of 64

USCA Case #19-5121    Document #1829856    Filed: 02/19/2020    Page 2 of 16

✳ *The number one cause of death worldwide is the destruction of the lungs which results in the destruction of the immune system(s). The transfer of oxygen fails. Lung cancer is the number one cause of death in the cancer family.*

Reference: Amicus/Notice 142 – Cancer deaths are bad. Cancer and Suicide deaths are really bad. Cancer, Suicide and Influenza and Pneumonia deaths are apocalyptic. All are underreported, intentionally misclassified and censored by our government.

Why is this a big deal? Degraded lungs are the number one cause of death in the world. The failure of the lungs to transfer oxygen into the blood triggers the failure of our immune system(s). The failure of our immune system(s) causes medical and mental maladies. Heart disease is caused by a degraded immune system(s) and lack of oxygen. Degraded immune system(s) reduce our ability to produce viable fetuses. Hence the negative birth rate. Oxygen is our army. At current progressions mankind will cease to exist by 2050.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

**AMICUS 159 – October 1st, 2021 - DO YOU HAVE ANY IDEA OF THE RAMIFICATIONS IF A VACCINATED SUPREME COURT JUSTICE DIES OF COVID19?**

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

Review Amicus 58. The CDC stopped tracking breakthrough cases on May 1st, 2021. The CDC cannot know if the vaccine works and if it does, for how long. The CDC does not know the consequences of the vaccine. The CDC has no idea how the vaccine damages our immune system, soul, or spirit.

Vaccinated Justice Kavanaugh testing positive for COVID19 compromises the integrity of our entire Judiciary. (You all played God.) (The boosters make you a drug addict. Get your vascular port now.)

Nine individuals have made the decision to vaccinate 300 million Americans without judicial oversight. WHAT HAVE YOU DONE? YOU COMMITTED GENOCIDE. (Just a response to 14-1007 could have saved us.) (You tampered with God's children.) (You have no idea of the medical or mental consequences.) (For national security purposes I hope that several members of the Supreme Court have not been vaccinated. Remember that the creators of the vaccine are in essence Trump or Biden, your choice.)

Multiple members of the Supreme Court, including Chief Justice John Roberts, have degraded immune systems and are susceptible to viruses, bacteria, fungi, etc.

**Justice Kavanaugh will have to recuse himself from any and all litigation involving the COVID19 vaccines. He was vaccinated and became infected.** It will leave eight justices. We will have different opinions from different appellate courts.

This breakthrough infection is the atomic bomb heard around the world.

Any judge hearing a COVID19 vaccine case and ruling in favor of the mandate and employment termination policies should recuse themselves. The vaccine is a choice.

You all are drug addicts. You need your COVID19, pneumonia, influenza, HPV, shingles, etc. to live.

**YOU HAVE GIVEN UNPRECEDENTED POWER TO OUR TYRANNICAL GOVERNMENT.**

What diseases are the Haitians bringing across the border?

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

## AMICUS 157 – OCTOBER 1ST, 2021 – Supreme Court Justice Brett Kavanaugh has lung cancer and has developed mental illnesses which include suicidal ideations.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

He is also delusional. Kavanaugh will continue to second guess himself into paranoia as will all of you.

COVID19 is, as are all viruses, a trigger that attacks the immune system. Symptoms may not appear for years.

All Supreme Justices are now wondering why the COVID19 vaccine did not work. This will have a psychological effect on all of them. Kavanaugh is 56.

Have you heard the COVID19 term "long haulers"?

Nobody knows the damage or potential damage that the COVID19 infection has done to a vaccinated individual.

The fact that his immune system did not protect him, at his age, should be of great concern.

People will spin that he was asymptomatic but in fact they do not know that.

Supreme Court Justice Brett Kavanaugh had a strong immune system and a vaccine, and he still got COVID19.

This is a fact: As the COVID19 vaccine degrades so does the immune system. Get you vascular port now.

This is the beginning of the end. Mankind committed suicide.

All we had to do was change the Narrative.

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Amicus 58 - August 7th, 2021

Read the last paragraph first.
I have a math background from the Air Force Academy. The most important number we need right now
is the number of people who test positive for COVID19 that have been vaccinated.

They are gambling with the fate of Mankind.

Breakthrough cases are epidemic and indicate that the vaccines will not protect Mankind but only
facilitate our demise. How can I say, *"facilitate our demise"*? If we have Breakthrough cases then the
vaccines do not work, and our immune systems do not work. In very simple terms our immune systems
were turned off and instructed not to fight COVID19.

**THE CDC IS TRACKING COVID19 INFECTIONS FOR THOSE THAT ARE UNVACCINATED BUT NOT THOSE
THAT ARE VACCINATED.**

**IF YOU ARE VACCINATED AND TEST POSITIVE FOR COVID19 THEN THE CDC DOES NOT WANT TO
KNOW PER THE CDC.**

COVID19 is not going away, and they know that. The rush to make us slaves to a new and unproven
technology causes me great concern. It would be different if they had used established technology. They
are not telling us something.

It would have been better for us to have fought COVID19 with our own immune systems. Our immune
systems are the greatest fighting force the world has ever known. Our immune systems have artificial
intelligence and are quantum computers.

The following was cut and pasted from the CDC website.
https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html
*"As of May 1, 2021, CDC transitioned from monitoring all reported vaccine
breakthrough cases to focus on identifying and investigating only hospitalized or
fatal cases due to any cause. This shift will help maximize the quality of the data
collected on cases of greatest clinical and public health importance. Previous data
on all vaccine breakthrough cases reported to CDC from January–April 2021
are available."*

How can the CDC state the following when they are not tracking Breakthrough cases? Since May 1st?

*"COVID-19 vaccines are effective - Vaccine breakthrough cases occur in only a small percentage of
vaccinated people. To date, no unexpected patterns have been identified in the case demographics or
vaccine characteristics among people with reported vaccine breakthrough infections."*

Godspeed - Dave

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees Movant David Andrew Christenson June 28th, 2021

Amicus 18 – You are going to die if you do not change the narrative. Kill yourself, but please do not kill our children and more importantly do not take away their God Given right to procreate. You are no better than Hitler if you do.

China had a **"HOLY FUCK"** moment when they realized what they had stolen from the U.S. (It happened after the negligent release of the Katrina Virus during Hurricane Katrina, the release of the Chines Spies and when May Ray Nagan of New Orleans was quarantined in China. Check the dates.)

KT McFarland: *"I was President Trump's first deputy national security adviser and knew nothing about these potentially dangerous **gain-of-function** research projects, nor that the U.S. government was funding Chinese labs."* Read the attached article.

Do you realize what I am saying? The U.S., and now China, have a "gain-of-function" weapon, that is in a one ounce viral, that if released will destroy Mankind within seven days. **"HOLY FUCK"**

The cat is out of the bag. The world will discover the truth.

China realized that they had stolen a weapon that could destroy Mankind but that it could not be controlled. They could not protect their own people. The U.S. already knew this.

You have been given the Federal case numbers where the Chinese Spies were released by Federal Judges. The Federal Judiciary has been complicit in the Genocide of Mankind.

Think about the 40 plus year Tuskegee study.

What agreement did the U.S. enter into with China?

China and the U.S. were secretly working together at the Wuhan Lab.



Please read the attached opinion by KT McFarland.

This Amicus was filed in the following cases:

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez

Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon
R Leichty

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on June 28th, 2021, I filed the foregoing with the Clerk using CM/ECF and then
served the pleading via CM/ECF, U.S. First Class Mail and Email on June 28th, 2021.

David Andrew Christenson

KT McFarland: Second COVID cover-up – China, we know about but was there another one in the US?
Scientists insisted that anyone promoting the lab leak theory was an anti-science conspiracy theorist
K.T. McFarland By K.T. McFarland | Fox News
https://www.foxnews.com/opinion/second-covid-coverup-china-us-kt-mcfarland
The world rightfully wants to find out what really happened in Wuhan and how what should have been a
run-of-the-mill virus set off a global pandemic. We probably never will, however, because of the Great
Chinese Cover-up.
But is there another cover-up, hiding right here in plain sight in Washington?
Did America bungle our initial handling of the pandemic because a handful of government scientists and
bureaucrats, and their unwitting media enablers, deliberately sent us off in the wrong direction in order
to cover up their own complicity in creating COVID-19?
These scientists insisted that anyone promoting the lab leak theory, including our leading governors and
well-respected scientists, was a hysterical, xenophobic, anti-science conspiracy theorist.
Did they react with such velocity and venom because they were covering up for their own misguided
actions? What did they not want the world to know? That they were funding risky gain-of-function
research and genetically engineering fairly harmless viruses to make them more contagious, virulent and
lethal in order to study them? That they were awarding grants to an adversarial nation's research lab,
where the Chinese military was also involved?
Did they do these things without the approval, or perhaps even knowledge of their bosses and therefore
need to cover their tracks, lest the world demand answers for their role for inadvertently contributing to
a global pandemic?

I was President Trump's first deputy national security adviser and knew nothing about these potentially dangerous gain-of-function research projects, nor that the U.S. government was funding Chinese labs. So, who did give the go-ahead to resume risky gain-of-function research? Government bureaucrats? If President Trump had been briefed, he NEVER would have agreed to it. First, he would have railed against U.S. tax dollars being used to pay for research in China. He was elected to change China policy, not subsidize it. Trump, a notorious germaphobe, would have railed even more loudly against paying mad scientists to create Frankenstein monster viruses.

So, who did give the go-ahead to resume risky gain-of-function research? Government bureaucrats? The so-called "expert class" who have been proven wrong again and again over the course of the pandemic? Even if they were not specifically funding gain-of-function research at the Wuhan lab, what were we funding there?

If we weren't funding gain-of-function research in China, were we doing so at other labs in other lands? Surely the decision to create killer viruses capable of creating global pandemics if mishandled should have been made at the highest levels of government. But it wasn't.

We now learn that National Institutes of Health scientists, whose gain-of-function research was shut down by the Obama administration, suddenly restarted it in January 2017, just as Donald Trump was taking office.

When discussing the possibility of a lab leak in gain-of-function research, Dr. Anthony Fauci wrote "that the benefits of such experiments and the resulting knowledge outweigh the risks." Tell that to a world still in the throes of a pandemic that has caused almost 4 million deaths.

When President Trump entertained the lab leak theory, they blamed him for the death of hundreds of thousands of Americans. These same government experts urged their allies in the media, social media and Silicon Valley to censor and silence anyone who questioned their pronouncements. Evidence is mounting that it likely was a lab leak, and these same scientists thought so all along, but refused to say so.

It is not fearmongering or conspiracy theorizing to ask legitimate questions of our own officials. It is only prudent. We are just emerging from a global pandemic that has caused more damage to our society and economy than a world war.  Surely, we need to examine every aspect of the origin and spread of COVID, even if holding up a mirror to our own actions unveils a cover-up in Washington.

**Amicus - 41** – July 23rd, 2021 – Statistically/Mathematically Breakthrough COVID19 Infections are a major indicator that the vaccines are not working for a **continually mutating virus** and that booster vaccines will be required indefinitely.

A Genocidal mistake was made. History will record that it was Egregious, Intentional and Malicious.

The continual injection of vaccines will ultimately kill us by destroying our immune systems.

I CANNOT MAKE THIS MORE CLEAR

Here is proof that I am right. The Biden Administration states that people with *"compromised immune systems"* will need boosters.

# THE VACCINES DO NOT WORK WITHOUT THE IMMUNE SYSTEMS AND YET THE VACCINE DESTROY THE IMMUNE SYSTEMS. (Alzheimer's is Biden's gift to you.)

## YOU TOOK THE VACCINE, YOU COMMITTED SUICIDE.

Think about this. Our immune systems defend Mankind against an infinite number of viruses, bacteria, and fungi every second of every day. Our immune systems have artificial intelligence, and they are our armies. Every vaccine we give ourselves degrades our immune systems. We lose the ability to fight.

Our immune system is a medical quantum computer that would have analyzed the COVID19 virus and then developed a defense for all mutations. This would have been communicated to Mankind via the immune systems.

COVID19 has been around since 2019. It has equally impacted both the Northern and Southern Hemispheres. This has never happened before. COVID19 is the most complex virus in the history of Mankind. It is a Genocidal Virus. We die by the virus or the destruction of our immune systems if we continue with the "Vaccinate at all Costs".

You cannot have "Herd Immunity" with vaccines when the virus is constantly mutating. **Mathematically we had "Herd Immunity" at Thanksgiving 2020 until we started vaccinating.**

COVID19 is mutating and not going away.

Medical Experts do not understand statistics. They do not understand the consequences of Breakthrough cases. The mentality they use is the same that they have used for suicides for 30 plus years and it is why mathematically suicides will outnumber births in a few years.

**BY DAVID ANDREW CHRISTENSON: THE NET INCREASE IN PROTECTION FROM THE COVID19 VACCINE IS MINOR COMPARED TO THE DAMAGE – REDUCED PROTECTION - THAT THE VACCINE INFLECTS ON OUR IMMUNE SYSTEMS.**

There are two reasons that Breakthrough Infections are taking place. The Delta or Lambda Covid19 Viruses are stronger than the original COVID19 Viruses and the individual's immune system is compromised by the original vaccine.

This Amicus was filed in the following cases:

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed - Sincerely,

On File

David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on July 23rd, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on July 23rd, 2021.

On File

David Andrew Christenson

## THE FOLLOWING IS MATHEMATICALLY IMPOSSIBLE UNLESS THE CDC IS LYING, AND YES, THE CDC IS ADMITTING TO THE LIES/FRAUD.

[The quarantine, masks, vaccines, CENSORSHIP, etc. were the worst things we could have done. We will continue with the Genocide of Mankind unless the Judiciary/Supreme Court upholds and honors the Constitution. STOP THE GOD DAMN CENSORSHIP AND ORDER A RESPONSE.]

### THE VACCINE WILL NOT PROTECT YOU.

THE BOOSTERS THAT YOU WILL RECEIVE WILL CONTINUE TO DESTROY YOUR IMMUNE SYSTEM.

The arrogance of it. The CDC and coconspirators are scaring people into getting the COVID19 vaccine.

Per the CDC: Influenza and Influenza Deaths were eradicated for the 2020/2021 Influenza and Pneumonia Season. THIS INFORMATION WAS AND IS A CRIMINAL FRAUD.

There was a 97% - 99% reduction in Influenza Deaths and that is mathematically impossible. There are decades of records, and this has never happened. The CDC publishes the last 13 years of Influenza and Pneumonia Deaths every Friday with the CDC Flu View Report. It is a weekly rolling report shown as an Excel Spreadsheet. I have provided it to the court on numerous occasions.

There has been only one pediatric death (18 and under) this year. IN the last three years there were: 188, 144, and 199 Pediatric Influenza Deaths per the CDC. The season corresponds to the fiscal year and ends September 25th, 2021. https://www.cdc.gov/flu/weekly/index.htm

## THE CDC CLASSIFIED EVERYTHING AS COVID19. THE CDC ONLY TESTED FOR COVID19. THE CDC CLASSIFIED PNEUMONIA AND INFLUENZA DEATHS AS COVID19 DEATHS.

> ➢ *(My comments to the following article are enclosed with parentheses and in italics.)*

07/21/2021: Lab Alert: Changes to CDC RT-PCR for SARS-CoV-2 Testing
https://www.cdc.gov/csels/dls/locs/2021/07-21-2021-lab-alert-Changes CDC RT-PCR SARS-CoV-2 Testing 1.html *"CDC encourages laboratories to consider adoption of a multiplexed method that can facilitate detection and differentiation of SARS-CoV-2 and influenza viruses." (Are you kidding? We did not do this already. DAC)*

CORONAVIRUS Published 9 hours ago By Caitlin McFall - Fox News - CDC urges labs to use COVID tests that can differentiate from flu - Laboratories have until the end of the year to make changes to their testing practices - https://www.foxnews.com/health/cdc-labs-covid-tests-differentiate-flu

The Centers for Disease Control and Prevention (CDC) urged labs this week to stock clinics with kits that can test for both the coronavirus and the flu as the "influenza season" draws near. *(Why did the clinics stop stocking Influenza and Pneumonia kits? The CDC wanted all data to show COVID19. DAC)*

The CDC said Wednesday it will withdrawal its request for the "Emergency Use Authorization" of real-time diagnostic testing kits, which were used starting in **February 2020** to detect signs of the coronavirus, by the end of the year. *(We have fraudulent data dating back to February 2020. The CDC wanted a COVID19 Pandemic. DAC)* **(We did not have Influenza because we did not test for it. DAC)**

"CDC is providing this advance notice for clinical laboratories to have adequate time to select and implement one of the many FDA-authorized alternatives," the agency said.

The U.S. has reported more than 34.4 million cases of the coronavirus since the pandemic began in 2020 and more than 610,000 deaths. *(FRAUD – the 34.4 million cases include false positives and positive flu and pneumonia cases. The 610,000 deaths include influenza and pneumonia deaths. DAC)*

But while cases of COVID-19 soared nationwide, hospitalizations and deaths caused by influenza dropped. *(Semantics – Influenza did not just disappear. DAC)*

According to data released by the CDC earlier this month, influenza mortality rates were significantly lower throughout 2020 than previous years. *(Mathematically Impossible. DAC)*

There were **646 deaths** relating to the flu among adults reported in 2020, whereas in 2019 the CDC estimated that between **24,000 and 62,000 people died from influenza-related illnesses.** *(Again, this is mathematically impossible. The CDC does not include pneumonia deaths which are about 300,000 per year. IT APPEARS THAT WE HAD A REALLY BAD FLU YEAR. DAC)*

The CDC urged laboratories to "save both time and resources" by introducing kits that can determine and distinguish a positive test for the coronavirus and flu.

"CDC encourages laboratories to consider adoption of a multiplexed method that can facilitate detection and differentiation of SARS-CoV-2 and influenza viruses," the agency said Wednesday.

Laboratories will have until the close of 2021 before the CDC officially withdrawals its Emergency Use Authorization of the Real-Time RT-PCR Diagnostic Panel.

> ➤ **WE ALLOWED OUR GENOCIDE BY CENSORING THOSE THAT WERE FIGHTING FOR US.**

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <u>3</u>

Judge Scola,

Mathematically mankind will cease to exist in the next few years. Mathematically suicides will outnumber births in the next few years. Birthrates are negative. Life expectancies are decreasing. Americans have lost the ability and desire to procreate. In the last Census the U.S. population grew by about 23 million but 11 million were immigrants. The population increase was 7.4% but we need at least 11% to replace our population. We have more immigrants than any country in the world – 40 million plus.

President Joe Biden has stated, for the record, that you will need a booster in 8 months, 6 months, and 5 months. They are discussing the process of installing vascular ports on all Americans so that they can go to the pharmacy and get a COVID19 vaccine capsule that they can install themselves.

