IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORIGA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BOSSERT CLARK,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-3721-SCJ |

**O R D E R**

Pursuant to Local Rule 83.4 for the Northern District of Georgia and by direction of this Court, it is hereby **ORDERED** that each of the following counsels of record in the above-entitled action will be permitted to bring one (1) laptop computer to Courtroom 1907 on the 19th floor of the United States Courthouse for the purpose of presentation of evidence or perpetuation of the record during a hearing scheduled before the Honorable Steve C. Jones on **September 18, 2023** at 9:30 AM:

1. John W. Wooten;
2. Francis McDonald Wakeford, IV;
3. Anna Cross;
4. Nathan Wade;
5. John Floyd;
6. Jeffrey Bossert Clark;
7. Harry W. MacDougald; and
8. Catherine Scott Bernard.

The individual(s) seeking to enter with the equipment will be required to produce proper identification upon entering the security station located at either entrance to the Richard B. Russell Federal Building. The prohibition pursuant to Administrative Order No. 23-04 on cellular phones and other electronic devices with camera or other recording technology remains in full force and effect.

**IT IS SO ORDERED**, this 13th day of September, 2023.

 s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE