AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| STATE OF GEORGIA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-03721-SCJ |
| JEFFREY BOSSERT CLARK | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA.

Date: 09/13/2023

/S/ Alex Bernick
*Attorney's signature*

Alex Bernick Ga Bar No. 730234
*Printed name and bar number*

Office of the District Attorney,
136 Pryor St. SW, 3rd Floor
Atlanta, GA 30303

*Address*

alex.bernick@fultoncountyga.gov
*E-mail address*

(404) 698-5506
*Telephone number*

*FAX number*