AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| State of Georgia | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-03803 |
| Cathleen Alston Latham | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Georgia                                                                 .

Date:   09/14/2023

/s/ Daysha D. Young
*Attorney's signature*

Daysha D. Young
*Printed name and bar number*
136 Pryor Street., 3rd Floor
Atlanta, GA 30303

*Address*

daysha.young@fultoncountyga.gov
*E-mail address*

(404) 612-8759
*Telephone number*

*FAX number*