# EXHIBIT 2

Case 1:23-cv-03721-SCJ   Document 42-2   Filed 09/14/23   Page 2 of 5

Office of Public Affairs | Acting Assistant Attorney General Ethan P. D...es Departure from Civil Division | United States Department of Justice                                    9/4/23, 12:37 PM

Welcome to the new look of justice.gov. In the coming months you'll see more pages in this new design. Please share your feedback with our **webmaster**.    ×

 An official website of the United States government  Here's how you know

≡ DOJ Menu



Our Offices | Find Help | Contact Us

About   News   Documents   Internships   FOIA   Contact   Information for Journalists

Justice.gov   Office of Public Affairs   News   Press Releases   Acting Assistant Attorney General Ethan P. Davis Announces Departure From Civil Division

## News

- All News
- Blogs
- Photo Galleries
- Podcasts
- **Press Releases**
- Speeches
- Videos

**Archived News**

**Para Notícias en Español**

PRESS RELEASE

# Acting Assistant Attorney General Ethan P. Davis Announces Departure from Civil Division

Tuesday, September 1, 2020

Share

**For Immediate Release**
Office of Public Affairs

Acting Assistant Attorney General Ethan P. Davis of the Department of Justice's Civil Division announced his departure from the Department today, effective Sept. 7, 2020.  Assistant Attorney General Jeffrey Bossert Clark of the Environment and Natural Resources Division will replace Mr. Davis.

"I want to thank Ethan for stepping up and leading the Civil Division these last few months," said Attorney General William P. Barr.  "Ethan is an outstanding lawyer – his work has been integral to the Civil Division's successes over the past few years and I know his talents and leadership will be sorely missed.  I also want to thank Jeff Clark, who has done a fantastic job leading the Department's Environment and Natural Resources Division, for stepping in to lead the Civil Division after Ethan's departure."

"I am honored and humbled to have served alongside the dedicated lawyers and staff in the Civil Division," said Acting Assistant Attorney General Ethan P. Davis.  "Many of the most talented people in the federal government work in the Civil Division, and I am grateful to Attorney General Barr for giving me the opportunity to serve."

Mr. Davis joined the Civil Division in 2017 as the Deputy Assistant Attorney General for the Consumer Protection Branch, where he oversaw civil and criminal enforcement actions designed to combat the opioid crisis and fraud on elderly Americans.  Mr. Davis also served on the Deputy Attorney General's Corporate Enforcement Working Group, which developed and implemented several significant policy reforms.  After a year clerking for Justice Neil Gorsuch on the Supreme

Office of Public Affairs | Acting Assistant Attorney General Ethan P. D...es Departure from Civil Division | United States Department of Justice

Case 1:23-cv-03721-SCJ   Document 42-2   Filed 09/14/23   Page 3 of 5

9/4/23, 12:37 PM

Court, he returned to the Justice Department as the Civil Division's Principal Deputy Assistant Attorney General, and later the Acting Assistant Attorney General. In those roles, he supervised the Division's civil defensive work, as well as implementation of the Division's corporate enforcement policies, including the voluntary disclosure, cooperation, and remediation policies.

Under Acting Assistant Attorney General Davis's leadership, the Civil Division has used every enforcement tool available to prevent wrongdoers from exploiting the COVID-19 crisis. In particular, Mr. Davis focused on the use of the False Claims Act (FCA) to address fraud and other illegal activity related to the COVID-19 stimulus programs, including the Paycheck Protection Program, the Main Street Credit Facility, and the provider relief fund. Mr. Davis also prioritized enforcement of the Food, Drug, and Cosmetic Act (FDCA) against fraudulent COVID-19 tests, treatments, purported cures, and other products. For example, in August 2020, the Civil Division, working with agency partners and the U.S. Attorney's Office for the Middle District of Florida, obtained a Temporary Restraining Order against a defendant that operated hundreds of websites that fraudulently purported to sell products that became scarce during the pandemic, including hand sanitizer and disinfectant wipes.

During Mr. Davis's tenure, the Civil Division also fought the opioid epidemic through actions under the FCA, the FDCA, and the Controlled Substances Act. The Civil Division pursued criminal and civil investigations into pharmaceutical companies, pharmacies, health care providers, and other entities for alleged unlawful activity related to the opioid crisis. In one matter, for example, the Civil Division and the U.S. Attorney's Office for the District of Vermont reached a $145 million resolution with an electronic health records company for soliciting and receiving kickbacks from a major opioid company.

Additionally, under Mr. Davis's leadership, the Civil Division also took aggressive steps to combat fraud on elderly Americans. The Civil Division prioritized using the FCA to pursue nursing homes that provide substandard care to residents, as well as other statutes against individuals and companies that use fraudulent robocalls to prey on American seniors. In August 2020, for example, the Civil Division and the U.S. Attorney's Office for the Eastern District of New York successfully secured a permanent injunction barring two individuals and two companies that transmitted massive volumes of fraudulent robocalls from conveying any telephone calls into the U.S. telephone system.

*Updated September 1, 2020*

**Topic**

**OFFICE AND PERSONNEL UPDATES**

**Components**

Civil Division | Office of the Attorney General

Press Release Number: 20-861

Office of Public Affairs | Acting Assistant Attorney General Ethan P. D...es Departure from Civil Division | United States Department of Justice        9/4/23, 12:37 PM

Case 1:23-cv-03721-SCJ   Document 42-2   Filed 09/14/23   Page 4 of 5

## Related Content

**VIDEO**

**Swearing-In Ceremony for the Director of the Office on Violence Against Women Rosemarie Hidalgo**

August 15, 2023

**PRESS RELEASE**

**Rosie Hidalgo Sworn In as Director for the Office on Violence Against Women**

The Justice Department announced that Rosie Hidalgo was sworn in today as the Director for the Office on Violence Against Women (OVW). As director, she will spearhead the Department's principal...

July 18, 2023

**PRESS RELEASE**

**Justice Department Announces National Human Trafficking Coordinator and National Coordinator for Child Exploitation Prevention and Interdiction**

The Justice Department today announced the designation and appointment of a National Human Trafficking Coordinator and a National Coordinator for Child Exploitation Prevention and Interdiction.

April 28, 2023

**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

**Department of Justice Main Switchboard**
202-514-2000

Signup for Email Updates
Social Media





Office of Public Affairs | Acting Assistant Attorney General Ethan P. D...es Departure from Civil Division | United States Department of Justice

Case 1:23-cv-03721-SCJ   Document 42-2   Filed 09/14/23   Page 5 of 5

9/4/23, 12:37 PM

| | | | |
|---|---|---|---|
| Archives | Accessibility | Information Quality | Español |
| Budget & Performance | Legal Policies & Disclaimers | Office of the Inspector General | **Have a question about Government Services?** |
| FOIA | Privacy Policy | No FEAR Act Data | Contact USA.gov |
| | For Employees | Small Business | |
| | | Vote.gov | |