# EXHIBIT 3



**U.S. Department of Justice**

Civil Division

Environment & Natural Resources Division

_____

Office of the Assistant Attorney General        Washington, D.C. 20530

January 12, 2021

The President
The White House
Washington, D.C. 20500

Dear Mr. President,

     Effective as of Thursday January 14, 2021 at noon Eastern Standard Time and pursuant to the Memorandum for Presidential Appointees regarding Letters of Resignation dated January 7, 2021, I hereby tender my resignation from the two positions you appointed me to at the Department of Justice — the Assistant Attorney General of the Environment & Natural Resources Division and the Acting Assistant Attorney General of the Civil Division.

     It has been my profound honor to serve as the leader of the Justice Department's Environment Division since 2018 and of its Civil Division since the Fall of 2020. I am deeply thankful both to you for giving me the professional opportunity of a lifetime to guide and direct the roughly 1,400 lawyers comprising those two litigating Divisions and to the Senate for their vote of confirmation in October 2018.

     In the most recent fiscal year for which there is complete data, the Environment Division obtained $858 million in civil and criminal fines, penalties, and costs recovered for the United States, with the injunctive relief we secured stacking another $3.4 billion on top of that. And by way of comparison, in just one slice of the work of the immense Civil Division, we recovered $2.2 billion in settlements and judgments to remedy fraud and false claims perpetrated on the United States in fiscal year 2020. It is a singular privilege to protect and nourish the public fisc in these ways.

     But I am perhaps most proud of my close and intense work with your Council on Environmental Quality on reforming the National Environmental Policy Act's ("NEPA's") regulations for the first time in 40 years. I also successfully defended those regulations on my feet in court against two challenges — one trying to block the regulations from ever becoming final and one trying to stop them in their tracks a short time after they were promulgated and

published.  NEPA reform is just one of the ways I assisted the Administration in "right-sizing regulation," which I think of as vigorously protecting the environment, but in more efficient ways that lower compliance costs, allowing the national economy to grow and prosper.

In addition to managing the Environment and Civil Divisions, I also maintained an active personal litigation docket, arguing the most cases of any Assistant Attorney General in 2017-2021, most of which were cases in the federal courts of appeal.  That work also brought significant victories (indeed, an 88% win rate) for the Office of Management and Budget, the Office of Science and Technology Policy, the Environmental Protection Agency, the Chemical Safety Board, as well as the Departments of Agriculture, Commerce, Defense, Energy, Interior, State, and Transportation.

Thank you again for the humbling opportunity to serve.  My tenure in your Administration spanned two Attorneys General — Sessions and Barr — and two Acting Attorneys General — Whitaker and Rosen.  I learned much from each of those colleagues and their approach to public service.

I wish you well in your own return to private life.  And I hope you will join me in praying for the Nation's best welfare in trying times.

Sincerely,

*[signature: Jeffrey Bossert Clark]*

Jeffrey Bossert Clark