# EXHIBIT 5

Query   Reports   Utilities   Help   Log Out

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Tyler)
## CIVIL DOCKET FOR CASE #: 6:20-cv-00660-JDK

Gohmert et al v. Pence
Assigned to: District Judge Jeremy D. Kernodle
Cause: 28:1332 Diversity-Injunctive & Declaratory Relief

Date Filed: 12/27/2020
Date Terminated: 01/01/2021
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Louie Gohmert**    represented by   **Howard Kleinhendler**
Howard Kleinhendler Esquire
369 Lexington Ave, 12th Floor
New York, NY 10017
917-793-1188
Fax: 732-901-0832
Email: howard@kleinhendler.com
*ATTORNEY TO BE NOTICED*

**Julia Zsuzsa Haller**
Defending the Republic
601 Pennsylvania Ave. NW
Suite 900
Washington, DC 20004
561-888-3166
Email: hallerjulia@outlook.com
*ATTORNEY TO BE NOTICED*

**Lawrence J Joseph**
Law Office of Lawrence J Joseph
1250 Connecticut Avenue NW
Suite 700
Washington, DC 20036
202-355-9452
Fax: 202-318-2254
Email: ljoseph@larryjoseph.com
*ATTORNEY TO BE NOTICED*

**William Lewis Sessions**
Sessions & Associates
14951 Dallas North Parkway
Suite 400
Dallas, TX 75254
214/217-8855
Fax: 214/723-5346

|  |  |
|---|---|
|  | Email: lsessions@sessionslaw.net *ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Tyler Bowyer** represented by | **Howard Kleinhendler** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **Julia Zsuzsa Haller** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **Lawrence J Joseph** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **William Lewis Sessions** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Nancy Cottle** represented by | **Howard Kleinhendler** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **Julia Zsuzsa Haller** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **Lawrence J Joseph** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **William Lewis Sessions** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **Jake Hoffman** represented by | **Howard Kleinhendler** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **Julia Zsuzsa Haller** (See above for address) *ATTORNEY TO BE NOTICED* |
|  | **Lawrence J Joseph** (See above for address) *ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **William Lewis Sessions**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **Anthony Kern** | represented by | **Howard Kleinhendler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Julia Zsuzsa Haller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lawrence J Joseph**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **William Lewis Sessions**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **James R. Lamon** | represented by | **Howard Kleinhendler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Julia Zsuzsa Haller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lawrence J Joseph**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **William Lewis Sessions**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **Sam Moorhead** | represented by | **Howard Kleinhendler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Julia Zsuzsa Haller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lawrence J Joseph**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **William Lewis Sessions**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Montgomery** | represented by | **Howard Kleinhendler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Zsuzsa Haller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Lawrence J Joseph**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **William Lewis Sessions**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Loraine Pellegrino** | represented by | **Howard Kleinhendler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Zsuzsa Haller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Lawrence J Joseph**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **William Lewis Sessions**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Greg Safsten** | represented by | **Howard Kleinhendler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julia Zsuzsa Haller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Lawrence J Joseph**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**William Lewis Sessions**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kelli Ward** | represented by | **Howard Kleinhendler** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Zsuzsa Haller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Lewis Sessions**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael Ward** | represented by | **Howard Kleinhendler** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Zsuzsa Haller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Lewis Sessions**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Marian Sheridan** | represented by | **Wm. Charles Bundren** |

Wm. Charles Bundren & Associates
2591 Dallas Parkway
Suite 300
Frisco, TX 75034
214/808-3555
Fax: 972/624-5340

|  |  |
|---|---|
|  | Email: charles@bundrenlaw.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor Plaintiff** |  |
| **Meshawn Maddock** represented by | **Wm. Charles Bundren**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor Plaintiff** |  |
| **Mari-Ann Henry** represented by | **Wm. Charles Bundren**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor Plaintiff** |  |
| **Amy Facchinello** represented by | **Wm. Charles Bundren**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Michael R. Pence** represented by | **John V. Coghlan**<br>United States Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br>202-353-2793<br>Email: john.coghlan2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| | |
|---|---|
| **Alan Hamilton Kennedy**<br>1975 N Grant St Unit 421<br>Denver, CO 80203<br>(303) 345-3397 represented by | **Alan Hamilton Kennedy**<br>1975 N. Grant St.<br>Unit 421<br>Denver, CO 80203<br>303-345-3397<br>Email: alan.kennedy@aya.yale.edu<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | |
|---|---|
| **U.S. House of Representatives** | represented by **Douglas N. Letter**<br>House of General Counsel U.S. House of Representatives<br>219 Cannon House Office Building<br>Washington, DC 20515<br>202-225-9700<br>Fax: 202-226-1360<br>Email: dletter@bradyunited.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

