# EXHIBIT 9

NOWCAST     Watch on Demand ▶



☀ 59°

No Alerts & Closings in Your Area    Sign Up to Get Future Alerts    ‹ 2 / 2 › ⏸

## GET OUR POLITICS NEWSLETTER ✕

Stay up to speed on all the latest local and national political news.

[Your Email Address]   **SUBMIT**

Privacy Notice

Advertisement

# US Rep. Scott Perry responds to New York Times report

# he played role in President Trump contesting election

## WGAL News 8

Updated: 7:30 PM EST Jan 25, 2021

Infinite Scroll Enabled 

**Susan Shapiro**
Anchor

Susquehanna Valley Congressman **Scott Perry** (R-10) is responding to a **New York Times report** that he played a significant role in persuading former President Donald Trump to contest the election results.

WGAL News 8 requested to speak with Perry, but his office instead released the following statement:

Advertisement

"Throughout the past four years, I worked with Assistant Attorney General Clark on various legislative matters. When President Trump asked if I would make an introduction, I obliged.

"My conversations with the President or the Assistant Attorney General, as they have been with all whom I've engaged following the election, were a reiteration of the many concerns about the integrity of our elections, and that those allegations should at least be investigated to ease the minds of the voters that they had, indeed, participated in a free and fair election."

The NYT cited unnamed sources who said Perry introduced former U.S. Justice Department

official Jeffrey Clark to the president as someone sympathetic to his claims of election fraud.

According to the NYT, Perry and Clark wanted the Justice Department to send a letter to Georgia to investigate voter fraud but Acting Attorney General Jeffrey Rosen refused.

Following the NYT article, the Justice Department's inspector general announced Monday that an investigation is being launched to examine whether any former or current department officials engaged in an improper attempt to overturn the results.



**Watchdog probes if DOJ officials tried to overturn election**

## Reaction to article

Pennsylvania Gov. Tom Wolf tweeted about the New York Times article, saying Perry's attempt to compromise our justice system is a disgrace.

Wolf went on to say, "For months, he's spread lies and placed his political ambitions above the will of voters and the democracy he swore to protect.

"Pennsylvanians deserve better from their leaders. He must be held accountable."

> Rep. Perry's attempt to compromise our justice system is a disgrace.
>
> For months, he's spread lies and placed his political ambitions above the will of voters and the democracy he swore to protect.
>
> Pennsylvanians deserve better from their leaders. He must be held accountable. https://t.co/pPM10v2FOp
>
> — Governor Josh Shapiro (@GovernorShapiro) **January 25, 2021**

State Attorney General Josh Shapiro also tweeted about the article, saying, "Representative Perry ought to familiarize himself with Section 3 of the 14th Amendment of our Constitution. There must be consequences for this conduct."

> Representative Perry ought to familiarize himself with Section 3 of the 14th Amendment of our Constitution.
>
> There must be consequences for this conduct.https://t.co/09boH490Pv
>
> — Josh Shapiro (@JoshShapiroPA) **January 24, 2021**

Pennsylvania Democratic Party Chairwoman Nancy Patton Mills released the **following statement**:

"Scott Perry has disgraced South Central Pennsylvania, failed his country, and betrayed the trust of anyone who cares about our democracy. He is a stain on our Congress and must resign immediately.

If he fails to do so, Leader McCarthy must remove him from his committee assignments, and the NRCC and PA GOP must formally refuse to spend on his behalf."

**New York Times says Rep. Scott Perry played significant role in President Trump contesting election**

## GOOD HOUSEKEEPING

Good Housekeeping's 2023 Best Parenting Awards

The Best Furniture to Shop on Amazon in 2023

'PAW Patrol' Fans, Here's Where to Buy the New 'Mighty Movie' Toys

Where to Buy Mattel's 'Barbie' Movie Dolls Inspired by Margot Robbie and Ryan Gosling

## WGAL NEWS 8 LOCAL PENNSYLVANIA

  

Contact Us

News Team

Apps & Social

Email Alerts

Careers

Internships

Advertise

Digital Advertising Terms & Conditions

Broadcast Terms & Conditions

RSS

EEO Reports

Captioning Contacts

Public Inspection File

Public File Assistance

FCC Applications

News Policy Statements

Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2023, Hearst Television Inc. on behalf of WGAL-TV.

Privacy Notice    Your California Privacy Rights    Interest-Based Ads    Terms of Use    Site Map