# EXHIBIT 2

**Donoghue, Richard (ODAG)**

| | |
|---|---|
| **From:** | Donoghue, Richard (ODAG) |
| **Sent:** | Friday, January 1, 2021 4:28 PM |
| **To:** | Rosen, Jeffrey A. (ODAG) |
| **Subject:** | Re: [EXTERNAL] Fwd: |

At least it's better than the last one, but that doesn't say much.

> On Jan 1, 2021, at 4:22 PM, Rosen, Jeffrey A. (ODAG) <jarosen@jmd.usdoj.gov> wrote:
>
> Can you believe this?  I am not going to respond to message below.
>
> **From:** Meadows, Mark R. EOP/WHO <(b) (6)>
> **Sent:** Friday, January 1, 2021 4:13 PM
> **To:** Rosen, Jeffrey A. (ODAG) <jarosen@jmd.usdoj.gov>
> **Subject:** Re: [EXTERNAL] Fwd:
>
> There have been allegations of signature match anomalies in Fulton county, Ga.   Can you get Jeff Clark to engage on this issue immediately to determine if there is any truth to this allegation
>
> Sent from my iPhone
>
>> On Jan 1, 2021, at 3:22 PM, Rosen, Jeffrey A. (ODAG) <Jeffrey.Rosen38@usdoj.gov> wrote:
>>
>> Got it.  Thanks.
>>
>> **From:** Meadows, Mark R. EOP/WHO <(b) (6)>
>> **Sent:** Friday, January 1, 2021 3:09 PM
>> **To:** Rosen, Jeffrey A. (ODAG) <jarosen@jmd.usdoj.gov>
>> **Subject:** Re: [EXTERNAL] Fwd:
>>
>> You should have it now
>>
>> Sent from my iPhone
>>
>>> On Jan 1, 2021, at 2:51 PM, Rosen, Jeffrey A. (ODAG) <Jeffrey.Rosen38@usdoj.gov> wrote:

SJC-Pre-CertificationEvents-05072021-000673

Document ID: 0.7.2774.166643