# EXHIBIT 3

Mtg w/ DAG + Jeff Clark – 6th Fl.

1/2/21
– Saturday
– Called in by DAG

(1) DNI Briefing – no evidence of ballot/data tampering in IC
– influence only

– JC has interviewed woman over weekend

(2) GA – ~~long time~~ largest Bail Bondsman in GA + his own phone co.
– he called head of GBI – not interested
then called – Bobby Christine – but nothing done | conducted surveillance on warehouse on Ktg St.
– thinks he saw trucks move ballots to shredding location

Acknowledges that he did not call [illegible] tech as he was told to. [illegible] a federal law requires that ballots be preserved for 22 months

Cobb Cty – woman who worked at facility testified at the GA Sen. Hg. that she saw shred trucks at election location.

Based on the 2 GA allegations of ballot shredding in GA, JC wants, once again, to send letter saying
(1) DOJ believes there is significant fraud, across States, and
(2) GA Legislature should call itself into session and select new electors

This is entirely unacceptable.

DAG and I make it clear that the Department will not send out such a letter as long as we are in charge of it.

JC reiterates that POTUS has offered him Acting AG position + that he has committed to let him know on Monday whether he wants to do that.

Another difficult meeting.

FOR INTERNAL SJC USE ONLY
DO NOT DISTRIBUTE