# EXHIBIT 8

An official website of the United States government  Here's how you know

 CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY

AMERICA'S CYBER DEFENSE AGENCY

Search

**Topics**   **Spotlight**   **Resources & Tools**   **News & Events**   **Careers**   **About**   🔒 **REPORT A CYBER ISSUE**

SHARE:   



# Election Security

CISA works to secure both the physical security and cybersecurity of the systems and assets that support the nation's elections.

| **Election Security** |
| --- |
| Best Practices for Securing Election Systems |
| Foreign Influence Operations and Disinformation |

CISA works to provide election stakeholders with the information they need to manage risk to their systems and assets.

## Overview

Every year, citizens across the United States cast their ballots for the candidates of their choice. Fair and free elections are a hallmark of American democracy. The American people's confidence in the value of their vote is principally reliant on the security and resilience of the infrastructure that makes the

Nation's elections possible. Accordingly, an electoral process that is both secure and resilient is a vital national interest and one of CISA's highest priorities.

In January 2017, the Department of Homeland Security officially designated election infrastructure as a subset of the government facilities sector, making clear that election infrastructure qualifies as critical infrastructure. This designation recognizes that the United States' election infrastructure is of such vital importance to the American way of life that its incapacitation or destruction would have a devastating effect on the country. Election infrastructure is an assembly of systems and networks that includes, but is not limited to:

- Voter registration databases and associated IT systems;
- IT infrastructure and systems used to manage elections (such as the counting, auditing, and displaying of election results, and the post-election reporting to certify and validate results);
- Voting systems and associated infrastructure;
- Storage facilities for election and voting system infrastructure; and
- Polling places (to include early voting locations).

CISA works to secure both the physical security and cybersecurity of the systems and assets that support the Nation's elections.

## CISA's Role

CISA is committed to working collaboratively with those on the front lines of elections—state and local governments, election officials, federal partners, and private sector partners—to manage risks to the Nation's election infrastructure. The Agency provides resources on election security for both the public and

election officials at all levels and will remain transparent and agile in its vigorous efforts to protect America's election infrastructure against new and evolving threats.

# Featured Content

## Election Security Rumor vs. Reality </rumor-vs-reality>

Rumor vs. Reality provides accurate and reliable information on common disinformation narratives that relate to the security of election infrastructure.

## Election Cybersecurity Toolkit </cybersecurity-toolkit-and-resources-protect-elections>

CISA—through the Joint Cyber Defense Collaborative (JCDC) </joint-cyber-defense-collaborative>—compiled a toolkit to help state and local government officials, election officials, and vendors enhance the cyber resilience of U.S. election infrastructure.

## Election Security is Partnership </election-security-partnership>

CISA collaborates with federal departments and agencies, state and local governments, election officials, and valued partners through new and existing engagements to secure election systems.

## Election Security Services

## Join the EI-ISAC <https://learn.cisecurity.org/ei-isac-registration>

## Crossfeed </resources-tools/services/cr

</election-security-services>

CISA's services are available at no cost to state and local government officials and private sector election infrastructure partners.

Membership in the Elections Infrastructure Information Sharing and Analysis Center (EI-ISAC) is open to all state, local, tribal, and territorial organizations that support election officials.

Crossfeed enab organizations t better-informe decisions and p CISA with great insight on vulnerabilities public-facing a supporting Nat Critical Functio </national-critic functions>.

## Publications

Discover election security publications, resources, and other voluntary tools.

To view Spanish-translated election security publications, click **here**.

### PSA: Malicious Cyber Activity Against Election Infrastructure Unlikely to Disrupt or Prevent Voting

</resources-tools/resources/psa-malicious-cyber-activity-against-election-infrastructure-unlikely>

PUBLICATION

### PSA: Foreign Actors Likely to Use Information Manipulation Tactics for 2022 Midterm Elections

</resources-tools/resources/psa-foreign-actors-likely-use-information-manipulation-tactics-2022>

PUBLICATION

Informs the public that attempts by cyber actors to compromise election infrastructure are unlikely to result in large-scale disruptions or prevent voting.

Download File (PDF, 208.24 KB)

Informs the public that foreign actors may intensify efforts to influence the outcome of the 2022 midterm elections.

Download File (PDF, 229.23 KB)

Election Infrastructure Insider Threat Mitigation Guide </resources-tools/resources/election-infrastructure-insider-threat-mitigation-guide>

PUBLICATION

This guide offers election stakeholders guidance on understanding and mitigating the risk of insider threats to elections.

Download File (PDF, 426.32 KB)

Election Security Training and Exercise Offerings Flyer </resources-tools/resources/election-security-training-and-exercise-offerings-flyer>

PUBLICATION

An overview of CISA's no-cost trainings and exercise services designed to enhance security and resilience of election infrastructure.

Download File (PDF, 137.77 KB)

VIEW ALL PUBLICATIONS 

# Announcements

**MAR 11, 2023**   ■   **PUBLICATION**

**U.S. Electoral Process Infographic - Spanish Translation** </resources-tools/resources/us-electoral-process-infographic-spanish-translation>

MAR 10, 2023 ◼ MEETING AGENDAS

**Election Disinformation Toolkit - Spanish Translation** </resources-tools/resources/election-disinformation-toolkit-spanish-translation>

MAR 10, 2023 ◼ PUBLICATION

**Ensuring and Securing Your Vote - National Audience - Spanish Translation** </resources-tools/resources/ensuring-and-securing-your-vote-national-audience-spanish-translation>

MAR 10, 2023 ◼ PUBLICATION

**Ensuring and Securing Your Vote - State & Local Audience - Spanish Translation** </resources-tools/resources/ensuring-and-securing-your-vote-state-local-audience-spanish-translation>

NOV 09, 2022 ◼ PRESS RELEASE

**Statement from CISA Director Easterly on the Security of the 2022 Elections** </news-events/news/statement-cisa-director-easterly-security-2022-elections>

NOV 04, 2022  |  BLOG

## What to Expect When You are Expecting an Election </news-events/news/what-expect-when-you-are-expecting-election>

VIEW ALL NEWS →

## Contact Us

For questions or more information, please email us at electionsecurity@cisa.dhs.gov.

CONTACT US →

Return to top

**Topics** </topics>

**Spotlight** </spotlight>

**Resources & Tools** </resources-tools>

**News & Events** </news-events>

**Careers** </careers>

**About** </about>



    

## CISA Central

888-282-0870        Central@cisa.dhs.gov



CISA.gov

An official website of the U.S. Department of Homeland Security

| | | | |
|---|---|---|---|
| About CISA </about> | Accessibility <https://www.dhs.gov/accessibility> | Budget and Performance <https://www.dhs.gov/performance-financial-reports> | DHS.gov <https://www.dhs.gov> |
| FOIA Requests <https://www.dhs.gov/foia> | No FEAR Act </cisa-no-fear-act-reporting> | Office of Inspector General <https://www.oig.dhs.gov/> | Privacy Policy </privacy-policy> |
| Subscribe | The White House <https://www.whitehouse.gov/> | USA.gov <https://www.usa.gov/> | Website Feedback </forms/feedback> |