# EXHIBIT 13

Thank you for printing our content at www.fvap.gov. Please check back to find out the latest information regarding absentee voting.

 (/)

Looking for Something?    Search

## About FVAP

The Federal Voting Assistance Program (FVAP) works to ensure Service members, their eligible family members, and overseas citizens are aware of their right to vote and have the tools and resources to successfully do so - from anywhere in the world.

The Director of FVAP administers the *Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) (https://www.fvap.gov/info/laws/uocava)* on behalf of the Secretary of Defense. *UOCAVA*, as amended by the *Military and Overseas Voter Empowerment (MOVE) Act*, requires states to transmit requested absentee ballots to *UOCAVA* voters no later than 45 days before a federal election. Those citizens protected by *UOCAVA* include:

- Members of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Coast Guard, United States Public Health Service Commissioned Corps, and National Oceanic and Atmospheric Administration Commissioned Corps)
- Members of the Merchant Marines
- Eligible family members of the above
- U.S. citizens residing outside the U.S.

FVAP assists voters through partnerships with the Military Services, Department of State, Department of Justice, election officials from 50 states, U.S. territories, and the District of Columbia.

To see FVAP's overall mission, vision, and goals for the next several years you can check out the Strategic Plan (https://www.fvap.gov/uploads/FVAP/Policies/StratPlan_20210802.pdf).