# EXHIBIT 15



Welcome to the new look of justice.gov. In the coming months you'll see more pages in this new design. Please share your feedback with our webmaster.

×

An official website of the United States government Here's how you know

# The Help America Vote Act Of 2002

Share

On October 29, 2002, President Bush signed the "Help America Vote Act of 2002," (HAVA), Pub. L. No. 107-252, 116 Stat. 1666 (2002) into law. The HAVA is codified at 52 U.S.C. 20901 to 21145. After the House of Representatives, on December 12, 2001, and the Senate on April 11, 2002, passed differing versions of H.R. 3295, joint conferees were named to reconcile the differences and adopted a conference report on October 8, 2002, which was then passed by the House and Senate without amendment.

The Help America Vote Act of 2002

1. creating a new federal agency to serve as a clearinghouse for election administration information;
2. providing funds to states to improve election administration and replace outdated voting systems; and
3. creating minimum standards for states to follow in several key areas of election administration.

## Department of Justice Activities

The United States has enforced HAVA through both litigation and by informing jurisdictions of the Department's views on the Act's requirements.

- The Department of Justice has released a guide to improving accessibility of polling places for disabled voters.
   ADA Checklist for Polling Places

## Department of Health and Human Services Activities

Department of Health and Human Services

## Election Assistance Commission Activities

Election Assistance Commission

## National Institute of Standards and Technology Activities

National Institute of Standards and Technology

*Updated April 5, 2023*


**Civil Rights Division**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Office of the Assistant Attorney General, Main
Washington DC 20530

Civil Rights Division
202-514-3847

TTY
202-514-0716

Signup for Email Updates
Social Media



Archives

Budget & Performance

FOIA

Accessibility

Legal Policies & Disclaimers

Privacy Policy

For Employees

Information Quality

Office of the Inspector General

No FEAR Act Data

Small Business

Vote.gov

Español

**Have a question about Government Services?**

Contact USA.gov


TOP