**<u>All of this has been censored by Twitter and Jack Dorsey. I cannot invent this stuff and truth is stranger than fiction.</u>**

Twitter and Jack Dorsey did not censor me originally. When the Federal Judiciary started to docket my pleadings, they censored me.

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU
Attached are pages 1, 2, 3, 13, 16, 24, 28, 29 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **<u>32 total pages.</u>**
Attached are pages 1, 3, 4, 5, 6 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **<u>144 total pages.</u>**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Case 1:23-cv-03721-SCJ Document 35 Filed 09/11/23 Page 34 of 120
Case 1:21-cv-22441-RNS Document 66 Entered on FLSD Docket 10/08/2021 Page 19 of 64

USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of 32

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Amicus

Full Disclosure – FYI.

See attachment.

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:23-cv-03721-SCJ Document 35 Filed 09/11/23 Page 35 of 120
Case 1:21-cv-22441-RNS Document 66 Entered on FLSD Docket 10/08/2021 Page 20 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 2 of 32

US Dominion, Inc. v. Powell (1:21-cv-00040) District Court, District of Columbia Judge Carl John Nichols
Movant David Andrew Christenson

Motion for Leave to file Amicus – Reconsideration – With Corrections Ordered by Judge Nichols

Judge Nichols,

Corrections.

(There is no coherent way to state my case. President Joe Biden's brother, Frank Biden, a non-attorney, but Senior Advisor for the Berman & Berman Law Group, filed a Response with the 11th Circuit to my Motion to Dismiss my own Appeal. I filed the Motion to Dismiss my own Appeal in October of 2020 and it was docketed on October 20th, 2020. The Response was filed two days after the election. Why file a response to a Motion to Dismiss? Here are the weird parts. I asked for the dismissal to occur on January 21st, 2021, the day after the Inauguration. I knew that Hunter Biden was connected to the case because of Israel and the Mossad but I did not know about Frank Biden's connection until just after the Inauguration. See attachments.) **(Why did Frank Biden want the 11th Circuit to expedite the dismissal?)**

What if you publicly docket my pleadings and Dominion withdraws their complaint?

This case is about more than the parties. This case is about our Constitutional Right to a fair election.

As an American I am interested in this case because it involves the 2020 Presidential Election and the impending Impeachment trial of President Donald Trump. What if Trump was right? Our country is being fractured and may not recover. 47% of those that voted, voted for Trump. 4% of those that voted, voted for Biden because they hated Trump. Either way, 47% or 51%, you have a major problem if you alienate such a large percentage of the population in such a contentious manner. We just had 25,000 U.S. troops is Washington D.C. for the inauguration, it looked like a war zone. I think that is enough to be an interested party.

My support is for the American People, the Constitution and most importantly the Truth. My support is also for you, as the Judge. My information will educate you and thus protect our country. This case is more important than you realize.

Attorney General Barr made it clear that there was election tampering, but he qualified by stating that it would not have made a difference. Start with the Second District is Nebraska. The outcome was statistically impossible. That one electoral vote could have made the difference. Was Dominion involved?

This complaint will explore election tampering, fraud, defective security of early voting, mail in votes and absentee ballots, etc. It will also explore computer hacking. The complaint was filed for Billions of dollars. To what extent was Dominion involved? The 2020 Presidential Election occurred during a Pandemic. The election process was not prepared, and neither was security. There was a tenfold increase in alternate voting. If you look at Wisconsin, Pennsylvania, Michigan, and Georgia you will see

Case 1:23-cv-03721-SCJ  Document 35  Filed 09/11/23  Page 36 of 120
Case 1:21-cv-22441-RNS  Document 66  Entered on FLSD Docket 10/08/2021  Page 21 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 3 of 32

that the voter totals differed by less than 1% or close to it. THIS WAS THE MOST INSECURE ELECTION IN THE HISTORY OF THE UNITED STATES BECAUSE OF THE PANDEMIC, CLOSENESS OF THE VOTE TOTALS IN CRITICAL STATES AND ALTERNATE VOTING. What was Dominions involvement?

Neither party has responded to me.

Attachment 1 is a document about the incompetence of the United States Postal System. Did Dominion know about the problems with the USPS? Did Dominion disclose this information? How accurately were ballots counted that arrived by mail and how many actually arrived? **Ballots delivered or not delivered by mail were the difference in the five most important states.**

Attachment 2. This is a weird set of documents and I mean weird. The 11th Circuit took no action on my pleading and then the next day they accepted the pleading. Review the Docket which is attached. Judge Ungaro allowed me to file **100 plus** pleadings/letters in Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula. This is a Class Action Complaint against the People's Republic of China that accuses them of negligently releasing COVID19. The lead party is a disbarred attorney and chief strategist for the law firm that filed the complaint, Berman & Berman Law Group. I filed an appeal when Judge Ungaro stopped me from filing and that is where it gets interesting. **THE 11TH CIRCUIT WANTED MY APPEAL. WHY?** Judge Ungaro would not docket my Notice of Appeal. The 11th Circuit sent notice to docket the Notice of Appeal. It is all in the record.

Attachment 3. This is the Response from Frank Biden and the Berman & Berman Law Group. Read the last page first.

Godspeed - Sincerely, - David Andrew Christenson - P.O. Box 9063 - Miramar Beach, Florida 32550 504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Chief Judge William Pryor Jr.                            January 29th, 2021
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Judge Ellen Lipton Hollander (Standage v. Braithwaite (1:20 cv 02830) District Court, D. Maryland Judge
Ellen Lipton Hollander)
Federal Court
101 West Lombard Street
Chambers 5B
Baltimore, MD 21201

Reference: 11th Circuit 20-13766 - C and the attached which was docketed.

This is how God opens a door for me and hits me square in the face with a two by four. I am 8 days late.

Did you know that Francis (Frank) Biden, brother of the President, was Senior Advisor (Non-Attorney) to
the Berman Law Group?

Did you know that Jeremy Alters is the Chief Firm Strategist (*Non-Attorney) [* Jeremy Alters is a
disbarred non-lawyer employee.] for the Berman Law Group?

Did you know that Jeremy Alters is the lead Plaintiff in this case?

I never understood why the Berman Law Group filed a Response to my Motion to Dismiss, until now.

Please grant the attached Motion and give me 30 days to file a coherent Appeal

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com.

Case 1:23-cv-03721-SCJ    Document 35    Filed 09/11/23    Page 38 of 120
Case 1:21-cv-22441-RNS    Document 66    Entered on FLSD Docket 10/08/2021    Page 23 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 16 of 32
USCA11 Case: 20-13766    Date Filed: 02/01/2021    Page: 4 of 8
USCA11 Case: 20-13766    Date Filed: 10/06/2020    Page: 2 of 2

Chief Judge William Pryor Jr.                                          October 16th, 2020
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Reference: 20-13766 – F (Motion to Stay and then Motion to Dismiss.)

Thank you for giving me a voice and thus Mankind. I don't want to waste your time. Judge Ungaro gave
me a real voice and nobody listened so I don't know what I would appeal.

I believe in miracles so I am asking you to stay and then dismiss the appeal on January 21st 2020, the day
after the inauguration. Just in case God shows me a light. If you can't that is fine.

Odd thing. I was angry with Reality Winner and her family for getting connected to Michael Cohen. What
were they thinking? I have this strange feeling that Winner's mom likes the spotlight and has a form of
Munchausen syndrome by proxy. I have not been following the pleadings because it costs me money
and I don't have any. Everything Cohen stated had already been done. I despise people like that. I might
be crazy but at least I am not Cohen. I am sympathetic to Winner.

I may drive over to Jacksonville and attend the Winner hearing in November and I hope that is not a
problem. Please let me know if there is a problem with me attending. Clerk Cayce from the 5th Circuit
might vouch for my professionalism.

<u>After the inauguration I have to find something to do. Do you have another fight for me?</u>

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Case 1:23-cv-03721-SCJ   Document 35   Filed 09/11/23   Page 39 of 120
Case 1:21-cv-22441-RNS   Document 66   Entered on FLSD Docket 10/08/2021   Page 24 of 64

USCA11 Case: 20-13766   Date Filed: 02/08/2021   Page: 24 of 32
USCA11 Case: 20-13766   Date Filed: 11/05/2020   Page: 1 of 7

## CASE NO.: 20-13766-F

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### DAVID CHRISTENSON,

Appellant,

v.

### MARTA REYES, et al.,

Appellees.

RESPONSE TO APPELLANT'S MOTION TO VOLUNTARILY DISMISS

### MARTA REYES, et al.

### MATTHEW T. MOORE, ESQ.
The Berman Law Group
Post Office Box 272789
Boca Raton, Florida 33427
Ph: (561) 826-5200

Case 1:23-cv-03721-SCJ  Document 35  Filed 09/11/23  Page 40 of 120
Case 1:21-cv-22441-RNS  Document 66  Entered on FLSD Docket 10/08/2021  Page 25 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 28 of 32
            USCA11 Case: 20-13766    Date Filed: 11/05/2020    Page: 5 of 7
20-13766-F
*David Christenson v. Marta Reyes, et al.*

## RESPONSE TO APPELLANT'S MOTION
## TO VOLUNTARILY DISMISS HIS APPEAL

COME NOW Appellees, Marta Reyes and the other Named Plaintiffs in Class Action No. 20-cv-21108-UU, pending in the Southern District of Florida, and pursuant to Fed.R.App.P. 42(b) and 11th Cir. R. 42-1, hereby respond and agree to Appellant's motion to voluntarily dismiss his appeal, and in support thereof, state as follows:

1.      This appeal was docketed on October 7, 2020.

2.      On October 20, 2020, a letter from Appellant David Christenson, styled as a motion to voluntarily dismiss his appeal was received by the Court. Appellant' letter motion is attached as Exhibit A. This letter motion was not served upon undersigned counsel by Appellant, and it was not entered on the docket until November 2, 2020. Thus, this response is timely.

3.      In his letter motion, Appellant clearly states "*I don't want to waste your time. Judge Ungaro gave me a real voice and nobody listened so I don't know what I would appeal.*" *See* Exhibit A. He then asks that the Court dismiss the appeal, but after a stay through the presidential inauguration. However, he further states: "*If you can't [stay the appeal], that is fine.*" *See id.*

4.      Appellees completely agree that the appeal should be dismissed now and do not oppose Appellant's voluntary dismissal.

1

Case 1:23-cv-03721-SCJ Document 35 Filed 09/11/23 Page 41 of 120
Case 1:21-cv-22441-RNS Document 66 Entered on FLSD Docket 10/08/2021 Page 26 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 29 of 32
USCA11 Case: 20-13766    Date Filed: 11/05/2020    Page: 6 of 7
20-13766-F
*David Christenson v. Marta Reyes, et al.*

5.    Moreover, there is no basis to stay the appeal. Appellant has not paid the filing fee or filed to proceed *in forma pauperis*, and in his letter motion states that he has no money. *See id.*

6.    Furthermore, on its face, since Appellant admits "I don't know what I would appeal," then pursuant to 11ᵗʰ Cir. R. 42-4, the appeal is self-admittedly frivolous and may be dismissed. *See* Ex. A.

7.    Since it appears that the appeal has not been assigned to a panel on the merits, then pursuant to 11ᵗʰ Cir. R 42-4(a), the clerk may clerically dismiss the appeal.

WHEREFORE, Appellees hereby agree to Appellant's motion to voluntarily dismiss the appeal, and respectfully request that this appeal be dismissed, and for such other relief as the Court may deem just and proper.

Dated: November 5, 2020.

Respectfully submitted,

*/s/ Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
mmoore@thebermanlawgroup.com
skrieger@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
service@thebermanlawgroup.com
vduffy@thebermanlawgroup.com

2

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Supplemental Motion for Leave to file a Motion for Reconsideration and Motion to Re - Open the Appeal.

[Think about this as you read the pleading. This is a Class Action Complaint filed on behalf of all Americans and that includes President Joe Biden. I specifically asked the court to stay the Appeal until the day after the inauguration. In simple form. The President of the United States is suing the People's Republic of China through his family. The grotesque part is that the President is not suing the People's Republic of China for us. The case is unwinnable because COVID19 is connected to New Orleans which is the Chemical Warfare Capital of the World and President Joe Biden knows that. What is the sinister goal of the Class Action Complaint besides money?}

The simplicity of this Appeal is amazing. If the Court orders a Response, then Americans prevail. Right or wrong, the ordering of the Response will change the Narrative and that is what we need right now.

The Constitutional Question that satisfies the Preamble. Is COVID19 connected to the Katrina Virus? I have stated repeatedly that COVID19 is a trigger virus.

This case is unique in that it directly involves President Joe Biden via his brother, Frank Biden, and his son, Hunter Biden. President Joe Biden was a U.S. Senator for 36 years and the Vice President for 8 years. The Katrina Virus was released in New Orleans during Hurricane Katrina in 2005 because of negligence. President Joe Biden was elected to the U.S. Senate in 1972 and is thereby responsible for the negligent release of the Katrina Virus and the current Pandemic.

It also is unique because it involves COVID19 and the People's Republic of China.

Would the United States be in a Pandemic if the Supreme Court had ordered a Response to Writ of Mandamus and Prohibition 14-10077?

Godspeed - Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

Case 1:23-cv-03721-SCJ Document 35 Filed 09/11/23 Page 43 of 120
Case 1:21-cv-22441-RNS Document 66 Entered on FLSD Docket 10/08/2021 Page 28 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 3 of 144

**CASE NO.: 21-XXXXX**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**DAVID CHRISTENSON,**
**Plaintiff**
**v.**
**United States of America,**
**Defendant**

---

**Writ of Prohibition and Writ of Mandamus.**

**&**

**Constitutional Question**

---

**Filed on Behalf of all Americans.**

---

**Godspeed**

**Sincerely,**

(On file)

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Florida 32550**
**504-715-3086**
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Case 1:23-cv-03721-SCJ   Document 35   Filed 09/11/23   Page 44 of 120
Case 1:21-cv-22441-RNS   Document 66   Entered on FLSD Docket 10/08/2021   Page 29 of 64

USCA11 Case: 20-13766    Date Filed: 02/08/2021    Page: 4 of 144

### Constitutional Question

Does our Government have a right to lie to us?

### Writ of Mandamus and Prohibition

This is Moot if the Honorable Court Orders the Government to Respond to the Attachment.

What parts of the attachment are true, and which are false?

### Conclusion

Something so simple as a response could change the Narrative and thus give us a chance.

### One Question

Is COVID19 connected to the Katrina Virus?

# The Supreme Court Murdered Mankind

# Writ 14-10077

# The Katrina Virus

# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief 4

Judge Scola,

Did you know what was in the attachment?

Have you heard of it?

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**Third Open Letter to Chief Justice Carl Stewart**

Case No. 16-30918

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

                              Plaintiffs
v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

                    Defendants – Appellees

v.

                    DAVID ANDREW CHRISTENSON,
Movant – Appellant

Godspeed.

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Judge Carl Stewart                                                August 30th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

The following paragraph was taken from Supplemental Designation Memorandum Three This is how close we are to extinction We are within .3% (.003) Case: 16-30918 Document: 00513859493 Page: 1 Date Filed: 01/25/2017 5th Circuit Court of Appeals.

1. Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. Think of it as an anti-social norm, an anti-way of thinking. We must drastically change our way of thinking and the way to do this is by exposing the truth. **Maybe a better term is the "Katrina Anti-Social Norm".** Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm. (We will have a vaccine for everything.)

Here is the proof that we are "Bubble People" courtesy of President George W. Bush, President Barack Obama and Chief Justice John Roberts. After Hurricane Katrina and the release of the Katrina Virus President Bush knew that he had to do something major to fight chemical warfare agents and manmade viruses. He selected Texas A & M in College Station Texas because that is where his father's Presidential Library is and it is in his home state. (Connected to the Veterinary College because they need pigs and birds (chickens) for testing. Pigs are closely representative for a human when testing vaccines) The campus is also close to the Gulf of Mexico and New Orleans where the BP Oil Spill took place with the release of the Katrina Virus and the use of Corexit.

2. When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to **50 million** adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a *declared* influenza pandemic and availability of **acceptable virus seeds**.

This facility is a chemical warfare facility that was built on the Texas A & M campus in College Station Texas. See attachment 1. (I love the word "declared", it literally means "screwed", past tense.)

It is almost impossible to find acceptable seeds for influenza (Katrina Virus). Four months is a lifetime for viruses to mutate and travel the world. It has been statistically proven that the influenza and pneumonia vaccines that Americans receive do not work. People survive the flu and pneumonia on their own if they have a strong immune system and not one that has been degraded by previous vaccines.

Video 708 (attachment 1) which I produced in September 2014 and released on October 1st, 2014 was available worldwide until the US Federal Government removed/censored it from the internet. All 750 of my videos have been removed/censored from the internet by the US Federal Government.

**3.** With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a **biological terrorist attack.**

4. Texas A&M regents approve millions for building projects By Steve Kuhlmann steve.kuhlmann@theeagle.com Nov 11, 2016  2 http://www.theeagle.com/news/local/texas-a-m-regents-approve-millions-for-building-projects/article_f8b8364d-6426-5427-bbef-a887e89086da.html Among the local projects include the $76.5 million **biocontainment** research facility project -- known as the Global Health Research Complex -- a $103.8 million Medical Research and Education Building project at the Texas A&M University Health Science Center and a $17 million West Campus Support Building.

October 12th, 2050 Mankind will cease to exist.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

V708 Texas A&M dedicates national Katrina Virus vaccine manufacturing facility.
http://youtu.be/yAENY6XfF2w
Food for thought as you read this article: it sounds as if they are developing vaccines for everything. The
Katrina Virus is everything. The Katrina Virus has destroyed our immune systems. We have lost the
ability to breath. They use the term "pneumonia deaths" to cover up the true cause of death.

Cause of death: failure of the immune system due to its' destruction by the Katrina Virus.

Texas A&M dedicates national pandemic influenza (Katrina Virus) vaccine manufacturing facility, on
track for 2016 start-up phase September 18, 2014 by Holly Lambert
https://news.tamhsc.edu/?post=texas-am-dedicates-national-pandemic-influenza-vaccine-
manufacturing-facility-on-track-for-2016-start-up-phase
Texas Governor Rick Perry, Texas A&M University System Chancellor John Sharp, Texas A&M Health
Science Center CEO Brett Giroir, M.D., and officials from the U.S. Department of Health and Human
Services (HHS), State of Texas and biopharmaceutical company GSK today dedicated a national
pandemic influenza (Katrina Virus) vaccine manufacturing facility in Bryan, Texas, which when complete
will serve as an anchor for the Texas A&M Biocorridor – a rapidly evolving hub of economic
development and scientific discovery that is swiftly positioning Texas as the third coast in biotechnology.

When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed
for up to 50 million adjuvanted pandemic influenza vaccine doses within four months of a declared
influenza pandemic and availability of acceptable virus seeds.