| | |
|---|---|
| **Mr. Timothy P Dowling**<br>*Timothy P. Dowling pro se* | represented by **Timothy P Dowling**<br>8107 Villefranche Dr<br>Corpus Christi, TX 78414<br>361-960-3135<br>Fax: none<br>Email: Relampago@aol.com<br>PRO SE<br><br>**Timothy P Dowling**<br>8017 Villefranche Drive<br>Corpus Christi, TX 78414<br>361-960-3135<br>Email: relampago@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | |
|---|---|
| **MIchele Lundgren** | represented by **Wm. Charles Bundren**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |


| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2020 | 1 | COMPLAINT *EMERGENCY COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF* against Michael R. Pence ( Filing fee $ 402 receipt number 0540-8169550.), filed by Louie Gohmert. (Attachments: # 1 Exhibit EX A Arizona Joint Resolution, # 2 Civil Cover Sheet)(Sessions, William) (Entered: 12/27/2020) |
| 12/28/2020 | | District Judge Jeremy D. Kernodle added. (mll, ) (Entered: 12/28/2020) |
| 12/28/2020 | 2 | Emergency MOTION for Preliminary Injunction *AND EXPEDITED DECLARATORY JUDGMENT* by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward. (Attachments: # 1 Text of Proposed Order Proposed |

| | | |
|---|---|---|
| | | Order)(Sessions, William) (Entered: 12/28/2020) |
| 12/28/2020 | 3 | Summons Issued as to Michael R. Pence, U.S. Attorney and U.S. Attorney General, and emailed to plaintiff for service. (Attachments: # 1 Summons(es) US Attorney, # 2 Summons(es) US Attorney General)(mll, ) (Entered: 12/28/2020) |
| 12/28/2020 | 4 | NOTICE of Attorney Appearance - Pro Hac Vice by Howard Kleinhendler on behalf of All Plaintiffs. Filing fee $ 100, receipt number 0540-8171069. (Kleinhendler, Howard) (Entered: 12/28/2020) |
| 12/29/2020 | 5 | AFFIDAVIT of Service for Summons and Proof of Service served on Stephen J. Cox on 12/29/20, filed by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward. (Sessions, William) (Entered: 12/29/2020) |
| 12/29/2020 | 6 | NOTICE of Attorney Appearance - Pro Hac Vice by Lawrence J Joseph on behalf of All Plaintiffs. Filing fee $ 100, receipt number 0540-8172359. (Joseph, Lawrence) (Entered: 12/29/2020) |
| 12/29/2020 | 7 | MOTION to Expedite *Shorten Time for Response to Plaintiffs' Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief and Request for Expedited Scheduling Order* by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion to Shorten Time)(Sessions, William) (Entered: 12/29/2020) |
| 12/29/2020 | 8 | NOTICE of Attorney Appearance - Pro Hac Vice by Timothy P Dowling on behalf of Timothy P Dowling. Filing fee $ 100, receipt number 0540-8172653. (Dowling, Timothy) (Entered: 12/29/2020) |
| 12/29/2020 | | MINUTE ORDER: The Court ORDERS that a briefing schedule will be set on Plaintiffs emergency motion (Docket No. 2) after Plaintiffs file proof of service in accordance with Federal Rule of Civil Procedure 4(i). (ksd) (Entered: 12/29/2020) |
| 12/29/2020 | 9 | NOTICE by Timothy P Dowling (Dowling, Timothy) (Entered: 12/29/2020) |
| 12/29/2020 | 10 | SUMMONS Returned Executed by James R. Lamon, Kelli Ward, Nancy Cottle, Sam Moorhead, Loraine Pellegrino, Timothy P Dowling, Michael Ward, Tyler Bowyer, Robert Montgomery, Louie Gohmert, Jake Hoffman, Greg Safsten, Anthony Kern. Michael R. Pence served on 12/29/2020, answer due 2/27/2021. (Joseph, Lawrence) (Entered: 12/29/2020) |
| 12/29/2020 | 11 | SUMMONS Returned Executed by James R. Lamon, Kelli Ward, Nancy Cottle, Sam Moorhead, Loraine Pellegrino, Timothy P Dowling, Michael Ward, Tyler Bowyer, Robert Montgomery, Louie Gohmert, Jake Hoffman, Greg Safsten, Anthony Kern. All Defendants. (Joseph, Lawrence) (Entered: 12/29/2020) |
| 12/29/2020 | 12 | ORDER for Expedited Briefing on 2 Emergency Motion for Preliminary Injunction and Expedited Declaratory Judgment - Granting In Part 7 Motion to Expedite. Signed by District Judge Jeremy D. Kernodle on 12/29/2020. (jdk1) (Entered: 12/29/2020) |
| 12/30/2020 | 13 | MOTION for Leave to File an Amicus Brief by John S. Campbell, Amicus Curiae. (Attachments: # 1 Text of Proposed Order, # 2 Envelope(s))(ksd ) (Entered: 12/30/2020) |