Disease outbreaks, such as the H5N1 avian influenza, H1N1 influenza pandemic of 2009, and more
recently the Ebola outbreak in West Africa, exposed the need for quick access to high-quality, life-saving
vaccines and therapeutics, and the importance of reliable, U.S.-based vaccine development and
manufacturing capabilities and expertise. After the President's Council of Advisors on Science and
Technology report on reengineering the influenza vaccine manufacturing enterprise and the U.S.
Department of Health & Human Services' medical countermeasures review, HHS' Biomedical Advanced
Research and Development Authority (BARDA) embarked on new approaches to bolster pandemic
influenza preparedness and biodefense.

With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-
based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for
Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and
manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's
preparedness and response to public health threats, whether in the form of a naturally occurring
emerging infectious diseases or a biological terrorist attack.

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache...

   David Andrew Christenson <davidandrewchristenson@gmail.com>

# This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attached. "The Supreme Court Murdered Mankind" is also attached for reference. Look at the connection between Hurricane Katrina and Hurricane Harvey.

David Andrew Christenson <davidandrewchristenson@gmail.com>                    Mon, Aug 28, 2017 at 7:25 AM
To: davidandrewchristenson@protonmail.com, americanjustice@protonmail.com, persimmonpublishing@protonmail.com,
thereluctantpatriot@protonmail.com, federalcourts@protonmail.com, supremecourt@protonmail.com,
supremecourt2@protonmail.com, 5thcourtno@protonmail.com, edlano@protonmail.com


Take a minute and read this, it could possible open your eyes. Why is the Cajun Navy invited and allowed to help in Houston for Hurricane Harvey but they were turned away in New Orleans for Hurricane Katrina. I have Secret Grand Jury Testimony (now it is public record) that confirms what I am saying. Special Units of the US Military (which I was a part of) and Kenyon International Emergency Services (Google it) collected bodies and if they were contaminated they were burned and if not, they were turned over to the coroner. New Orleans is the Chemical Warfare Capital of the World.


5 years after Katrina, storm's death toll remains a mystery Who died in Hurricane Katrina? Hundreds of names are still a mystery — and the death toll itself is subject of controversy LISE OLSEN, HOUSTON CHRONICLE Published 5:30 am, Monday, August 30, 2010

http://www.chron.com/news/nation-world/article/5-years-after-Katrina-storm-s-death-toll-remains-1589464.php


This is the first time in modern history that the US did not account for every American. It is also the first time that the US did not want to account for every American.


How could 50 plus cancers come out of a building? Why did those same 50 plus cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? Here is a perfect example of how corrupt our government is. They use the term "14 categories" instead of saying 50 plus cancers.

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks

By NBC News and wire services

September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.


The US Government directed the national media to cover the Super Dome and the Convention Center so that they could clean up the dead contaminated bodies. The Convention Center sits on the Mississippi River. All people had to do was walk behind the building. The Super Dome is eight blocks away. Google Earth shows how close all New Orleans is to the River and the Lake.

https://mail.google.com/mail/u/0/?ui=2&ik=7d943782f9&jsver=PX1Y7GgZjW4.en.&view=pt&msg=15e28cd5d6b116f8&search=sent&siml=15e28cd5d6...   1/4

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache...

Hurricane Katrina Facts: Chemical Warfare Contaminates (The Katrina Virus) escaped, due to negligence, into the environment and the US Military murdered Americans in violation of the US Constitution and Posse Act. The Federal Government had to wait five days to commence the rescue so the Katrina Virus could dissipate. President George W. Bush did not land Air Force One because he did not want to get infected. I flew support missions for Air Force One, the President, White House and the Secret Service so I know what I am talking about. Bush told the world it was for security purposes and that was a lie. Belle Chase Naval Air Stations was fully operational and secure. I know because the Air Force First Special Operations Wing was there with friends of mine from the Air Force Academy.

I called it the Redneck Navy but today it is called the Cajun Navy. All people had to do was walk to the Mississippi River or Lake Pontchartrain and they would be rescued. The Cajuns would arrive with beer and food. To them it is an adventure and adventures are to be fun.

https://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG

Supreme Court Writ 14-10077 Supplemental Writ filed September 2nd, 2015 titled "The Redneck Navy" Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Writ Filed May 22nd, 2015

https://www.supremecourt.gov/search.aspx?filename=/docketfiles/14-10077.htm

Harvey: 'Cajun Navy' heads to Texas to aid rescues

Greg Toppo, USATODAY Published 10:52 p.m. ET Aug. 27, 2017 | Updated 5:29 a.m. ET Aug. 28, 2017

https://www.usatoday.com/story/news/2017/08/27/cajun-navy-heads-texas-aid-rescues/606883001/

An informal network of good Samaritans with small watercraft is once again mobilizing — this time in the wake of unprecedented flooding in Houston.

Formed 12 years ago after Hurricane Katrina devastated New Orleans, the so-called Cajun Navy, which has saved thousands of stranded people, by some estimates, is already helping rescue stranded Texans, one member said Sunday.

"There's no telling how many are already over there," said 39-year-old Joey Hains of Lafayette, La. "Basically everybody that's wanting to go help out" is going or has already arrived, he said.

14-10077

September 2nd, 2015

Supplemental Fifteen

The Redneck Navy

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

I will swear under oath that I knew nothing about the article, the book or the movie until today, September 2nd, 2015. Please reference August 22nd, 2015 Writ 14-10077 Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) second paragraph last three lines which were written by me:

"I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed."

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache...

How many people really died in New Orleans during the Hurricane Katrina time frame? The public number is roughly 1800. Of those 1800 many of the bodies are unaccounted for. **New Orleans is below sea level and bodies would flow into and not out of.** Read Supplemental Tenth.

# The real questions are how many Americans died from the Katrina Virus and how many were murdered by the US Military?

Greatest story never told: Acadiana boaters braved danger, arrest to rescue New Orleans-area residents trapped by Hurricane Katrina floods

Rescuers from Acadiana braved danger, arrest to rescue N.O.-area residents trapped by Hurricane Katrina floods

BILLY GUNN | bgunn@theadvocate.com   Sept. 02, 2015

http://www.theadvocate.com/new_orleans/news/article_13329997-171b0ca1.html#story-never-told-article

Many more people would have died in the flood waters of Hurricane Katrina in 2005 if not for hundreds of south Louisiana folks who met at Acadiana Mall in Lafayette and then hauled their boats to New Orleans, *where they disregarded authorities' orders to go back home because it was too dangerous.*

The story of the citizen rescue, which unfolded over days in a devastated New Orleans, is told in a new documentary, "The Cajun Navy," directed by Academy Award-winning filmmaker Allan Durand, who teamed with film students at the University of Louisiana at Lafayette for the project.

Durand on Tuesday told a few hundred people at the LITE Center in Lafayette that the caravan of boats and boaters who dropped everything to head east on Interstate 10 ended up rescuing more than 10,000 people.

Durand was among the guests celebrated at an event commemorating the rescuers and others who helped in the effort.

Tuesday's event previewed a few minutes of the documentary, and also unveiled a new book that includes the story of the citizen boat rescues, "The Terrible Storms of 2005: Hurricane Katrina and Hurricane Rita," published by Acadian House Publishing in Lafayette.

Among the guests Tuesday were former Gov. Kathleen Blanco, retired Army Gen. Russel Honoré and the organizer of The Cajun Navy, Doug Bienvenu.

Katrina made landfall Aug. 29, 2005. Many tens of thousands of New Orleanians and some in neighboring St. Bernard Parish did not or could not leave. *In New Orleans, hundreds drowned after levees built along two canals connected to Lake Ponchartrain gave way and flooded much of the city.* [This is close to where the Katrina Virus warehouses were.]

Many who sought safety in their attics beat holes in the roofs and climbed out to escape the rising water. They needed help badly, and it was with these people in the crucial first days after the storm that the boaters from Cajunland made their mark.

*At the time, government officials didn't or couldn't deploy rescue boats, which threw much of the responsibility on the shoulders of citizen rescuers who rode house to house, according to the film.* [Why?]

*Brian Smelker, of Lafayette, said the caravan was stopped by officers with Louisiana Department of Wildlife and Fisheries, who told them it was too dangerous to proceed. Authorities also told them "we don't need you."* [Are you kidding? They were going to rescue our fellow Americans.]

*Smelker said that as he was being told to turn back, he could see people on roofs who needed help. All the while, the sound of gunshots could be heard, he said. "It was pretty obvious it was a serious situation," Smelker said.* [The US Military was firing the weapons to keep people away.]

While many of the boaters turned around and headed back home, many did not.

*Told he would go to jail if he didn't return home, he said, "Well, it won't be the first time."* [The Supreme Court protects this terrorist behavior by law enforcement.]

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache...

Bienvenu and his girlfriend, Drue Leblanc, who rode alongside him in his airboat, ended up rescuing hundreds of people over three days.

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

, (202) 514-2217

_____

David Andrew Christenson

**4 attachments**

**Brief.docx**
29K

**Cantrell 2 17 cv 06197 Notice of Submission Second.pdf**
494K

**Cantrell 2 15 cv 04479 Notice of Submission Second.pdf**
494K

**TSCMM The Book Final.docx**
167K

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 7th, 2021

Friend of Court Brief **8**

Judge Scola,

Judges are censored.

You are censored.

Attachment 1: Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton
Hollander Case 1:20-cv-02830-ELH Document 33 Filed 11/30/20 50 pages. One pages one and two are
attached.

Attachment 2: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge
Ursula Mancusi Ungaro Case 1:20-cv-21108-UU Document 49 Entered on FLSD Docket 06/16/2020 - 16
pages. Only pages one and two are attached.

Attachment 3:  Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy
Kalman Altman

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

Third Motion for Leave to file a Supplemental Friend of the Court Brief/Amicus Brief

And

Motion to Docket

## Censorship

**Judge Hollander you are censored.** The Executive Branch censors a Federal Judge. Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice. Attachment 1 is the Court Listener Docket from this morning: November 19th, 2020 at 8:10 AM EST. Constitutionally the Court Listener docket should be a duplicate of your official court docket that can be found on Pacer. Attachment 2 is the Pacer docket from this morning: November 19th, 2020 at 8:14 AM EST. The Court Listener docket has been censored and does not duplicate your docket. **THEY CENSORED YOU.**

The Court Listener docket was last updated November 19th, 2020 at 6:08 AM EST. It shows the date of the last known filing to be November 18th, 2020. The last docket entry shown is #26 on November 10th, 2020. Docket #27 and #28 are not shown.

My first Motion was docket #18 on November 4th, 2020. The narrative for that entry was just the word: "*Memorandum*". The docket entry was corrected by Court Listener with today's update.

Court Listener has a huge following because you can access court documents for free and receive alerts.

Attachment 3: CDC FluView Report Week 45, ending November 7th, 2020

Attachment 4: Pneumonia, Influenza and COVID19 Mortality Surveillance from the National Center for Health Statistics Mortality Surveillance System Data through week ending November 7th, 2020 as of November 12th, 2020

# ATTACHMENT 5: KILL ME NOW – THE PANDEMIC HAS WON AN EMMY. GOVERNOR CUOMO IS BEING GIVEN AN EMMY FOR TURNING THE PANDEMIC INTO A REALITY TV SHOW.

Attachment 1

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on November 19th, 2020 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 2

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 13th, 2020

FILED BY ___PG___ D.C.

JUN 1 6 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Twenty-First Amicus – If I was wrong why would the Department of Justice go to such drastic lengths to CENSOR me?

The Plaintiffs should be suing the United States. Very simple depositions from the Director of the CIA, Secretary of Defense, Director of the NIH and Director of the CDC would verify that I am correct. Remember that 60 plus cancers (14 categories) came out of the World Trade Centers on 911 which is confirmed by the Federal Registry. (see attached article)

The Complaint is frivolous and without merit if the United States is not added. The Complaint is unwinnable and a waste of the Court's time and resources.

Compare the Court Listener docket (attached) from Friday June 12th 2020 at 5:06 PM EST to the official court docket (attached). Court Listener intentionally omitted/CENSORED docket items 4, 6, 8. 9, 10, 11, 12 and 13. Somebody had to manually do the censoring. There are no docket entries or narratives. Court Listener monitors thousands of cases and the transfer of data (copying of data) is automatic.

## OUR CHILDREN ARE THE ONES THAT WILL PAY THE PRICE AND I TOOK AN OATH NOT TO LET THAT HAPPEN

Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice.

## THIS IS AN ABSOLUTE CRIMINAL VIOLATION OF THE CONSTITUTION AND IT IS TREASON.

*(Court Listener) Our Mission*
*Free Law Project is a California non-profit public benefit corporation and a federally-recognized 501(c)(3) public charity whose specific purposes are primarily: To provide free, public, and permanent access to primary legal materials on the Internet for educational, charitable, and scientific purposes to the benefit of the general public and the public interest;*
*To develop, implement, and provide public access to technologies useful for legal research;*
*To create an open ecosystem for legal research and materials;*
*To support academic research on related technologies, corpora, and legal systems; and*
*To carry on other charitable activities associated with these purposes, including, but not limited to, publications, meetings, conferences, trainings, educational seminars, and the issuance of grants and other financial support to educational institutions, foundations, and other organizations exclusively for educational, charitable, and scientific purposes as allowed by law.*
*In 2013, Free Law Project joined the Free Access to Law Movement.*

Filed in the following cases:

# Attachment 2

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

# Attachment 3

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
Movant David Andrew Christenson
June 13th, 2020

Twenty-First Amicus – If I was wrong why would the Department of Justice go to such drastic lengths to
CENSOR me?

The Plaintiffs should be suing the United States. Very simple depositions from the Director of the CIA,
Secretary of Defense, Director of the NIH and Director of the CDC would verify that I am correct.
Remember that 60 plus cancers (14 categories) came out of the World Trade Centers on 911 which is
confirmed by the Federal Registry. (see attached article)

The Complaint is frivolous and without merit if the United States is not added. The Complaint is
unwinnable and a waste of the Court's time and resources.

Compare the Court Listener docket (attached) from Friday June 12th 2020 at 5:06 PM EST to the official
court docket (attached). Court Listener intentionally omitted/CENSORED docket items 4, 6, 8. 9, 10, 11,
12 and 13. Somebody had to manually do the censoring. There are no docket entries or narratives. Court
Listener monitors thousands of cases and the transfer of data (copying of data) is automatic.

## OUR CHILDREN ARE THE ONES THAT WILL PAY THE PRICE AND I TOOK AN OATH NOT TO LET THAT HAPPEN

Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice.

## THIS IS AN ABSOLUTE CRIMINAL VIOLATION OF THE CONSTITUTION AND IT IS TREASON.

*(Court Listener) Our Mission*
*Free Law Project is a California non-profit public benefit corporation and a federally-recognized 501(c)(3)*
*public charity whose specific purposes are primarily: To provide free, public, and permanent access to*
*primary legal materials on the Internet for educational, charitable, and scientific purposes to the benefit*
*of the general public and the public interest;*
*To develop, implement, and provide public access to technologies useful for legal research;*
*To create an open ecosystem for legal research and materials;*
*To support academic research on related technologies, corpora, and legal systems; and*
*To carry on other charitable activities associated with these purposes, including, but not limited to,*
*publications, meetings, conferences, trainings, educational seminars, and the issuance of grants and*
*other financial support to educational institutions, foundations, and other organizations exclusively for*
*educational, charitable, and scientific purposes as allowed by law.*
*In 2013, Free Law Project joined the Free Access to Law Movement.*

Filed in the following cases:

# Attachment 3

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

# Attachment 3

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 3
# AHARON v. CHINESE COMMUNIST PARTY (9:20-cv-80604)

## District Court, S.D. Florida

⬈ View on PACER (https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?569667)

🔍 Search this Docket (/?type=r&q=docket_id%3A17051918)

🔔 Get Alerts (/alert/docket/toggle/)     ❓ (/help/alerts/#recap-alerts)

Last Updated: June 12, 2020, 5:06 p.m. EDT

Assigned To: Roy Kalman Altman (/person/8660/roy-kalman-altman/)

Referred To: Dave Lee Brannon (/person/9169/dave-lee-brannon/)

Date Filed: April 7, 2020

Date of Last Known Filing: June 9, 2020

Cause: 28:1332 Diversity (/?type=r&cause="28:1332 Diversity")

Nature of Suit: 360 P.I.: Other (/?type=r&nature_of_suit="360 P.I.: Other")

Jury Demand: Plaintiff (/?type=r&q=juryDemand:"Plaintiff")

Jurisdiction Type: Diversity

📧 Docket Entries (/docket/17051918/aharon-v-chinese-communist-party/)

👥 Parties and Attorneys (/docket/17051918/parties/aharon-v-chinese-communist-party/)

**Filed**

MM/DD/YYYY

**to**

MM/DD/YYYY

**Documents**                                                                    ⇊    ⇈

**to**

| | Date Filed | Description |
|---|---|---|
| 1 | Apr 8, 2020 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC-12712730, filed by ROSANNA CARUSO, MORIAH AHARON, DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON. (Attachments: # 1 Civil Cover Sheet CIVIL COVER SHEET, # 2 Summon(s) Summons Repub of China, # 3 Summon(s) Summons Chinese Comm Party)(Moore, Matthew) (Entered: 04/08/2020) |

| | Main Doc (/docket/17051918/1/aharon-v-chinese-communist-party/) | Complaint |
|---|---|---|
| | Att 1 | Civil Cover Sheet CIVIL COVER SHEET |
| | Att 2 | Summon(s) Summons Repub of China |
| | Att 3 (/docket/17051918/1/3/aharon-v-chinese-communist-party/) | Summon(s) Summons Chinese Comm Party |

| | Apr 8, 2020 | Clerk's Notice of Judge Assignment and Optional Consent |
|---|---|---|
| 2 | Apr 8, 2020 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and |

6/13/2020                           AHARON v. CHINESE COMMUNIST PARTY, 9:20-cv-80604 – CourtListener.com

# Attachment 3

file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 04/08/2020)

| | | Main Doc | Clerk's Notice of Judge Assignment |
|---|---|---|---|
| 3 | Apr 8, 2020 | Summons Issued as to CHINESE COMMUNIST PARTY, PEOPLE'S REPUBLIC OF CHINA. (Attachments # 1 Summon(s))(ail) (Entered: 04/08/2020) | |
| | | Main Doc (/docket/17051918/3/aharon-v-chinese-communist-party) | Summons Issued |
| | | Att 1 | Summon(s) |
| | May 19, 2020 | Order Striking | |
| | May 22, 2020 | Order Striking | |
| 14 | Jun 12, 2020 | Main Doc | - Order (PAPERLESS or pdf attached) |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