| | | |
|---|---|---|
| 12/31/2020 | 14 | NOTICE of Attorney Appearance - Pro Hac Vice by Alan Hamilton Kennedy on behalf of Alan Hamilton Kennedy. Filing fee $ 100, receipt number 0540-8175915. (Kennedy, Alan) (Entered: 12/31/2020) |
| 12/31/2020 | 15 | MOTION to Intervene *as Presidential Elector, Brief in Support of Motion to Intervene, and Opposition to Plaintiffs Louie Gohmert et al.'s Emergency Motion* by Alan Hamilton Kennedy. (Attachments: # 1 Text of Proposed Order)(Kennedy, Alan) (Entered: 12/31/2020) |
| 12/31/2020 | 16 | NOTICE of Attorney Appearance by Douglas N. Letter on behalf of U.S. House of Representatives (Letter, Douglas) (Entered: 12/31/2020) |
| 12/31/2020 | 17 | NOTICE of Attorney Appearance by John V. Coghlan on behalf of All Defendants (Coghlan, John) (Entered: 12/31/2020) |
| 12/31/2020 | 18 | RESPONSE in Opposition re 2 Emergency MOTION for Preliminary Injunction *AND EXPEDITED DECLARATORY JUDGMENT* filed by Michael R. Pence. (Coghlan, John) (Entered: 12/31/2020) |
| 12/31/2020 | 19 | MOTION to Intervene by Timothy P Dowling. (Attachments: # 1 Exhibit Motion to dismiss, # 2 Exhibit Order granting motion)(Dowling, Timothy) (Entered: 12/31/2020) |
| 12/31/2020 | 20 | MOTION to Dismiss by Timothy P Dowling. (Attachments: # 1 Text of Proposed Order Order to intervene, # 2 Text of Proposed Order Order to dismiss)(Dowling, Timothy) (Entered: 12/31/2020) |
| 12/31/2020 | 21 | MOTION for Leave to File *Amicus Brief* by U.S. House of Representatives. (Attachments: # 1 Text of Proposed Order)(Letter, Douglas) (Entered: 12/31/2020) |
| 12/31/2020 | 22 | TRIAL BRIEF *Proposed Amicus Brief* by U.S. House of Representatives. (Letter, Douglas) (Entered: 12/31/2020) |
| 12/31/2020 | 23 | Unopposed MOTION for Leave to File Excess Pages *for Plaintiffs' Response to Defendants' and Intervenors' Briefs In Opposition* by Louie Gohmert, Jake Hoffman. (Attachments: # 1 Text of Proposed Order Proposed Order)(Sessions, William) (Entered: 12/31/2020) |
| 12/31/2020 | 24 | ORDER granting 23 Motion for Leave to File Excess Pages. Signed by District Judge Jeremy D. Kernodle on 12/31/2020. (jdk1) (Entered: 12/31/2020) |
| 01/01/2021 | 25 | Unopposed MOTION to Intervene *INTERVENORS MICHELE LUNDGREN ET.AL.S UNOPPOSED MOTION TO INTERVENE* by MIchele Lundgren, Marian Sheridan, Meshawn Maddock, Mari-Ann Henry, Amy Facchinello. (Attachments: # 1 Exhibit Intervenor Lundgren's Original Complaint, # 2 Text of Proposed Order)(Bundren, Wm.) (Entered: 01/01/2021) |
| 01/01/2021 | 26 | Unopposed MOTION for Extension of Time to File *Plaintiff's Reply Brief* by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward. (Sessions, William) (Entered: 01/01/2021) |
| 01/01/2021 | 27 | Unopposed MOTION for Extension of Time to File *Plaintiff's Reply Brief* by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward. (Attachments: # 1 Text of Proposed Order)(Sessions, William) (Entered: 01/01/2021) |