Email Address

🖂 Subscribe

# Attachment 3

DLB,REF_PTN

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:20-cv-80604-RKA**

AHARON et al v. CHINESE COMMUNIST PARTY et al
Assigned to: Judge Roy K. Altman
Referred to: Magistrate Judge Dave Lee Brannon
Cause: 28:1332 Diversity

Date Filed: 04/07/2020
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2020 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC 12712730. filed by ROSANNA CARUSO, MORIAH AHARON, DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON. (Attachments: # 1 Civil Cover Sheet CIVIL COVER SHEET, # 2 Summon(s) Summons Repub of China, # 3 Summon(s) Summons Chinese Comm Party)(Moore, Matthew) (Entered: 04/08/2020) |
| 04/08/2020 | 2 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon. |
| | | Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. |
| | | Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 04/08/2020) |
| 04/08/2020 | 3 | Summons Issued as to CHINESE COMMUNIST PARTY. PEOPLE'S REPUBLIC OF CHINA. (Attachments: # 1 Summon(s))(ail) (Entered: 04/08 2020) |
| 05/18/2020 | 4 | STRICKEN NOTICE of Filing re: Complaint by Non-Party David Andrew Christenson (mc) stricken per de#5 (dj). (Entered: 05/19/2020) |
| 05/19/2020 | 5 | PAPERLESS ORDER striking 4 Notice. The Clerk of Court is directed to STRIKE the 4 Notice. The filer is not a party to this litigation. Signed by Judge Roy K. Altman on 5/19/2020. (vve) (Entered: 05/19 2020) |
| 05/21/2020 | 6 | STRICKEN NOTICE to the Court by Non-Party David Andrew Christenson (Docket Sheet mailed) stricken per de# 7 (mc) Modified on 5/22/2020 (dj). (Entered: 05/22/2020) |
| 05/22/2020 | 7 | PAPERLESS ORDER striking 6 Notice to the Court. The Clerk of Court is directed to STRIKE the 6 Notice. The filer is not a party to this litigation. Signed by Judge Roy K. Altman on 5/22/2020. (vve) (Entered: 05/22/2020) |
| 05/22/2020 | 8 | NOTICE to the Court by Non-Party David Andrew Christenson (Attachments: # 1 Amicus Two) (mc) (Entered: 05/22/2020) |
| 06/04/2020 | 9 | Ideas to Change Narrative by David Andrew Christenson. (drz) (Entered: 06/04/2020) |
| 06/05/2020 | 10 | NOTICE of Ninth Amicus by David Andrew Christenson. (drz) (Entered: 06/05/2020) |
| 06/09/2020 | 11 | NOTICE of Eleventh Amicus-ANTIFA by David Andrew Christenson (drz) (Entered: 06/09/2020) |
| 06/09/2020 | 12 | NOTICE of Tenth Amicus by David Andrew Christenson (drz) (Entered: 06/09/2020) |
| 06/10/2020 | 13 | Motion for Permission to Save Your Life  Just Change the Narrative by David Andrew Christenson (drz) (Entered: 06/10/2020) |
| 06/12/2020 | 14 | ORDER Requiring Service to be Perfected on Defendants re 1 Complaint, filed by DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON, ROSANNA CARUSO, MORIAH AHARON Signed by Judge Roy K. Altman on |

Attachment 3 *2025 See attached document for full details.* (drz) (Entered: 06/12/2020)

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

# Attachment 3
## US adds cancer to list of illnesses linked to 9/11 terror attacks

*By NBC News and wire services*
*September 11, 2012, 6:02 am*

NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001.

The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

See more on this story on NBCNewYork.com

The decision "marks an important step in the effort to provide needed treatment and care to 9/11 responders and survivors," said Dr. John Howard, administrator of the World Trade Center Health Program established by the Zadroga law.

The Zadroga Act — named after NYPD Detective James Zadroga, who died at age 34 after working at ground zero — was signed into law nearly two years ago. Despite the hundreds of sick responders, the act did not cover cancer because of a supposed lack of scientific evidence linking cancer to ground zero toxins.

"We are getting sick in record numbers," said Ray Pfeiffer, a first responder who was diagnosed three years ago with kidney cancer. He said it has been a struggle to pay for expensive medications not fully covered by his insurance.

"It's fantastic news," he said of the expanded list of covered illnesses.

About 400 residents and rescue workers have died from cancer since 9/11, according to the New York Post.

With cancer included in the program more victims are likely to seek compensation, which could cause individual awards to be reduced as officials divide up the $2.77 billion fund.

"They're going to add cancers, but are they going to add more money to the fund?" Thomas "T.J." Gilmartin, who suffers from lung disease and sleep apnea, said to the Post. "It's crazy. Every time, we gotta fight. It's two years since Obama signed that bill, and nobody's got 10 cents."

"We fought long and hard to make sure that our 9/11 heroes suffering from cancers obtained from their work at ground zero get the help they deserve," U.S. Senators Kirsten Gillibrand and Charles E. Schumer, both of New York, said in a statement. "Today's announcement is a huge step forward that will provide justice and support to so many who are now suffering from cancer and other illnesses. We will press on - with advocates, the community, and our partners in government - to ensure that all those who suffered harm from 9/11 and its aftermath get the access to the program they so desperately need."

Last week, the New York City Fire Department added nine names to the 55 already etched on a wall honoring members who have died of illnesses related to ground zero rescue and recovery work, Reuters reported.



http://usnews.nbcnews.com news.2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

# Attachment 3



*Family photo via NY Daily News  AP File In this undated file photo, New York City Police Det. James Zadroga, left, holds his daughter Tylerann. Fifty cancers will be added to the Zadroga Act, which was named after the detective--who died of respiratory failure in Jan. 2006 after working at ground zero.*

Some estimates put the overall death toll from 9/11-related illness at more than 1,000, according to Reuters. At least 20,000 ground zero workers are being treated across the country and 40,000 are being monitored by the World Trade Center Health Program, Reuters reported.

Tuesday marks the 11th anniversary of the 9/11 terror attacks.

Last fall, the September 11 Memorial at ground zero finally opened in the footprints of the original towers. Since then, more than 4 million people have visited.

Financial, security and design setbacks have delayed the redevelopment of the World Trade Center in the past decade. A recent project audit indicates that overall site redevelopment costs have grown to nearly $15 billion.

One World Trade Center is nearing completion and is expected to open in 2014.

NBCNewYork.com's Brynn Gingras and Reuters contributed to this report.

More content from NBCNews.com:

- Should felons vote? In some states, it's easy; in others, impossible
- FBI arrests Trenton, N.J., mayor, others in corruption probe
- SEAL explains why bin Laden was dangerous when killed
- 'Jew Pond' name officially changed on US maps
- In Arctic oil battle, Shell starts preliminary drilling

11/09/2012 07:07 AM

# . (4:21-cv-01774)

## District Court, S.D. Texas



🔍 Search this Docket (/?type=r&q=docket_id%3A59953190)    🏷 Tags ▾    🔔 Get Alerts (/alert/docket/toggle/)    ▾

🗗 View on PACER (https://ecf.txsd.uscourts.gov/cgi-bin/DktRpt.pl?1830373)   ▾

Last Updated: Oct. 7, 2021, 5:09 a.m. CDT

Assigned To: Lynn Nettleton Hughes (/person/1550/lynn-nettleton-hughes/)

Date Filed: June 1, 2021

Date Terminated: June 12, 2021

Date of Last Known Filing: Oct. 6, 2021

Cause: 28:1442 Notice of Removal (/?type=r&cause="28:1442 Notice of Removal")

Nature of Suit: 790 Labor: Other (/?type=r&nature_of_suit="790 Labor: Other")

Jury Demand: None (/?type=r&q=juryDemand:"None")

Jurisdiction Type: Federal Question

⊞ Docket Entries (/docket/59953190/)    👥 Parties and Attorneys (/docket/59953190/parties/)

**Filed**

MM/DD/YYYY

**to**

MM/DD/YYYY

**Documents**                                                                 ⬇↕   ⬇↕

**to**

| | Date Filed | Description |
|---|---|---|
| 1 | Jun 1, 2021 | NOTICE OF REMOVAL from 457th Judicial District Court of Montgomery County, Texas, case number 21-06-07552 (Filing fee $ 402 receipt number 0541-26523839) filed by Houston Methodist Hospital, Houston Methodist The Woodlands Hospital. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Patton, Daniel) (Entered: 06/01/2021) |
| | | Main Doc (/docket/59953190/1/)   Notice of Removal |
| | | Att 1 (/docket/59953190/1/1/)   Exhibit |
| | | Att 2 (/docket/59953190/1/2/)   Exhibit |
| | | Att 3 (/docket/59953190/1/3/)   Exhibit |
| | | Att 4 (/docket/59953190/1/4/)   Exhibit |
| 2 | Jun 3, 2021 | NOTICE in a Removed or Transferred Case (Signed by Judge Lynn N Hughes) Parties notified. (ClaudiaGutierrezadi, 4) (Entered: 06/03/2021) |
| | | Main Doc |
| 3 | Jun 3, 2021 | Order: Initial Conference set for 7/1/2021 at 03:00 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/03/2021) |
| | | Main Doc   Order Setting Conference |
| 4 | Jun 3, 2021 | Order: Hearing set for 6/4/2021 at 10:30 AM at Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/03/2021) |

| | | Main Doc | Order Setting Hearing |
|---|---|---|---|
| 5 | Jun 3, 2021 | | Order Resetting Hearing. Hearing reset for 6/4/2021 at 02:00 PM at Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/03/2021) |
| | | Main Doc | Order Resetting Hearing |
| 6 | Jun 4, 2021 | | Opposed MOTION for Temporary Restraining Order by all plaintiffs, filed. Motion Docket Date 6/25/2021. (Attachments: # 1 Exhibit Methodist Experimental Vaccine Policy, # 2 Exhibit 21USC360bbb, # 3 Exhibit CDC 10/30/20 Outline, # 4 Exhibit Letter from Dr. Boom, # 5 Exhibit $1,000 Bonus Email)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/6//) | Temporary Restraining Order |
| | | Att 1 (/docket/59953190/6/1//) | Exhibit Methodist Experimental Vaccine Policy |
| | | Att 2 (/docket/59953190/6/2//) | Exhibit 21USC360bbb |
| | | Att 3 (/docket/59953190/6/3//) | Exhibit CDC 10/30/20 Outline |
| | | Att 4 (/docket/59953190/6/4//) | Exhibit Letter from Dr. Boom |
| | | Att 5 (/docket/59953190/6/5//) | Exhibit $1,000 Bonus Email |
| 7 | Jun 4, 2021 | | Amended MOTION for Temporary Restraining Order by all plaintiffs, filed. Motion Docket Date 6/25/2021. (Attachments: # 1 Exhibit Methodist Experimental Vaccine Policy, # 2 Exhibit 21USC360bbb, # 3 Exhibit CDC 10/30/20 Outline, # 4 Exhibit Letter from Dr. Boom, # 5 Exhibit $1,000 Bonus Email)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/7//) | Temporary Restraining Order |
| | | Att 1 | Exhibit Methodist Experimental Vaccine Policy |
| | | Att 2 | Exhibit 21USC360bbb |
| | | Att 3 | Exhibit CDC 10/30/20 Outline |
| | | Att 4 | Exhibit Letter from Dr. Boom |
| | | Att 5 (/docket/59953190/7/5//) | Exhibit $1,000 Bonus Email |
| 8 | Jun 4, 2021 | | Minute Entry for HEARING held before Judge Lynn N Hughes on 6/4/2021. Order to be entered. Appearances: Jared Woodfill, Daniel Patton, Michael Twomey, Andrew Barber, Brooke Jones. (Court Reporter: F. Warner) (ghassan, 4) (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/8//) | Miscellaneous Hearing |
| 9 | Jun 4, 2021 | | ORDER to Move. By 6/8/2021, Houston Methodist Hospital may move dispositively. By 6/10/2021, the plaintiffs may respond. Hearing on the motion set for 6/11/2021 at 01:30 PM in Courtroom 11C before Judge Lynn N Hughes (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/9//) | Order |
| 10 | Jun 4, 2021 | | ORDER Denying Temporary Restraint terminating 6, 7 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/07/2021) |
| | | Main Doc (/docket/59953190/10//) | Order |
| 11 | Jun 8, 2021 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by The Houston Methodist Hospital, filed. Motion Docket Date 6/29/2021. (Patton, Daniel) (Entered: 06/08/2021) |
| | | Main Doc (/docket/59953190/11//) | Dismiss for Failure to State a Claim |
| 12 | Jun 10, 2021 | | AMENDED PETITION against All Defendants filed by all plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/10/2021) |
| | | Main Doc (/docket/59953190/12//) | Amended Complaint/Counterclaim/Crossclaim etc. |
| | | Att 1 | Exhibit |
| | | Att 2 | Exhibit |

|    |              |                                             |                                                                                                                                                                                                                                                                                              |
|----|--------------|---------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |              | Att 3                                       | Exhibit                                                                                                                                                                                                                                                                                      |
|    |              | Att 4                                       | Exhibit                                                                                                                                                                                                                                                                                      |
|    |              | Att 5<br>(/docket/59953190/12/5//)          | Exhibit                                                                                                                                                                                                                                                                                      |
| 13 | Jun 10, 2021 |                                             | Opposed RESPONSE in Opposition to 11 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, filed by all plaintiffs. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/10/2021) |
|    |              | Main Doc<br>(/docket/59953190/13//)         | Response in Opposition to Motion                                                                                                                                                                                                                                                              |
|    |              | Att 1                                       | Exhibit Exhibit 1                                                                                                                                                                                                                                                                            |
|    |              | Att 2                                       | Exhibit Exhibit 2                                                                                                                                                                                                                                                                            |
|    |              | Att 3<br>(/docket/59953190/13/3//)          | Exhibit Exhibit 3                                                                                                                                                                                                                                                                            |
|    |              | Att 4<br>(/docket/59953190/13/4//)          | Exhibit Exhibit 4                                                                                                                                                                                                                                                                            |
|    |              | Att 5                                       | Exhibit Exhibit 5                                                                                                                                                                                                                                                                            |
|    |              | Att 6                                       | Exhibit Exhibit 6                                                                                                                                                                                                                                                                            |
| 14 | Jun 11, 2021 |                                             | AMENDED 11 MOTION( Motion Docket Date 7/2/2021,), MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by The Houston Methodist Hospital, filed. (Patton, Daniel) (Entered: 06/11/2021)                                                                                                               |
|    |              | Main Doc<br>(/docket/59953190/14//)         | Dismiss for Failure to State a Claim AND<br>Amended Motion                                                                                                                                                                                                                                    |
| 15 | Jun 11, 2021 |                                             | MOTION to Strike 13 Response in Opposition to Motion, by The Houston Methodist Hospital, filed. Motion Docket Date 7/2/2021. (Attachments: # 1 Proposed Order)(Patton, Daniel) (Entered: 06/11/2021)                                                                                           |
|    |              | Main Doc<br>(/docket/59953190/15//)         | Strike                                                                                                                                                                                                                                                                                       |
|    |              | Att 1                                       | Proposed Order                                                                                                                                                                                                                                                                               |
| 16 | Jun 11, 2021 |                                             | SUPPLEMENT to Emergency Motion for Temporary Restraining Order by all plaintiffs, filed. (Attachments: # 1 Exhibit, # 2 Exhibit)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/11/2021)                                                                               |
|    |              | Main Doc<br>(/docket/59953190/16//)         | Supplement                                                                                                                                                                                                                                                                                   |
|    |              | Att 1<br>(/docket/59953190/16/1/)           | Exhibit                                                                                                                                                                                                                                                                                      |
|    |              | Att 2<br>(/docket/59953190/16/2/)           | Exhibit                                                                                                                                                                                                                                                                                      |
| 17 | Jun 11, 2021 |                                             | Minute Entry for proceedings held before Judge Lynn N Hughes. MOTION HEARING held on 6/11/2021. Order to be entered. Appearances: Jared Ryker Woodfill, Daniel Patton, Michael Twomey, Andrew Barber, Brooke Jones. (Court Reporter: Lanie Smith), filed.(bthomas, 4) (Entered: 06/12/2021)   |
|    |              | Main Doc<br>(/docket/59953190/17//)         | Motion Hearing                                                                                                                                                                                                                                                                               |
| 18 | Jun 12, 2021 |                                             | ORDER ON DISMISSAL. (Signed by Judge Lynn N Hughes) Parties notified.(bthomas, 4) (Entered: 06/12/2021)                                                                                                                                                                                       |
|    |              | Main Doc<br>(/docket/59953190/18//)         | Dismissal                                                                                                                                                                                                                                                                                    |
| 19 | Jun 12, 2021 |                                             | FINAL DISMISSAL. (Signed by Judge Lynn N Hughes) Parties notified.(bthomas, 4) (Entered: 06/12/2021)                                                                                                                                                                                          |
|    |              | Main Doc<br>(/docket/59953190/19//)         | Judgment - Final                                                                                                                                                                                                                                                                             |
| 20 | Jun 14, 2021 |                                             | AO 435 TRANSCRIPT REQUEST by Jared R. Woodfill for Transcript of Hearing on 6/4/21 before Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Fred Warner, filed. (Woodfill, Jared) (Entered: 06/14/2021)                                                         |
|    |              | Main Doc                                    | AO435 Transcript Request                                                                                                                                                                                                                                                                     |
| 21 | Jun 14, 2021 |                                             | AO 435 TRANSCRIPT REQUEST by Jared R. Woodfill for Transcript of Hearing for proceedings on 6/11/21 before Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Lanie Smith, filed. (Woodfill, Jared) (Entered: 06/14/2021)                                        |
|    |              | Main Doc                                    | AO435 Transcript Request                                                                                                                                                                                                                                                                     |
| 22 | Jun 14, 2021 |                                             |                                                                                                                                                                                                                                                                                              |

NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Rose Aldaya, Sandra Altamirano, Judith Andriko, Alison Antu, Mary Apacway, Dajuana Armstrong, Amber Baker, Edna Barrera, Debra Baugh, Latricia Blank, Amanda Blanton, James Borje, Laura Bowden, Jennifer Bridges, John Brockus, Katherine Brol, Arlin Cameron, Pierre Charland, Brian Clegg, Celina Clivr, Sherry Colbert, Joann Crump Creamer, Zoretta Curry, Lorri Curto, Julie De Torre, Madeline Dib, Sierra Dockray, Stephanie Dunlap, Ana Escobar, Brenda Escobar, Teryn Essler, Monica Estrella, Brian Felgere, Rebekah Fontenot, Michelle Fuentes, Adriana Galvan, Darius Gardner, Ashton Hanley, Samantha Hanlon, Tara Hansen, Savannah Hanson, Stacy Hanzelka, Starla Haugenator, Ashley Heinrich, Santana Henderson-Jones, Paul Herin, Shauna Herin, Jade Hernandez, Luz Hernandez, Stephanie Hilton, Jeffrey Hinton, Sharon Hollier, Joseph Hoyt, Walter Infantes, Shaylonda Jackson, Dana Janoch, Jason Jimenez, Amber Kimich, Carmen LaTorre, Gilberto Lara, Priscilla Lara, John Lasseigne, Angela Lavespere, Tatyana Lazarenko, Ashley Leon, Brooke Lighthall, Tammy Linenhoker, Alexis Lopez, Bennie Lopez, Brandy Mann, James McCann, II, Generia McGraw, Elsa Mejia, Rogelio Mendez, Kim Mikeska, Norma Miller, Yolunda Milton, Ahmed Montgomery, Robert Morin, Cherri Mosley, Bob Nevens, Linda Pickard, Sara Pika, Christina Pineros, McKenli Pinkney, Theresa Porche, Jonae Powell, Cynthia Puente, Averi Reed, Kimberly Rensi, Pamela Robins, Janet Robison, Saul Rodriguez, Timothy Rosilez, Betty Samuel, Giovanni Savans, Leevetgra Seals, Maria Serrano, Kara Sheperd, James Smiley, Nicole Smith, Freenea Stewart, Cynthia Strauss, Katherine Sweitzer, Karene Tanner, Maria Trevino, Terah Trevino, Charles Vargnese, Randi Vincent, Mathea Volesky, Hunter Ward, Jennifer Warren, Victoria Webb, Alexandra Williams, Mona Wilson, Karen Witt, Latasha Woods, Laurica Wooten, Katie Yarber, Oscar Zamudio, Ricardo Zelante (Filing fee $ 505, receipt number 0541-26590478), filed.(Woodfill, Jared) (Entered: 06/14/2021)

| Main Doc (/docket/59953190/22//) | Notice of Appeal | | |
|---|---|---|---|
| | Jun 14, 2021 | | Notice of Assignment of USCA No. 21-20311 re: 22 Notice of Appeal, filed.(jtabares, 1) |
| 23 | Jun 15, 2021 | | APPEAL TRANSCRIPT re Motion proceedings held on 6/11/2021 before Judge Lynn N Hughes. Court Reporter/Transcriber Lanie Smith. Ordering Party: Plaintiff. This transcript relates to the following: 21 AO435 Transcript Request, 22 Notice of Appeal,,,,,,,,. Release of Transcript Restriction set for 9/13/2021., filed. (LanieSmith, ) (Entered: 06/15/2021) |
| | | Main Doc | |
| 24 | Jun 15, 2021 | | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 22 Notice of Appeal. Fee status: Paid. Reporter(s): F. Warner, filed. (Attachments: # 1 Notice of Appeal) (JenniferLongoria, 1) (Entered: 06/15/2021) |
| | | Main Doc (/docket/59953190/24//) | |
| | | Att 1 | Notice of Appeal |
| | Jun 15, 2021 | | Appeal Review Notes re: 22 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid or an ifp motion has been granted.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. One (1) transcript has been produced. Number of DKT-13 Forms expected: 1, filed.(JenniferLongoria, 1) |
| 25 | Jun 16, 2021 | | Notice of Filing of Official Transcript as to 23 Transcript - Appeal,. Party notified, filed. (dhansen, 4) (Entered: 06/16/2021) |
| | | Main Doc | Notice of Filing of Official Transcript - (FORM, noticing) |
| 26 | Jun 24, 2021 | | DKT13 TRANSCRIPT ORDER REQUEST by Plaintiffs-Appellants (Attorney Jill Schumacher). This is to order a transcript of Hearing on 06/04/2021 before Judge Lynn N Hughes. Court Reporter/Transcriber: Fred Warner. This order form relates to the following: 22 Notice of Appeal,,,,,,, 8 Miscellaneous Hearing, filed.(Schumacher, Jillian) (Entered: 06/24/2021) |
| | | Main Doc (/docket/59953190/26//) | Appeal Transcript Request (DKT-13) |
| 27 | Jun 24, 2021 | | DKT13 TRANSCRIPT ORDER REQUEST by Plaintiffs-Appellants (Attorney Jill Schumacher). This is to order a transcript of Motion Hearing on 06/11/2021 before Judge Lynn N Hughes. Court Reporter/Transcriber: Lanie Smith. This order form relates to the following: 17 Motion Hearing, 22 Notice of Appeal,,,,,,, 23 Transcript - Appeal,, filed.(Schumacher, Jillian) (Entered: 06/24/2021) |
| | | Main Doc | Appeal Transcript Request (DKT-13) |
| 28 | Jul 14, 2021 | | USCA LETTER for the Fifth Circuit advising court reporter Lanie Smith the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order (USCA No. 21-20311), filed.(EdnitaPonce, 1) (Entered: 07/14/2021) |
| | | Main Doc (/docket/59953190/28//) | USCA Letter to Court Reporter |
| 29 | Jul 14, 2021 | | USCA LETTER for the Fifth Circuit advising court reporter Fred Warner the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order (USCA No. 21-20311), filed.(EdnitaPonce, 1) (Entered: 07/14/2021) |

|    |              | Main Doc | USCA Letter to Court Reporter |
|----|--------------|----------|-------------------------------|
| 30 | Jul 14, 2021 | Amicus by David Andrew Christenson, filed. (gkelner, 4) (Entered: 07/22/2021) | |
|    |              | Main Doc<br>(/docket/59953190/30//) | |
|    | Jul 23, 2021 | Appeal Remark re: 22 Notice of Appeal. Pending the filing of appeal transcripts re 26 Hearing held 6/4/21; [ 27] Motion Hearing 6/11/21, filed.(jtabares, 1) | |
| 31 | Jul 23, 2021 | Order to Strike. Because the case is closed, David Andrew Christenson's amicus brief 30 is struck. No future amicus are to be filed in this case without this court's prior approval.(Signed by Judge Lynn N Hughes) Parties notified.(gkelner, 4) (Entered: 07/23/2021) | |
|    |              | Main Doc | |
| 32 | Aug 10, 2021 | USCA LETTER for the Fifth Circuit advising the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order. In this case, the 30-day discount period expired on 8/25/2021. Therefore the court reporter must discount your invoice by 10%, filed.(jtabares, 1) (Entered: 08/10/2021) | |
|    |              | Main Doc<br>(/docket/59953190/32//) | USCA Letter to Court Reporter |
| 33 | Aug 16, 2021 | The Supreme Court is the Only Legitimate Entity in The World That Can Save Mankind by David Andrew Christenson, filed.(jdav, 4) (Entered: 08/19/2021) | |
|    |              | Main Doc<br>(/docket/59953190/33//) | Document |
|    | Sep 3, 2021  | Appeal Review Notes re: 22 Notice of Appeal. Fee status: Paid. 45 day review - pending actual transcripts, filed.(scastillo, 1) | |
|    | Sep 3, 2021  | Appeal Review Notes | |
| 36 | Oct 1, 2021  | Main Doc<br>(/docket/59953190/36//) | Document |
| 37 | Oct 5, 2021  | Main Doc<br>(/docket/59953190/37//) | Document |
| 38 | Oct 5, 2021  | Main Doc<br>(/docket/59953190/38//) | Order |
|    | Oct 6, 2021  | Electronic Record on Appeal Certified | |
|    | Oct 6, 2021  | Transmittal of Appeal (FORM, noticing) - Civil | |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

Email Address

⊞ Subscribe

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief 1

Judge Scola,

The attached pleadings were docketed by Judge Lynn Nettleton Hughes in Bridges v. Houston Methodist
Hospital (4:21-cv-01774) District Court, S.D. Texas.

The case is closed and on appeal. I have said awful things about him, but he has not struck the pleadings.
He did file other pleadings and ordered them struck, but he did not remove them from the record.

Another odd point. I did not put the case number on the pleadings. One has a case number that was put
there by someone with the court and the other one does not have a case number.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# 4:21cv1774

United States Courts
Southern District of Texas

FILED

AUG 16 2021

Nathan Ochsner, Clerk of Court

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021

Amicus - 101 – August 12th, 2021

### THE MIRACLE, AND IT IS SO SIMPLE

(I beg you to let me retire – I cannot retire until the narrative is changed.)

## THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.

### WHERE THE SUPREME COURT GOES, MANKIND GOES.

Change the narrative by ordering a response. This is about Mankind. (It is not about me, and I do not want it to be about me. IT HAS TO BE ABOUT CHANGING THE NARRATIVE AND SAVING MANKIND.)

My prevailing without the Supreme Court will result in a violent revolution. My writings will be used against the Supreme Court and that is not a good thing. (Pray that I do not die before the narrative is changed.)

The Supreme Court is *"legitimate."* If we are to bring about peaceable change then it must come from the Supreme Court. This is an opportunity to hit the *"reset"* button.

I know we disagree, but I believe the Preamble is the Constitution and (We) *"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

The agencies within the government are not only lying to the American people but to each other. The White House was livid this week when they found out that on May 1st, 2021, the CDC stopped tracking breakthrough infections for those that had been vaccinated.

What will happen if the American people find out the vaccines do not work?

What happens if the Messenger vaccines instruct the vaccinated immune systems **to not** fight the COVID19 Virus? There is empirical evidence that this is happening.

Americans will not have their immune systems because of Censorship.

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

4.  Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5.  United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6.  Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7.  Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8.  Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9.  Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 12th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 12th, 2021.

On File

_____

David Andrew Christenson

United States Court
Southern District of Texas
FILED

SEP 2 9 2021

Nathan Ochsner, Clerk of Court

Amicus 149 – September 24ᵗʰ, 2021 – Correction – **Further Analysis** – (Not Flynn, Lindell, or Trump.)

Neither Trump nor Biden will "*Insure Domestic Tranquility*" People vote their fear and ignorance.

### THE ENEMY IS US. THERE IS NO RECOVERY.

Is Jared Kushner, Israel/Mossad/, Taiwan and Ukraine funding and transporting the Haitians to Del Rio, Texas? Someone is funding the migration. They are tampering with the 2022 and 2024 elections.

**Our allies fear Biden. Russia does not fear Biden.** Israel/Mossad has zero confidence in Biden. (You might add NATO, Europe and especially France. Trump is missed.) Emperor Trump returns in 2024.

Original Letter September 23ʳᵈ, 2021

Is Mike Lindell "The Pillow Guy", General Michael Flynn and the Russians funding and transporting the Haitians to Del Rio, Texas on behalf of President Donald Trump?

Before you decide if I am crazy, please review one pleading. Judge Lynn Nettleton Hughes, who arguably could be the worst judge in the Federal Judiciary or at least the most overturned, allowed my pleading (attached) to be entered into the docket and remain in the docket. My other pleadings were struck by Judge Hughes but remain in the docket. The odd part about the pleading is that I did not put the case number, 4:21-cv-1774, in the header, he did. Judge Hughes knows my feelings towards him. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Attached: Case 4:21-cv-01774 Document 33 Filed on 08/16/21 in TXSD Page 1 of 2

September 23ʳᵈ, 2021

### MATHEMATICALLY MANKIND WILL CEASE TO EXIST IS THE NEXT FEW YEARS. MATHEMATICALLY SUICIDES WILL OUTNUMBER BIRTHS.

### MY FIRST JOB IS TO CHANGE THE NARRATIVE

### MY SECOND JOB IS TO REMOVE TRUMP AND BIDEN FROM THE NARRATIVE

### WE WOULD NOT BE IN THE PANDEMIC IF THE SUPREME COURT HAD ORDERED A RESPONSE TO MY WRIT 14-10077 MANDAMUS AND PROHIBITION.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, and Irving L Azoff. **Complete list of addressees is at the end of the letter.**

Reference: (Judge Sullivan has not closed Stevens from 2008 or Flynn from 2017. Judge Sullivan made it very clear that Flynn committed Treason.)

Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court

*Six years later the 11th Circuit allowed me to file the exact same Writ that I filed with the Supreme Court. They knew what they were doing. Review the docket.*

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371 - USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142.

United States v. Stevens (1:08-cr-00231) District Court, District of Columbia Judge Emmet G. Sullivan
United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge Emmet G. Sullivan
U.S. Dominion v, My Pillow, Inc. (1:21-cv-00445) District Court, District of Columbia Judge Carl John Nichols

Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro - Case 1:20-cv-21108-UU Document 38 Entered on FLSD Docket 06/10/2020 Page 1 of 20 – Review the one hundred plus pleadings that Judge Ungaro allowed me to docket. Just read the narratives.

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
*Chief Judge Lee Rosenthal, SDTX, docketed my pleadings in the following two cases and she was not the presiding judge nor was I a party. They actually continued to docket my pleadings after the cases were closed.*

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. (Look at the last 7 out of 8 docket entries.)

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl (Review the docket. Judge Koeltl gave me one hell of a voice. He allowed me to docket the "Unabomber's" Manifesto.)

Zainab Naeem Ahmad, Stephen Pierce Anthony, Jocelyn S. Ballantine, Benjamin Leon Berwick, Jesse R Binnall, Andrew Manuel Crespo, Deborah A. Curtis, Scott M. Dinner, Eugene R. Fidell, Benjamin Michael Flowers, Abigail Frye, John Gleeson, Elaine J. Goldenberg, Brianne Jenna Gorod, Jeffrey T. Green, Deepak Gupta, John Edward Hall, W. William Hodes, Robert K. Kelner, Kenneth Clair Kohl, Stanley J. Marcuss, David Oscar Markus, Jonathan Standish Massey, Leslie McAdoo Gordon, Molly McCann, Lindsay R. McKasson, Hashim M. Mooppan, Jeremiah Lee Morgan, Jonathon Alden Moseley, Robert Jeffrey Olson, William Jeffrey Olson, Lorenzo J. Palomares, Kristy Parker, Sidney Powell, Lawrence Saul Robbins, Christopher S. Ross, William W. Taylor, III, Herbert W. Titus, P. Andrew Torrez, Brandon Lang Van Grack, Elizabeth Wydra, Gregory Arenson, Elisha Barron, Davida Brook, Florence Chen, Thomas A. Clare, Douglas A. Daniels, Brittany Fowler, Abraham S. Kaplan, Nathan Lewin, Ryan Malone, Megan Lambart Meier, Justin A. Nelson, Heath Novosad, Andrew D. Parker, Joseph Alan Pull, Dustin Andrew Pusch, Stephen Shackelford, Jr., Laranda Walker, and Elizabeth S. Wright.

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 3



Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
August 30th, 2020

Motion for Leave to File Amicus 59 – **B**lack **L**ives **D**o **N**ot **M**atter because if they did, we would fix the broken system that has failed miserably. **N**o **L**ives **M**atter because if they did, we would fix the broken system that has failed miserably.

*[911 (2001) and Hurricane Katrina (2005) released the Katrina Virus which infected the world. It is because of this that children under the age of 15 are not susceptible to COVID19. It turns out that the Katrina Virus is a "Trojan Horse Virus" that is activated by COVID19. Tell me that our government is not capable of our Genocide. September 17, 1787 was when the Constitution was signed and look where we are today. What else is the Katrina Virus capable of?]*

## THE SUPREME COURT FAILED US,
## NOT THE CONSTITUTION NOR THE LAWS
## NOT THOSE THAT ENACTED THE LAWS
## NOT THOSE THAT ENFORCE THE LAWS
## THE SUPREME COURT FAILED US

"EQUAL JUSTICE UNDER LAW" - These words, written above the main entrance to the Supreme Court Building, express the ultimate responsibility of the Supreme Court of the United States

Preamble to the Constitution – Just 52 words

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, **and secure the Blessings of Liberty to ourselves and our Posterity,** do ordain and establish this Constitution for the United States of America."*

I watched the two videos of Jacob Blake's interaction with the police. What would cause a human being to react the way he did? Think about the anger that he had. He was tased twice and it didn't faze him. The same for George Floyd. **THEIR ANGER HAS MADE SUICIDE A LIFE CHOICE.** "*I would rather die than be humiliated any further because I will never receive justice".*

There is no way to reverse 250 years of injustice without a cataclysmic event or a genesis. The bill is coming due and we can't pay it. (wait until Social Security and Medicare go away)

Think about this. The next step in the de-evolutionary process. The end of a species. We are going from police thinking about getting killed to thinking being a part of a suicide murder. "*Will this person want to commit suicide and take me with him?"*

**ALL FAILED**

Marbury v. Madison February 24th, 1803 - "It is emphatically the province of the judicial department to say what the law is,"

Civil War ended April 9th, 1865 – freed the slaves

Brown v. Board of Education of Topeka on May 17th, 1954 – the beginning of the end for segregation.

Civil Rights Act of 1964 was enacted on July 2nd, 1964

National Organization for Women established June 30th, 1966

NAACP established February 12th, 1909

American Civil Liberties Union established January 19th, 1920

NAACP Legal Defense and Educational Fund established 1940 (Separated from the NAACP)

National Urban League established September 29th, 1910

Dr. Martin Luther King was assassinated April 4th, 1968 (Assassinated – see below)

Failed Leaders. Reverend Jesse Jackson (78 years) - Reverend Al Sharpton (65 years) – Minister Nation of Islam Louis Farrakhan (87 years) – etc. All are wealthy, had plenty of sex outside of marriage, fathered children outside of marriage and failed as Civil Rights Leaders. (What I hate most about these people is that they are always at the funerals of black men whose funerals are televised. The Reverend Jesse Jackson has been going to televised funerals since Dr. Martin Luther King was assassinated and he hasn't done a damn bit of good.)

Those that died at the hands of the police: Rodney King, George Floyd, Trayvon Martin, Tamir Rice, Michael Brown, Eric Garner, Philando Castile, Breonna Taylor, etc.

Race riots: 1965: Los Angeles, 1967: Newark, 1967: Detroit, 1968: King assassination, 1980: Miami, 1992: Los Angeles, 2001: Cincinnati, 2014: Ferguson, 2015: Baltimore, 2016: Charlotte, Memphis, 2019: etc.

**Just 2020 Race riots**: Oakland, Portland, Minneapolis, New York, Kenosha, Seattle, Washington D.C., New York, Atlanta, etc.

A civil rights memorial to be dedicated Sunday includes the names of the 40 people killed in the movement. The list, in chronological sequence, gives the date and circumstances of the person's death as described on the memorial. LEE, the Rev. George, killed May 7, 1955, for leading a voter registration drive in Belzoni, Miss. SMITH, Lamar, 63 years old, slain Aug. 13, 1955, for organizing black voters in Brookhaven, Miss. TILL, Emmett Louis, 14, slain Aug. 28, 1955, for speaking to a white woman in Money, Miss. REESE, John Earl, 16, slain Oct. 22, 1955, by nightriders opposed to black school improvements in Mayflower, Tex. EDWARDS, Willie Jr., killed Jan. 23, 1957, by the Ku Klux Klan in Montgomery, Ala. PARKER, Mack Charles, 23, taken from a jail and lynched April 25, 1959, in Poplarville, Miss. LEE, Herbert, 50, voter registration worker, killed Sept. 25, 1961, by a white legislator in Liberty, Miss. DUCKSWORTH, Roman Jr., taken from bus and killed April 9, 1962, by the police in Taylorsville, Miss. GUIHARD, Paul, a European reporter, killed Sept. 30, 1962, in a riot at University of Mississippi in Oxford, Miss. MOORE, William Lewis, slain April 23, 1963, in a one-man march against segregation in Attalla, Ala. EVERS, Medgar, 28, civil rights leader, assassinated June 12, 1963, in Jackson, Miss. COLLINS, Addie Mae, 14, killed Sept. 15, 1963, in the bombing of the 16th Street Baptist Church in Birmingham, Ala. MCNAIR, Denise, 11, killed Sept. 15, 1963, in the Birmingham church bombing. ROBERTSON, Carole, 14, killed Sept. 15, 1963, in the church bombing. WESLEY, Cynthia, 14, killed Sept. 15, 1963, in the church

bombing. WARE, Virgil Lamar, 13, killed Sept. 15, 1963, in a wave of racist violence in Birmingham, Ala. ALLEN, Louis, witness to the killing of a civil rights worker, assassinated Jan. 31, 1964, in Liberty, Miss. KLUNDER, the Rev. Bruce, killed April 7, 1964, protesting the construction of a segregated school in Cleveland. DEE, Henry Hezekiah, 19, killed May 2, 1964, by the Klan in Meadville, Miss. MOORE, Charles Eddie, 20, killed May 2, 1964, by the Klan in Meadville, Miss. CHANEY, James, 21, civil rights worker, abducted and slain June 21, 1964, by the Klan in Philadelphia, Miss. GOODMAN, Andrew, civil rights worker, abducted and slain June 21, 1964, by the Klan in Philadelphia, Miss. SCHWERNER, Michael, 24, rights worker, abducted and slain June 21, 1964, by the Klan in Philadelphia, Miss. PENN, Lemuel, 48, killed July 11, 1964, by the Klan while driving through Colbert, Ga. JACKSON, Jimmie Lee, civil rights marcher, killed Feb. 26, 1965, by a state trooper in Marion, Ala. REEB, the Rev. James, march volunteer, beaten to death on March 11, 1965 in Selma, Ala. LIUZZO, Viola Gregg, 39, killed March 25, 1965, by the Ku Klux Klan while transporting marchers on a highway near Selma, Ala. MOORE, Oneal, 34, black deputy, killed June 2, 1965, by nightriders in Varnado, La. BREWSTER, Willie Wallace, 38, killed July 18, 1965, by nightriders in Anniston, Ala. DANIELS, Jonathan, 26, seminary student, killed Aug. 20, 1965, by a part-time deputy in Hayneville, Ala. YOUNGE, Samuel Jr., student civil rights worker, killed Jan. 3, 1966, in a dispute over a whites-only restroom in Tuskegee, Ala. DAHMER, Vernon, black community leader, killed Jan. 10, 1966, in a Klan bombing in Hattiesburg, Miss. WHITE, Ben Chester, 67, killed June 10, 1966, by the Klan in Natchez, Miss. TRIGGS, Clarence, slain July 30, 1966, by nightriders in Bogalusa, La. JACKSON, Wharlest, 37, civil rights leader, killed Feb. 27, 1967, after promotion to "white" job in Natchez, Miss. BROWN, Benjamin, 22, civil rights worker, killed May 12, 1967, when the police fired on protesters in Jackson, Miss. HAMMOND, Samuel Jr., 18, killed Feb. 8, 1968, when highway patrolmen fired on protesters in Orangeburg, S.C. MIDDLETON, Delano, 17, killed Feb. 8, 1968, in the Orangeburg shootings. SMITH, Henry, student killed Feb. 8, 1968, in the Orangeburg shootings. KING, the Rev. Dr. Martin Luther Jr., 39, assassinated April 4, 1968 in Memphis.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on August 30th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Attachment 4

Justice Amy C. Barrett                                          October 17th, 2020
7th Circuit
401 S. Michigan Street
South Bend, IN 46601

Jesse M. Barrett
SouthBank Legal
100 East Wayne Street
Suite 300
South Bend, Indiana 46601

Jesse and Amy,

**Deusnexioism**

Miracles. What if we are the miracle? Read the pleadings that are attached. God had them docketed. Think about that. (Kate Smith is a Notre Dame Law School Graduate. She and I graduated from the Air Force Academy together in 1982. She was a single mother that adopted a child and she is black. She was a General Counsel in Arizona for Verizon. She turned her back on me. If we have a relationship, she will be a part of it. It is in God's plan. Everything I just shared with you. Miracles come wrapped in strange packages and on God's timeline.)

It is a shame we probably will never meet. I would like to discuss Charismatic Christianity and People of Praise with you. I grew up Catholic but I am not in agreement about Christ or the Bible. I believe that Christ may have committed suicide and Judas was his accomplish. Christ just gave up. Look around suicide has become a life choice.

I believe in God. I was an arrogant young man and God gave me a chance to atone for my sins and serve my penance here on earth.

I believe in miracles and prophets. I actually consider myself to be a foot soldier.

I created my own religion/philosophy of sorts: Deusnexioism. It is a work in progress.

Attached are some court pleadings. God got them to docket my writings and I think that is a miracle.

Godspeed
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

RECEIVED
Mailroom Case #19-5281

MAR - 9 2020

United States Court of Appeals
District of Columbia Circuit

Document #1833159          Filed: 03/09/2020     Page 1 of 4

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Andrew McCabe,                              Case No: 19-5281
Appellee                                    Civ. Action No: 1:19-cv-2399-RDM
v.
William Pelham Barr, in his official capacity
as Attorney General, et al.,
Appellees
David Andrew Christenson,
Appellant

### Twenty Second Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 180 – My next job will be that of a Deusnexioism Ethicist/Philosopher. Currently I am a Vexatious Litigator. According to most Federal Judges I am a World Class Asshole. This is me trying to change the Narrative so that Mankind can and will survive.

This is why I believe in Deusnexioism. **God – Connection – Philosophy.** (**Deus** – deity, spirit. **Nexio** - connection, conclusion, binding together, logical sequence, the act of tying or binding together, fastening. **Ism** - a distinctive practice, system, or philosophy, typically a political ideology or an artistic movement.)

Some basic Tenants of Deusnexioism:

(*I believe the Preamble of the U.S. Constitution was drafted with God's hand and thus could be the Preamble of Deusnexioism. Preamble - *"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and **our Posterity**, do ordain and establish this Constitution for the United States of America."* This is Deusnexioism in a nutshell.

(The Preamble of the U.S. Constitution is 52-words, a paragraph, that is the highest and preeminent law of the United States. Our bedrock law that all other laws are derived from. Call it a Commandment that we should not violate. We will survive if we honor and uphold the Preamble of the U.S. Constitution.)

1. There is a God.
2. God gives warnings and it is up to us to see those warnings. (I believe the current Coronavirus is a warning that will dissipate by the end of March. I base this on past Coronaviruses, my gut feeling and my belief in God. I also believe that Mankind will not change and that the next Coronavirus will destroy Mankind. The majority of those that have and will die have a degraded immune system - underlying condition, maybe old age. Maybe God is taking them so they don't suffer later in life. Maybe their voluntary gift to Mankind is their life. Maybe their gift is so that we can survive.)

3. Mankind has a God Given Right to Survive and Prosper for eternity. **OUR POSTERITY.**
4. Your immune system is your internal God and protector and must be treated with reverence.
5. Your immune system has Artificial Intelligence. It learns from your life and it must experience life.
6. There are miracles.
7. There are curses.
8. Faith can alter the physical.
9. Faith in your immune system can alter the physical. **HAVE FAITH IN YOUR IMMUNE SYSTEM.**
10. Natural mutation has been the key to Mankind's survival. (99.99% of the time you get sick, you get stronger. The Flu, a cold, food poisoning, etc. Getting the flu is not a negative but has long term benefits. What we should fear is pneumonia and that is what the Coronavirus is. Getting the flu naturally may prevent us from getting pneumonia and the Coronavirus. We have become bubble people, a vaccine for everything, and that is not working) (You strengthen muscles by exercising. Think about it.)
11. God and Evolution go hand in hand.
12. God gave us "Free Will" (This means God will not directly intercede.)
13. "The Truth"
14. The Devil and Enemy of Deusnexioism is Sunarcissism – Suicide over honor.
15. Mankind is connected to everything in the Universe and everything in the Universe is connected to Mankind. What we do to ourselves, we do to the Universe.
16. The connection to everything in the Universe is through our immune system(s). Simplistically, our immune system is our soul, spirit, lifeline, conduit (through all which must pass) and **protector (army)**.
17. Don't trust governments, religions, media or medicine.
18. False Gods are money, fame, power and sex.
19. Karma, Deja vu, and premonitions are part of Deusnexioism.
20. A life lived according to Deusnexioism will allow you to achieve your fate and destiny. Your fate or destiny could lead you to or be a nirvana or heaven. There is more to life than the physical and there is more to life than the material.
21. Everything you do should start with this question: what benefits God? This means what benefits the Universe and thus Mankind.
22. The second question you ask: what benefits the species without harming the universe?
23. The third question you ask: what benefits the immune system?
24. Death should be feared if life was not lived according to Deusnexioism.
25. Accepting death to save the species is part of divine destiny.
26. Decisions about vaccines, diet and the environment must include the ramifications to Deusnexioism and thus Mankind and the Universe.
27. Suicide is a microcosm. How we treat suicide is how we treat each other and a precursor to our survival as a species. This is incredibly important. When and if, and we will allow suicide, is a critical question. [There is no way to simplify this. Withholding a vaccine could cause death (suicide) in one induvial but allowing that individual to live could cause death (murder) to other people. It is the inverse of murder-suicide.]
28. Myopic Vision is one of Mankind's biggest weaknesses. Deusnexioism will allow you to stave off Myopic Vision.

29. The following types of ethics are included in Deusnexioism: Supernaturalism, Subjectivism, Consequentialism, Intuitionism, Emotivism, Deontological (Duty-Based Ethics), Virtue and Situation.

30. **The Mandate of Deusnexioism is that you evolve by learning.**

❋ **(Stupid as it may sound, my personal belief is that everyone needs to spend an hour outside every day and exercise. Our lifeforce is the Sun. I promise and guarantee you that is what has saved my life and my mental wellbeing. I am a walking miracle both physically and mentally. I am 62 and on no medication. Everything was taken from me and yet I can still laugh. I still have hope.)**

No government or civilization has survived but religions have, why? The world's faithful account for 83% of the global population; the great majority of these fall under twelve classical religions—Baha'i, Buddhism, **Christianity**, Confucianism, **Hinduism**, **Islam**, Jainism, **Judaism**, Shinto, Sikhism, Taoism, and Zoroastrianism. **Christianity, Hinduism and Islam are the largest and most harmful to the survival of Mankind. Judaism while being small is disproportionally harmful to the survival of Mankind.**

Socrates was "The Father of Ethics and Philosophy". Socrates did not write down any of his teachings. Socrates committed suicide just like Jesus. Both could have negated or escaped from the Government's death penalty. Both felt that if they compromised/escaped that their life would have been lived in vain.

I strongly disagree with Socrates and Jesus. Suicide has become a life choice which to me violates the law of nature. I have found trough my trials and tribulations that others pay the price for sunarcissist behavior. Would your young men and women have gone to war in Iraq if they had known that President George W. Bush had lied? There were no weapons of mass destruction and Al Qaeda was not in Iraq.

Suicide is a general term. Not getting chemo is a form of suicide. Making the decision not live when you have been diagnosed with Alzheimer's is a form of suicide. Putting a gun in your mouth and pulling the trigger is a form of suicide. What if? You have prostate cancer and have been diagnosed with Alzheimer's. Is it acceptable to commit suicide?

We are fighting the laws of nature without truthful and accurate information.

Culling of the heard naturally will allow us to survive. We have to have faith in our immune system.

The fallacy of marginal rate of return. I will try to explain this. You spend money on something with hopes of making money but in fact it ends up costing you even more money. (Give someone the flu shot every year and they end with Alzheimer's and live for 20 years without knowing who they are.)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on March 1st, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



USCA Case #19-5091       Document #1796957       Filed: 07/11/2019       Page 1 of 10

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)

v.

Appellee – NA

(Judicial Watch, Inc., Appellee v. United States Department of Justice, Appellee)

Case: 19-5091

1:19-cv-00800-TSC

### Supplemental Petition for Rehearing En Banc

Do you believe in God? Do you believe in **Deusnexioism**? Everything is connected which means God and Evolution exist together. This is a philosophy/religion of a logical sequence where we achieve nirvana or heaven or we cease to exist. Right now, we are ceasing to exist. I believe that our spiritual connection to the universe is through our immune system. We are connected to everything and everything is connected to us. What I am presenting to you is a miracle. God won't make you accept it because he gave you free will. It is up to you to accept it. One of the key components of Deusnexioism is "free will". Another key component is miracles that are disguised. Some miracles might be unanswered prayers. All religions come together in Deusnexioism.

God has guided me my entire life but for most of my life I refused to see the miracles.

This is true. I was not qualified to be admitted to the Air Force Academy and yet I was the third person accepted into the class of 1980. I was accepted in December of 1974 when I was a Junior in high school.

The 12 disciples were nowhere to be found during the trial, torture, crucifixion and burial of Jesus Christ. *Amazingly Jesus asks sinners to serve him. After the resurrection, Jesus appeared to the 11 and commissioned them to be his evangelizers: "Go into the whole world and proclaim the gospel to every living creature" (Mark 16:15). Jesus calls the unworthy and makes them worthy, he sends forth the weak and makes them strong.  And the apostles obeyed: "They went forth and preached everywhere" (16:20).*

Think about this. Judas was the only one that didn't answer the call because he committed suicide.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on June 7th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)       Case: 19-5121

v.       Civ. Action No. 19-810 - RBW

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Notice 31 – Attached is a letter sent to my cousin, retired Vice Admiral John Christenson

John was unceremoniously retired because he was my cousin. He was destined to be the Chief of Naval Operations or the Chairman of the Joint Chiefs of Staff. John had all the qualities you would want in a leader except he did not have the leadership quality. (He was USNA 81 and I was USAFA 80 & 82)

Here is my dilemma. When I prevail, and I will prevail, who can I call on to help save Mankind? Where are all the leaders? I can't do it alone. As a matter of fact, my part of the quest may be over when I prevail. Who will I turn it over to? I am connected to the smartest people in the world but I can't count on them. I am directly connected to graduates from the United Air Force Academy for the classes of 1977, 1978, 1979, 1980, 1981, 1982, 1983, 1984 and 1985. I was in the class of 1980 for two years and the class of 1982 for two years. God had a reason for this. I was the first cadet in the history of the Academy to quit and return.

Nelson Mandela is an idol of mine. He spent 26 years in prison. The difference between him and me is that he had people fighting for him. Those people that I reached out to that an had an ethical, moral and legal responsibility to help me not only turned their back on me, they intentionally harmed me and my cause/quest.

Forgiveness to those that had an ethical, moral and legal responsibility to help Mankind has already been given by God. It is up to those individuals to see the miracle. In order for John to be a leader all he has to do is accept the miracle. **This applies to Federal Judges as well.** I pray that you help because Mankind needs it. We will not survive without your help.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086 davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

John,                            (This letter applies to Donny, Joe, Peter, Mark, etc.)

Moran was your classmate. He didn't turn his back on a fellow officer that made a mistake and paid a price. Servello served his sentence. This is a quality that I admire. Why don't you have that quality? (There is probably more to the story)

*

You honored the "high standards" that Spencer talks about and for that you were retired.

*Spencer said his vision for the Navy includes "an urgent resolve by all" to live up to high standards. "Adm. Bill Moran recently brought to my attention that over the past two years he maintained a professional relationship with an individual who was <u>held accountable and counseled for failing to meet the values and standards of the Naval profession</u>," Spencer said in a written statement Sunday evening. "While I admire his faithful service and commitment to the Navy, <u>this decision on his part to maintain that relationship has caused me to call his judgment into question.</u> Therefore, today I accepted Adm. Moran's request to retire."* (This statement causes me concern that there is more to the story: "he maintained a professional relationship with an individual <u>who was held accountable and counseled</u> for failing to meet the values and standards of the Naval profession")

You must pray every day that I am wrong. When I prevail, and I will prevail, publicly, your life will have been lived in vain. You already lived your life in vain.

"Live for yourself and you will live in vain; Live for others, and you will live again." Bob Marley

**I harbor no ill will towards you.** You followed what you thought was your destiny. Your destiny lies with me and the future. We must live and dedicate our lives to saving Mankind. God has allowed me to serve my penance here on earth. God is giving you the same miracle if you chose to accept it. God gives you signs every day. Do you see them?

<u>Deusnexioism.</u> This is it. Study it. See if you come up with the definition that I created.

Open your mind and heart. What happened to Moran is a sign (miracle) for you and you alone. He was your friend and classmate.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

RECEIVED
Mail Room

JUN 24 2019

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)          Case: 19-5121
v.                                                      Civ. Action No. 19-810 – RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Notice 21 – It was USAA Insurance (Insurer to the US Military and my insurer) that informed me of the existence of the Katrina Virus, its negligent release in New Orleans during Hurricane Katrina and the conclusion being the Genocide of Mankind.

➢ **Crazy and unbelievable side note:** United States Coast Guard Rear Admiral Mary E. Landry is a board member for USAA. She and husband, Mark, and I worked out together at the Hilton Health Club in New Orleans. She was the admiral in charge of the BP Oil Spill Response. When it become known that she was giving me sensitive and classified information about the Katrina Virus and its relationship to the BP Oil Spill she was fired and retired unceremoniously. After my arrest she was escorted to the Hilton by Coast Guard Security. If I arrived at the Health Club she was immediately escorted out. She knew that the Katrina Virus was negligently released during Hurricane Katrina and then again during the BP Oil Spill.

➢ United States Coast Guard Rear Admiral Mary E. Landry, as with my defense attorney, US Attorney Matthew Whitaker (Future Attorney General), was professionally and financial rewarded for the criminal conspiracy of covering up the release of the Katrina Virus, twice, and the murdering of Americans, twice.

➢ Mary's husband, Captain Mark Landry, will confirm. He was also a source.

➢ Mayor C. Ray Nagin was also a member of the Hilton Club.

*"United Services Automobile Association (USAA) was founded in 1922 in San Antonio, Texas, by a group of 25 U.S. Army officers as a mechanism for mutual self-insurance when they were unable to secure auto insurance because of the perception that they, as military officers, were a high-risk group."*

USAA is not a corporation. USAA is an inter-insurance exchange that is owned by its policy holders – soldiers, veterans and military family members.

USAA knew of the liability (medical and mental) of the Katrina Virus. USAA was keenly aware of the suicide component of the Katrina Virus. The Board of Directors for USAA authorized a major change to the corporate structure by allowing anyone to join. This increased the "premium deposits".

*"However, the Texas Insurance Code added a provision (Section 942.152) which stipulates that an inter-insurance exchange can, by agreement of the subscribers, limit member liability only to the premiums or premium deposits that the subscribers have paid to USAA."*

**THE USAA BOARD OF DIRECTORS AUTHORIZED ITS POLICY HOLDERS/SUBSCRIBERS TO MURDER EACH OTHER. THE WITHHOLDING OF INFORMATION IS MANSLAUGHTER AND GENOCIDE.**

RECEIVED
Mail Room

JUN 21 2019

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)         Case: 19-5121
v.                                                    Civ. Action No. 19-810 - RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Notice 19 – USAF General Robin Rand, Actor Gary Sinise of the Gary Sinise Foundation, General Joe
Robles and USAA Insurance are murdering our soldiers, veterans and military families.

Attachment 1 is a letter I sent to Robin on November 3rd, 2013. Robin (1979) and I were (1980) a year
apart at the Air Force Academy. He was good friends with my squadron mate and good friend, Thomas
(TMac) McCarthy. Side note: Every command that Robin was in charge of had controversy. He should
never have been a General.

Attachment 2 is an email to General Robles of USAA Insurance.

I reached out to Gary Sinise and his foundation but he wasn't interested.

It seems to me that everyone in a position to help would rather see our soldiers, veterans and military
family members die. They derive some perverse joy in it.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2019 filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Robin,

You are just down the road from USAA. Call General Joe Robles (President of USAA) and asked him if what I am saying is true. Ask him for actuarial information about soldiers, veterans and family members mortality rates. USAA carries a substantial number of life insurance policies for these individuals. Compare the information to the national averages. We are losing our military family, through death, at epidemic levels. More veterans will commit suicide in one year then died from combat in the two Iraq wars and Afghanistan. 80% of the veterans that commit suicide were never in combat.

I was living at 216 Walnut Street in New Orleans during Hurricane Katrina. We were renters and our house did not flood and sustained only some minor roof damage. We filed a claim over the water damage because we had a renter's policy. I did not understand the interaction with the USAA adjuster until much later.

We met the USAA adjuster at the house. He got out of the car and the first thing he said was: **"You have a great insurance company and they are going to settle with you today because of the long term medical issues"**. He made that same statement six times over the next five minutes. At the time all I heard was that USAA was settling with me and that made me happy and relieved. (Side note: for those of you that own your home look at the medical provision of your policy. The dollar amount dwarfs your property portion. If the government admitted that the Katrina Virus, chemical warfare contaminants, leaked into the environment you would have trillions of dollars in medical claims. All-State, State Farm, USAA, etc. would all go broke.) He then asked us if we had allergies. My wife said "yes" and I said "no". Since that time I have developed severe allergies. He then saw a port wine stain (birthmark) on my wife's arm. He asked about it and then started taking pictures of the port wine stain and of us. I thought it was very strange. It made me feel uncomfortable. He then informed my wife that she could not go in the house. He once again talked about the long term medical issues and what a great insurance company we had. When I made the appointment with the adjuster he told me not to enter the house until he got there and that this was part of the claims procedure. I complied. I unlocked the door and as soon as I did he informed me that everything was condemned. We never went in the house. You could see some water damage and mold. He condemned steel pots and pans. We had our first check the next day. This was an emotional time for us so the fact that we were getting some stability was a relief. The interaction always bothered me but it was not until much later that I realized that USAA knew the truth about what had happened in New Orleans. I contacted USAA about this and they hired a world class attorney by the name of James Robie in Los Angeles. I never filed a lawsuit. He dealt with me directly which was very odd. In short I sent him an email telling him his life was in danger. He had already been murdered. I have the paper trail. A rich attorney died off Catalina Island during a scuba diving accident in 50 degree water in January. I spoke to the coroner and asked about the autopsy. Again I have records of all of this. She informed me that the autopsy was normal. I asked her about the procedure and she lied. The autopsy was to have been performed under water and it was not. As soon as I told her this she hung up on me. For space reasons I am only giving you bits and pieces so that you can have some understanding. By now you should have figured out that I am a prolific writer and that I document everything. When I was falsely arrested item 3 of my bond was that I was not to have internet access for

a year. I was never charged with a crime but I was placed in isolation for 11 days and medicated against my will.

Defense Finance and Accounting Services (DFAS) Director Teresa McKay, who is the equivalent to a three star general, told me the following. She was my good friend and was married to my roommate from pilot training, Jeff (JK) McKay. Tom, Larry and Frank knew Jeff and he was an 82 grad. Jeff works in the Pentagon and was a source. I did not understand at the time what Teresa said to me or the ramifications.

Teresa: "Dave, you do not know this but I issued millions of dollars in cash, in satchels, to the soldiers that were in New Orleans before Hurricane Katrina". She told me this at my condo in New Orleans, 842 Camp Street, a few years after Katrina. In short I realized that the cash was to be used to secure the classified CIA and DOD facilities that housed the Katrina Virus and chemical warfare contaminates.

There was no rescue for five days. President Bush did not land. They needed five days for the contaminants to dissipate. Ask the members of the 1st SOW when they arrived at Belle Chase Naval air Station and what they did for the next five days. One answer will be that they flew the press around on predetermined routes. Academy grads and my friends were there. Defense Secretary Donald Rumsfeld ordered them to stand down. This is documented.

Enough. If you don't get the picture by now you never will. We infected our own people and troops. We should have told them the truth. New Orleans has the highest death rate in the country. The life expectancies in zip code 70112 are 54 years. That is 25 years below the national average. Not one zip code in New Orleans has a life expectancy above the national average.

We will not survive as a nation. President Lincoln said: "America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves."

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

USCA Case #19-5121    Document #1794031    Filed: 08/20/2019    Page 1 of 10

RECEIVED
Clerk knows

JUL 20 2019

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)      Case: 19-5121
v.                                                 Civ. Action No. 19-810 – RBW
Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Notice 18 – Mafiosi Kingpin Peter G. Strasser is now the US Attorney for New Orleans (EDLA)

Reference pleading in this appeal: USCA Case #19-5121 Document #1792573 Filed: 06/12/2019 Page 1 of 18 Notice — Foreman v. Jenkins (2:19-cv-09944-WBV-JVM) District Court, E.D. Louisiana

This story is factual, documented and verifiable. The story will be told in an abbreviated version.

Judge Lance Africk (His Judgeship was purchased by Donald Thomas "Boysie" Bollinger/Bollinger Shipyards – Africk was not qualified to be a Federal Judge – His one and only qualification was that he was corrupt) (Africk was the judge in the Glover Civil Rights case, one of the biggest Civil Rights Cases in the last thirty years, and every conviction was overturned with the exception of one. He truly denied the defendants their Constitutional Rights)

## AFRICK PRESIDED OVER STRASSER'S INVESTITURE CEREMONY. STRASSER HAD BECOME A "MADE MAN" OR A "WISE GUY".

Money, power, fame and sex will lead you to Strasser's old law firm, Chaffe McCall. Boysie has a hand in every judge that is nominated to the Federal Bench in New Orleans. I wonder how much money Boysie/Bollinger has paid, directly or indirectly to Chaffe McCall?

What part did Boysie play in getting Wendy Vitter a Federal Judgeship? Look at Boysie's relationship with the Catholic Church (Vitter's ex employer) and his relationship with Senator David Vitter and his campaigns.

Judge Sarah Vance and her husband (R.) Pat Vance of the Jones Walker Law Firm.

Judge Vance dismissed the 78 million-dollar (False Claims Act) USA v. Bollinger. The 5th Circuit reversed Judge Vance's ruling. The DOJ admitted defeat and accepted an 8.5-million-dollar settlement. The DOJ realized that it could not go back into Federal Court in New Orleans and prevail because of the corrupt judiciary and their allegiance to Donald Thomas "Boysie" Bollinger. You should read the compliant. Bollinger admitted the fraud. Boysie admitted the fraud in an email.

(The DOJ filed the False Claims Act complaint against Bollinger in another jurisdiction but that was overruled and it was returned to the EDLA and Judge Vance.)

Justice Department asks appellate court to reinstate its lawsuit against Bollinger Shipyards
Updated Apr 21, 2014; Posted Apr 21, 2014
https://www.nola.com/politics/2014/04/justice_department_asks_appell.html

*[And the brief also questions Vance's decision to offer her own possible interpretation of a 2002 email from Bollinger Shipyards executive **Boysie Bollinger** in which he raises concerns about a request for a review by the American Bureau of Shipping (ABS) on the strength of the hulls. In the email, Bollinger wrote such a review could lead to "an uneconomical solution if we had to totally rebuild the hull." ""MY CONCERN – we don't do anything) American Bureau of Shipping) gets (Coast Guard) to require it without input, and the result is we blow the program," Bollinger wrote in the email, according to the Justice Department brief.]*

Judge Vance denied my Motion to Join a Class Action Complaint about my being falsely arrested and held in the Orleans Parish Prison with an astronomical bond of $300,000.00 for a non-violent, non-domestic, non-drug misdemeanor. I was never charged with a crime and yet I received a record bond. People that committed rape and murder did not receive such bonds but then again, I was represented by US Attorneys (Future Attorney General) Matthew Whitaker, Billy Gibbens and Linda Mott. The following two pleadings tell a horrific story about what happened to me. 162 pages with documentation.
EDLA Case 2:15-cv-04479-SSV-JCW Document 263 Filed 07/20/17
EDLA Case 2:15-cv-04479-SSV-JCW Document 273-1 Filed 09/11/17 Page 1 of 85

Louisiana Grand Jury Foreman/Attorney/Developer Louis (Lee) Edgar Madere is why I became a Federal Whistleblower. Unbeknownst to me he was being protected by the DOJ because of his criminal activities (on behalf of the DOJ) in the Louisiana Danziger Grand Jury. He committed mortgage fraud against me and the DOJ protected him. I hired the Baker Donelson Law Firm (David Kurtz, Hank Arnold, Roy Cheatwood and Ben Adams) to represent me. They took over $5,000.00 from me and then withdrew because of pressure from the DOJ.
DC Circuit USCA Case #19-5121 Document #1791191 Filed: 06/04/2019 Page 13 of 18

Madere was broke and borrowing money from the mob. He used our property as collateral and the liens are recorded with the Orleans Parish Recorder. Judge Sarah Vance's husband, Pat Vance of the Jones Walker Law Firm, represented Madere on behalf of the DOJ. Tom Hubert, Joe Lavigne and Bobby Walsh were the litigators. A 500-page book would not do justice to how corrupt the judicial process was. Review the Orleans Parish Civil Court Dockets. Madere could not afford the Jones Walker Law Firm and remember he was an attorney that could have represented himself.

US Attorney Harry Rosenberg (Three-decade friend of US Attorney Peter Strasser) and Mark Dodart of the Phelps Dunbar Law Firm, Attorney Bob Bergeron of Crescent Title and Stewart Title represented Madere, Crescent Title and Stewart Title in my civil complaint against Madere for mortgage fraud. Rosenberg was so powerful that he held an arbitration hearing without me and guess what, I lost. The property description in the purchase agreement was not transferred to the title. Bob Bergeron and Madere were law school classmates and Bergeron knew that Madere was broke. The appraiser and the bank were victims of fraud as well because they used the purchase agreement for the appraisal and the mortgage. We paid thousands of dollars to Crescent Title and Stewart title for title insurance. Our home was ultimately foreclosed on. We contacted the bank and their response was very simple and that was they knew they would lose.

Here is a perfect example of how morally bankrupt these individuals are. Attorney Mark Dodart was my brother-in-law at one time. He was married to my wife's sister, Mary. Mark and Mary had been doing in vitro fertilization (IVF) for years with no success. Mark was having affairs the entire time that Mary was

trying to get pregnant. Mary got pregnant on the last try. Mark left Mary for another women the day after their daughter was born.

Over the years it came out that Rosenberg and Strasser committed prosecutor misconduct in the Governor Edwin Edwards corruption trial.

All of the following has been repeatedly given to the DOJ (multiple attorneys and departments) and the Federal Judiciary.

Attachment 1: Letter to Strasser
Attachment 2: Madere admits mortgage fraud in paragraph 151 of a civil complaint in Orleans Parish Civil Court. It was Madere's pleading. What arrogance. Pecot, the buyer, never made one mortgage payment or one condo fee payment. Madere desperately needed the cash from the purchase. Madere knew Pecot could not afford the condo.
Attachment 3: Madere's 20% interest rate lien using our property as collateral. There are more than one.
Attachment 4: A letter. The Orleans Parish District Attorney refused to charge Madere with any of more than two dozen felony crimes.
Attachment 5: A press release by MSNBC. Madere was selected by the DOJ to be the Louisiana Grand Jury Foreman.
Attachment 6: A letter to the Louisiana Judge in the Danziger case. The judge dismissed the case because the DOJ wanted it in Federal Court. The coverup of what truly happened in New Orleans during Hurricane Katrina.

The coverup. The Katrina Virus was negligently released and the US Military murdered Americans.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 17th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



JUL 15 2019

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)

v.

Appellee – NA

(Judicial Watch, Inc., Appellee v. United States Department of Justice, Appellee)

Case: 19-5091

1:19-cv-00800-TSC

19-(L)

Third Supplemental Petition for Rehearing En Banc

The Catholic Church donates 25 Trillion Dollars, the church's entire worth to **Deusnexioism** - Attached
are the cover page/pleading for three Third Supplemental Petitions for Rehearing

The Catholic Church is the wealthiest corporation/entity in the world. - The Catholic Church is the most
profitable corporation/entity in the world. - The Catholic Church is the number one landowner in the
world. - The Catholic Church is the number one debt holder of the Federal Government. The
subsidiaries, for profit and not for profit, own more than 15%, conservatively over three Trillion Dollars,
of the National Debt.

The destiny of the church is the donation of this wealth to Deusnexioism so that Mankind can be saved.

This is how Evolution and God come together. It is how the Religions of the World become one.

The Catholic Church's destiny is to correct the sins and mistakes of Mankind.

Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C.
Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v.
Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit, Electronic Privacy Information (EPIC)
v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 10th, 2019 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)          **Case: 19-5121**
v.                                                      **Civ. Action No. 19-810 – RBW**
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Notice 34 – The Catholic Church donates 25 Trillion Dollars, the church's entire worth to **Deusnexioism** - Attached are the cover page/pleading for three Third Supplemental Petitions for Rehearing

The Catholic Church is the wealthiest corporation/entity in the world. - The Catholic Church is the most profitable corporation/entity in the world. - The Catholic Church is the number one landowner in the world. - The Catholic Church is the number one debt holder of the Federal Government. The subsidiaries, for profit and not for profit, own more than 15%, conservatively over three Trillion Dollars, of the National Debt.

The destiny of the church is the donation of this wealth to Deusnexioism so that Mankind can be saved.

This is how Evolution and God come together. It is how the Religions of the World become one.

The Catholic Church's destiny is to correct the sins and mistakes of Mankind.

Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit, Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)                     Case: 19-3012
v.                                                                1:19-cr-00018-ABJ-1
Appellee – NA

The Catholic Church donates 25 Trillion Dollars, the church's entire worth to **Deusnexioism** - Attached
are the cover page/pleading for three Third Supplemental Petitions for Rehearing

The Catholic Church is the wealthiest corporation/entity in the world. - The Catholic Church is the most
profitable corporation/entity in the world. - The Catholic Church is the number one landowner in the
world. - The Catholic Church is the number one debt holder of the Federal Government. The
subsidiaries, for profit and not for profit, own more than 15%, conservatively over three Trillion Dollars,
of the National Debt.

The destiny of the church is the donation of this wealth to Deusnexioism so that Mankind can be saved.

This is how Evolution and God come together. It is how the Religions of the World become one.

The Catholic Church's destiny is to correct the sins and mistakes of Mankind.

Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C.
Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v.
Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit, Electronic Privacy Information (EPIC)
v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 10th, 2019 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)                Case: 19-5057

v.                                                          1:18-cv-2885-ESH

Appellee – NA

### Third Supplemental Petition for Rehearing En Banc

The Catholic Church donates 25 Trillion Dollars, the church's entire worth to **Deusnexioism** - Attached
are the cover page/pleading for three Third Supplemental Petitions for Rehearing

The Catholic Church is the wealthiest corporation/entity in the world. - The Catholic Church is the most
profitable corporation/entity in the world. - The Catholic Church is the number one landowner in the
world. - The Catholic Church is the number one debt holder of the Federal Government. The
subsidiaries, for profit and not for profit, own more than 15%, conservatively over three Trillion Dollars,
of the National Debt.

The destiny of the church is the donation of this wealth to Deusnexioism so that Mankind can be saved.

This is how Evolution and God come together. It is how the Religions of the World become one.

The Catholic Church's destiny is to correct the sins and mistakes of Mankind.

Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C.
Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v.
Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit, Electronic Privacy Information (EPIC)
v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 10th, 2019 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)                     Case: 19-3012

v.                                                               1:19-cr-00018-ABJ-1

Appellee – NA


Eleventh Supplemental Petition for Rehearing En Banc - Notice 42 – More than half your body is not
human

Think, please. Deusnexioism – That everything is connected. That everything flows between everything.
Evolution and God exist together. Example is the human body. Is there any doubt in your mind that we
have a spirit and a soul?  What if they could scientifically prove that we have a Soul? What if they could
scientifically prove that we are connected to everything? Eugenics, Selective Breeding, Culling, etc. are
extremes. Maybe Suicide is a form of Culling. We must exist with the Universe and the Universe must
exist with us. The Discipline of Philosophy is critical to our survival.

This following is a good example of how the human body relates to the Universe.

>  When we treat the human body, we treat the Universe.

---

More than half your body is not human By James Gallagher Presenter, The Second Genome, BBC Radio 4
10 April 2018 https://www.bbc.com/news/health-43674270
More than half of your body is not human, say scientists.
**Human cells make up only 43% of the body's total cell count. The rest are microscopic colonists.** (*We
are a Universe on too ourselves*)
Understanding this hidden half of ourselves - our microbiome - is rapidly transforming understanding of
diseases from allergy to Parkinson's.

＊  The field is even asking questions of what it means to be "human" and is leading to new
innovative treatments as a result.

"They are essential to your health," says Prof Ruth Ley, the director of the department of microbiome
science at the Max Planck Institute, "your body isn't just you".
No matter how well you wash, nearly every nook and cranny of your body is covered in microscopic
creatures.
This includes bacteria, viruses, fungi and archaea (organisms originally misclassified as bacteria). The
greatest concentration of this microscopic life is in the dark murky depths of our oxygen-deprived
bowels.

>  Prof Rob Knight, from University of California San Diego, told the BBC: "You're more microbe
than you are human." (*What religion would embrace this?*)

Originally it was thought our cells were outnumbered 10 to one.
"That's been refined much closer to one-to-one, so the current estimate is you're about 43% human if
you're counting up all the cells," he says.

But genetically we're even more outgunned.

The human genome - the full set of genetic instructions for a human being - is made up of 20,000 instructions called genes.

But add all the genes in our microbiome together and the figure comes out between two and 20 million microbial genes.

Prof Sarkis Mazmanian, a microbiologist from Caltech, argues: "We don't have just one genome, the genes of our microbiome present essentially a second genome which augment the activity of our own. (*Crude: We have two bodies or we are two human beings.*)

"What makes us human is, in my opinion, the combination of our own DNA, plus the DNA of our gut microbes."

It would be naive to think we carry around so much microbial material without it interacting or having any effect on our bodies at all.

Science is rapidly uncovering the role the microbiome plays in digestion, regulating the immune system, protecting against disease and manufacturing vital vitamins.

Prof Knight said: "We're finding ways that these tiny creatures totally transform our health in ways we never imagined until recently."

It is a new way of thinking about the microbial world. To date, our relationship with microbes has largely been one of warfare.

Microbial battleground - Antibiotics and vaccines have been the weapons unleashed against the likes of smallpox, Mycobacterium tuberculosis or MRSA.

That's been a good thing and has saved large numbers of lives. (*But, is that a good thing for the survival of our spices?*)

But some researchers are concerned that our assault on the bad guys has done untold damage to our "good bacteria".

Prof Ley told me: "We have over the past 50 years done a terrific job of eliminating infectious disease.

"But we have seen an enormous and terrifying increase in autoimmune disease and in allergy.

"Where work on the microbiome comes in is seeing how changes in the microbiome, that happened as a result of the success we've had fighting pathogens, have now contributed to a whole new set of diseases that we have to deal with."

The microbiome is also being linked to diseases including inflammatory bowel disease, Parkinson's, whether cancer drugs work and even depression and autism.

Obesity is another example. Family history and lifestyle choices clearly play a role, but what about your gut microbes?

This is where it might get confusing.

A diet of burgers and chocolate will affect both your risk of obesity and the type of microbes that grow in your digestive tract.

So how do you know if it is a bad mix of bacteria metabolising your food in such a way, that contributes to obesity?

Prof Knight has performed experiments on mice that were born in the most sanitised world imaginable. Their entire existence is completely free of microbes.

He says: "We were able to show that if you take lean and obese humans and take their faeces and transplant the bacteria into mice you can make the mouse thinner or fatter depending on whose microbiome it got."

Topping up obese with lean bacteria also helped the mice lose weight.

"This is pretty amazing right, but the question now is will this be translatable to humans"

This is the big hope for the field, that microbes could be a new form of medicine. It is known as using "bugs as drugs".

Goldmine of information - I met Dr Trevor Lawley at the Wellcome Trust Sanger Institute, where he is trying to grow the whole microbiome from healthy patients and those who are ill.

"In a diseased state there could be bugs missing, for example, the concept is to reintroduce those."

Dr Lawley says there's growing evidence that repairing someone's microbiome "can actually lead to remission" in diseases such as ulcerative colitis, a type of inflammatory bowel disease.

And he added: "I think for a lot of diseases we study it's going to be defined mixtures of bugs, maybe 10 or 15 that are going into a patient."

Microbial medicine is in its early stages, but some researchers think that monitoring our microbiome will soon become a daily event that provides a brown goldmine of information about our health.

Prof Knight said: "It's incredible to think each teaspoon of your stool contains more data in the DNA of those microbes than it would take literally a tonne of DVDs to store.

"At the moment every time you're taking one of those data dumps as it were, you're just flushing that information away.

"Part of our vision is, in the not too distant future, where as soon as you flush it'll do some kind of instant read-out and tells you are you going in a good direction or a bad direction.

"That I think is going to be really transformative."

Fecal Microbial Transplantation - When antibiotics kill off too many "good" bacteria in the digestive tract, fecal transplants can help replenish bacterial balance.

---

(*Did you ever imagine Fecal Transplantation (Bacteriotherapy)? Fecal transplantation (or bacteriotherapy) is the transfer of stool from a healthy donor into the gastrointestinal tract of an unhealthy recipient*.)

The Attached are the cover page/pleading for three – Eleventh Supplemental Petitions for Rehearing - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit, Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 26th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first class mail.

David Andrew Christenson

# Attachment 5

UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)        Case: 19-5121

v.                                                                                        Civ. Action No. 19-810 - RBW

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Amicus/Notice 117 – **Deusnexioism** – Do you have a better idea on how to avert the Genocide of Mankind by his own hand? The miracle in this is that I can be wrong and still be right. The miracle is a simple changing of the Narrative.

Will the pending Revolution be violent or peaceful? Your call.

Think of King George III as our current Government and then read all of the Declaration of Independence. (A few minutes for Mankind)

"He" can be substituted with: Trump, Roberts, Pelosi, McCarthy, McConnell and Schumer.

He – TRPMMS

After reading it, is that the world today?

Open your mind. The Declaration of Independence, the Preamble to the Constitution and the Bill of Rights are tenets of Deusnexioism. The Articles in the Constitution are the mechanics.

The most important sentence in the Constitution is in the Preamble. If we lived our lives adhering to this one tenet we would survive: **"and secure the Blessings of Liberty to ourselves and our Posterity"**.

I know this sounds stupid. By some miracle you come to agree with me that Mankind will cease to exist and because you agree God comes down from heaven. God was waiting for us to see the light. We ask God for a Bible/Biblia Sacra (which is literally "sacred books" that we could follow). God asks "why"? We explain that what we have is not working. God explains that Man is the problem. God's hand was involved with drafting the Declaration of Independence and the Constitution, both of which are miracles. Man's problem is that he does not adhere to them.

I sound crazy but before you pass final judgement on me read the Declaration of Independence. This sentence is in the first paragraph: "*and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them,*" (How did they come up with that? Divine inspiration? It is a very odd statement but they knew what they were doing.)

Think about this in today's world, today's political climate. The Constitution and the Declaration of Independence could never be ratified. The greatest documents in the history of Mankind and they could never again be ratified.

We now would refuse God's miracles.

Thomas Paine's "Common Sense" changed the Narrative.

A humble comparison. Thomas Paine's Common Sense. A simple pamphlet lit a fire under this previously unthinkable idea of Independence. *He noted that King George III had recently given a speech that would soon be published in the colonies. Seeing an opportunity to stress the contrast between his ideas for America and those of the monarch, Paine decided to publish the pamphlet as close as possible to the publication of the speech. On January 9, 1776, the Pennsylvania Evening Post printed the king's speech along with the first advertisement for Common Sense. As Paine had hoped, the king's speech vexed colonists—and Common Sense was available the following day to capitalize on the discontent.* Without "Common Sense", the simple pamphlet, we would not have the Declaration of Independence or the Constitution. David slayed Goliath with one smooth stone.

Deusnexioism – God and evolution go hand in hand. Mankind is connected to everything in the Universe and everything in the Universe is connected to Mankind. The conduit is our immune system(s). This could actually be a spiritual part of our body and not physical. Altering our immune system(s) is disconnecting us from the Universe which is our life line and without it we will perish. Altering our DNA will disconnect us from the Universe.

The Constitution of the United States – Preamble

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare**, and secure the Blessings of Liberty to ourselves and our Posterity**, do ordain and establish this Constitution for the United States of America.*

Declaration of Independence - *In Congress, July 4, 1776.*

*The unanimous Declaration of the thirteen united States of America, When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.*

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly, all experience hath shewn, that mankind is more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their*

*former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.*

Reference: The United States Supreme Court and The Katrina Virus.

- Amicus/Notice 117 - United States v. Boucher – Movant David Andrew Christenson – Cr. No. 1:18-cr-00004 – Senior Judge Marianne O. Battani District Court, W.D. Kentucky (Service December 5th, 2019)
- Amicus/Notice 117 – United States v. Rene Boucher (18-5683) Court of Appeals for the Sixth Circuit (Service December 5th, 2019)
- Amicus/Notice 117 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 117 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service December 5th, 2019)
- Amicus/Notice 117 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service December 5th, 2019)
- Amicus/Notice 117 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service December 5th, 2019)
- Amicus/Notice 117 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service December 5th, 2019)
- Amicus/Notice 117 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service December 5th, 2019)
- Amicus/Notice 117 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service December 5th, 2019)
- Amicus/Notice 117 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service December 5th, 2019)

- Amicus/Notice 117 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 117 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 117 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service December 5th, 2019)

Godspeed. Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on December 5th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

# Attachment 6

State of Georgia (23SC188947) v. Trump, Clark, Meadows, etc. 19 indicted. CHANGE THE NARRATIVE – STAY OUT OF JAIL – SAVE HUMANITY - THIS IS ABOUT CENSORSHIP.

**CHANGE THE NARRATIVE – STAY OUT OF JAIL – SAVE HUMANITY**
**THIS IS ABOUT CENSORSHIP. (2ND DISTRICT OF NEBRASKA AND ACROSS THE RIVER IS IOWA. WHAT HAPPENED THERE WAS STATISTICALLY IMPOSSIBLE. IF IT WAS A TIE THEY NEEDED THE ONE ELECTORAL COLLEGE VOTE TO STOP TRUMP IN THE HOUSE.)**

**DO NOT TRUST YOUR ATTORNEY - THOSE SEEKING TO USE THE: "FEDERAL-OFFICER REMOVAL STATUE/UNDER COLOR OF OFFICE" SHOULD NOT BE TRUSTED UNLESS THEY AGREE TO CHANGE THE NARRATIVE. - TRUMP SHOULD NOT BE TRUSTED – HE HAS KNOWN WHO I AM FOR OVER TWENTY YEARS AND WHAT MY QUEST IS ABOUT.**

**MATHEMATTICAL HUMANITY WILL CEASE TO EXIST IN THE NEXT FEW YEARS.**
**MATHEMATICALLY HUMANITY IS IN A CONTAGIOUS ENDEMIC MURDER SUICIDE PANDEMIC.**
**MURDER SUICIDE HAS BECOME A LIFE CHOICE.**
**WE HAVE FIVE-YEAR OLD CHILDREN COMMITTING SUICIDE.**
**LIFE EXPECTANCIES ARE DECREASING.**
**BIRTHRATES ARE NEGATIVE.**
**HUMANITY HAS LOST THE DESIRE AND ABILITY TO PROCREATE.**

**WE WOULD NOT BE IN THE PANDEMIC IF THE SUPREME COURT HAD JUST ORDERED A RESPONSE TO MY 14-10077 (OR THE OTHER THREE WRITS) WRIT OF MANDAMUS AND PROHIBITION – TELL THE TRUTH AND STOP LYING.**

In the Federal Register it states that sixty cancers came out of the World Trade Centers. In the basement was a CIA/DOD chemical and biological warfare center. New Orleans was the chemical and biological warfare capital of the World. It is where the Katrina Virus came from, and which also happens to be the parent of COVID. It is why the Chinese spies were released. See the documentation in the Federal Court Docket. (There is evidence that the CIA/DOD brought down the World Trade Centers to limit exposure.)

Supreme Court – search the docket and everything else using my name: David Andrew Christenson

I asked Amazon and Jeff Bezos to give my books away. The price is the lowest that I could select: $.99. I will send them to you for free. Amazon.com – David Andrew Christenson – find any book and click on my name below the title. Then select: "all books." Next select "publication date." Thirty-nine titles. Some are just one page. I acknowledge that they are disjointed and incoherent but nonetheless they are true.

They classified me as a terrorist in 2010. I am an Air Force Academy Graduate that served his country with distinction as an Air Force Officer. I am very well connected and knowledgeable. My background was in Black Ops. I was arrested and tortured, and it is all in the court record. Four months later Coast Commander William Goetzee was strapped to a wheelchair in Federal Court and tased every time he tried to speak. This too is in the court record. They murdered him while he was in jail.

Godspeed. Sincerely, David Andrew Christenson – P.O. Box 9063 – Miramar Beach, FL 32550 (504)-715-3086, davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com; Sensitive Compartmentalized Information (SCI) - #56 August 28th, 2023 (Published on Amazon.com).

### COVID will disrupt Trump's trials and Americans will die needlessly.

The United States, because of many factors, will see 50% of Americans that die, will have been infected with COVID. (150,000 excess Americans per month, conservatively.)

Americans that get infected, but do not die, will have a degraded immune system, soul, and spirit.

Vaccines will exacerbate the chances of Humanity surviving long term.

It is mathematical.

The National Wastewater Surveillance System has already detected COVID in an infectious amount that will cause the unnecessary deaths of millions of Americans.

### Censorship.

Pneumonia will be the number one cause of death because of the COVID infections.

There is no way to predict the Contagious Epidemic Pandemic in Mental Illnesses.

Godspeed. Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550 - 504-715-3086 - davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

### THE FOLLOWING ARE JUST A FEW OF THOSE THAT ARE RESPONSIBLE FOR THE GENOCIDE OF HUMANITY AND THEY DID IT WITH THEIR EYES WIDE OPEN.

| | |
|---|---|
| President Joseph R. Biden, Jr. (Trump) | o          President |
| Vice President Kamala D. Harris | o          Vice President |
| Chief Justice John G. Roberts | o          Cabinet Member |
| Justice Amy C. Barrett | o          U.S. Senator |
| Justice Neil M. Gorsuch | o          U.S. Representative |
| Justice Clarence Thomas | o          Supreme Court Justice |
| Justice Samuel A. Anthony Alito | o          Appellate Justice |
| Justice Sonia Sotomayor | o          District Judge |
| Justice Elena Kagan | Judge Steve C. Jones |
| Justice Brett M. Kavanaugh | Fulton County D.A. Fani T. Willis |
| Justice Ketanji B. Jackson | Trump - Steven H. Sadow |
| o          Every living: | Judge Scott McAfee |

D.A. Alvin Bragg
Judge Jaun Merchan
Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro
Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts
Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon
Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen
Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore
*Bridge Investment Group
*Robert Morse
*Dean Allara

*Jonath Slager
*Adam O'Farrell
*General Counsel Matthew Grant
*General Counsel Allison Ramirez
*Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney
Molly Gulland Gaston
John F. Lauro
Thomas Windom
Chief Justice Priscilla Richmond
Clerk Lyle W. Cayce
Chief Executive Lorie Robinson
President Donald John Trump
Rudolph William Louis Giuliani
John Charles Eastman
Sidney Katherine Powell
Mark Randall Meadows
Cathleen Alston Latham
Jeffrey Bossert Clark
Shawn Micah Tresher Still
Stephen Cliffgard Lee
Harrison William Prescott Floyd
Trevian C. Kutti
Kenneth John Chesebro
Jenna Lynn Ellis
Scott G. Hall
Misty Hampton
Michael A. Roman
David James Shafer
Robert David Cheeley
Ray Stallings, III.

August 29th, 2023

Go on the offensive – Change the Narrative

Jeffery you need to enter an appearance on my behalf in DOJ v. Trump in D.C. and DOJ v. Trump in SDFL. You have known me for years. I do not quit.

If any of you are an attorney you can enter an appearance on my behalf. It is better than going to prison. You are dealing with a stacked deck that is controlled by the Supreme Court.

Jeffrey Bossert Clark
8850 Western Hemlock Way
Lorton VA 22079-5665

Shawn Micah Tresher Still
175 Jupiter Hills PT
Duluth GA 30097-2023

Mark Randall Meadows
606 Wind Flower Drive
Sunset, SC 29685

David James Shafer
3898 Sweet Bottom DR
Duluth GA 30096-3157

Cathleen Alston Latham
144 Lonesome Dove
China Spring TX 76633-2714

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Judge Steve C. Jones
Fulton County D.A. Fani T. Willis
Trump - Steven H. Sadow

Judge Scott McAfee
D.A. Alvin Bragg
Judge Jaun Merchan

August 27th, 2023.

**Your government thinks you are stupid and is taking advantage of you being a coward.**

Your government did not want you to know the truth about the Katrina Virus. What makes it worse is that you do not want to know.

Attached is a press release that turned out to be a huge mistake by the DOJ. They arrested me because I was sending informative pleadings to the Federal Judiciary, Federal Law Enforcement, the media, etc.

Not one judge was on the non-domestic stay away order. There were seventy-four people. The government did not want anyone to know about the release of the Katrina Virus and that included law enforcement and Federal Judges. Look at the names and email addresses. Two U.S. Senators, Director of the FBI, my friends, my attorneys, a Catholic Bishop, a building so that I could not go home, (one third were court clerks but not one judge.), etc. I was never charged with a crime. I had never had any contact with 68 of them except by sending emails to official email addresses. Block or trash the emails. They did not have to read them.

They had to discredit me even if it meant killing me and they almost did on several occasions.

**An FBI Agent put a gun to my head, safety off, hammer pulled back and laughingly told me he could kill me and get away with it. I knew he was telling the truth.**

My (non-retained) defense attorney was Billy Gibbens, last attachment, a U.S. Attorney.

Godspeed. Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550 - 504-715-3086 - davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in

the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. ~~The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.~~



Visit **UPS.com**

**Apply shipping documents on this side.**

**Scan QR code to
schedule a pickup**

This envelope is for use with the following services: **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for: **UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Domestic Shipments**
• To qualify for the letter r.
correspondence, urgent
8 oz. or less. UPS Express
or weighing more than 8

**International Shipmen**
• The UPS Express envelop
value. Certain countries c
ups.com/importexport t

• To qualify for the letter ra
UPS express envelopes v

**Note:** UPS Express envelo
electronic media containin
Do not send cash or cash e

## Window E

Use this envelope
from a laser or inl
shipping docume

View/Print Label

9/1/23, 10:43 AM



1 OF 1

0.5 LBS LTR

DAVID ANDREW CHRISTENSON
504753206
755 SANDPIPER DRIVE
MIRAMAR BEACH FL 32550

SHIP TO:
JUDGE STEVE C JONES
1967 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE SW
**ATLANTA GA 30303**

GA 303 9-02

**UPS NEXT DAY AIR**
TRACKING #: 1Z 243 1YA 01 9077 1155

1

BILLING: P/P

XOL.23.08.16

NV45 33.0h 08/2303*

100% Recycled fiber
80% Post-Consumer

International Shipping Noti
by the Convention for the L
the Contract for the Interna
from the U.S. in accordance

ng you for more than 110 years
d Parcel Service.®

formation about UPS's privacy practices or to opt out from the sale of
nal information, please see the UPS Privacy Notice at www.ups.com
0101951033 04/21  PAC  United Parcel Service







1967 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA GA 30303

P:REDBL2-2TW    /220
A12-4000
1 22463 YA01 0488 0001         1030
UPS GROUND 14.5 LBS LTR 1 OF 1    1030

**Extremely Urgent**

Express