| | | |
|---|---|---|
| 01/01/2021 | 28 | NOTICE of Attorney Appearance - Pro Hac Vice by Julia Zsuzsa Haller on behalf of All Plaintiffs. Filing fee $ 100, receipt number 0540-8176550. (Haller, Julia) (Entered: 01/01/2021) |
| 01/01/2021 | 29 | ORDER granting 27 Motion for Extension of Time to File. Signed by District Judge Jeremy D. Kernodle on 1/1/2021. (jdk1) (Entered: 01/01/2021) |
| 01/01/2021 | 30 | RESPONSE in Support re 2 Emergency MOTION for Preliminary Injunction *AND EXPEDITED DECLARATORY JUDGMENT*, 27 Unopposed MOTION for Extension of Time to File *Plaintiff's Reply Brief filed by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward*. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Errata Exhibit D, # 5 Exhibit Exhibit E)(Sessions, William) (Entered: 01/01/2021) |
| 01/01/2021 | 31 | Unopposed MOTION for Extension of Time to File *Response or Brief to Defendant and Others* by MIchele Lundgren. (Attachments: # 1 Text of Proposed Order)(Bundren, Wm.) (Entered: 01/01/2021) |
| 01/01/2021 | 32 | BRIEF filed *INTERVENORS MICHELE LUNDGREN ET.AL.S BRIEF IN SUPPORT OF PLAINTIFFS' RELIEF SOUGHT* by MIchele Lundgren. (Bundren, Wm.) (Entered: 01/01/2021) |
| 01/01/2021 | 33 | Additional Attachments to Main Document: 30 Response in Support of Motion,,.. (Sessions, William) (Entered: 01/01/2021) |
| 01/01/2021 | 34 | REPLY to Response to Motion re 2 Emergency MOTION for Preliminary Injunction *AND EXPEDITED DECLARATORY JUDGMENT Reply to Plaintiffs Response 1/1/21 re Rule 19 filed by Timothy P Dowling*. (Dowling, Timothy) (Entered: 01/01/2021) |
| 01/01/2021 | 35 | NOTICE by Timothy P Dowling re 19 MOTION to Intervene (Dowling, Timothy) (Entered: 01/01/2021) |
| 01/01/2021 | 36 | Emergency MOTION to Intervene *as Presidential Elector, Brief in Support of Motion to Intervene, and Opposition to Plaintiffs' Emergency Motion (Amending and Expanding Motion to Intervene of Dec. 31, 2020 at Docket No. 15)* by Alan Hamilton Kennedy. (Attachments: # 1 Text of Proposed Order)(Kennedy, Alan) (Entered: 01/01/2021) |
| 01/01/2021 | 37 | ORDER OF DISMISSAL. The Court dismisses the case without prejudice. Signed by District Judge Jeremy D. Kernodle on 1/1/2021. (efarris, ) (Entered: 01/01/2021) |
| 01/01/2021 | 38 | FINAL JUDGMENT. Signed by District Judge Jeremy D. Kernodle on 1/1/2021. (efarris, ) (Entered: 01/01/2021) |
| 01/01/2021 | 39 | NOTICE OF APPEAL as to 37 Order Dismissing Case, 38 Order by Tyler Bowyer, Nancy Cottle, Louie Gohmert, Jake Hoffman, Anthony Kern, James R. Lamon, Robert Montgomery, Sam Moorhead, Loraine Pellegrino, Greg Safsten, Kelli Ward, Michael Ward. Filing fee $ 505, receipt number 0540-8176796. Appeal Record due by 1/15/2021. (Joseph, Lawrence) (Entered: 01/01/2021) |
| 01/02/2021 | 40 | NOTICE OF APPEAL by MIchele Lundgren. Filing fee $ 505, receipt number 0540-8176887. (Bundren, Wm.) (Entered: 01/02/2021) |
| 01/02/2021 | 41 | EMERGENCY MOTION on 39 Notice of Appeal, 40 Notice of Appeal. (ksd ) (Entered: 01/04/2021) |

| | | | |
|---|---|---|---|
| 01/02/2021 | 42 | USCA JUDGMENT as to 39 Notice of Appeal, filed by James R. Lamon, Robert Montgomery, Anthony Kern, Michael Ward, Tyler Bowyer, Greg Safsten, Sam Moorhead, Nancy Cottle, Louie Gohmert, Loraine Pellegrino, Kelli Ward, Jake Hoffman, 40 Notice of Appeal filed by MIchele Lundgren. (ksd ) (Entered: 01/04/2021) | |
| 01/02/2021 | 43 | MANDATE of USCA as to 39 Notice of Appeal, filed by James R. Lamon, Robert Montgomery, Anthony Kern, Michael Ward, Tyler Bowyer, Greg Safsten, Sam Moorhead, Nancy Cottle, Louie Gohmert, Loraine Pellegrino, Kelli Ward, Jake Hoffman, 40 Notice of Appeal filed by MIchele Lundgren. (Attachments: # 1 Cover Letter)(ksd ) (Entered: 01/04/2021) | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/04/2023 08:52:52 | | | |
| **PACER Login:** | jclark5960 | **Client Code:** | 00000 |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-00660-JDK |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |