# EXHIBIT 16

An official website of the United States government Here's how you know

**See something? Please let us know!**
While our website is fairly new, we are working to make sure that all of our content is working as it should. You can contact us by submitting a contact form (Concerning: "Website feedback") if you notice something that needs our attention.
Thank you!

**Click on the "X" in the upper right corner of this message box to remove it from your view.**

UNITED STATES
ELECTION ASSISTANCE
COMMISSION

Languages

Search EAC

Election Admin | Voting | Election Technology | Research | Grants | News & Events | About

EAC Home › About the EAC

# About the EAC

The U.S. Election Assistance Commission (EAC) is an independent, bipartisan commission whose mission is to help election officials improve the administration of elections and help Americans participate in the voting process.

The U.S. Election Assistance Commission (EAC) was established by the Help America Vote Act of 2002 (HAVA). The EAC is an independent, bipartisan commission charged with developing guidance to meet HAVA requirements, adopting voluntary voting system guidelines, and serving as a national clearinghouse of information on election administration. The EAC also accredits testing laboratories and certifies voting systems, as well as audits the use of HAVA funds.

Other responsibilities include maintaining the national mail voter registration form developed in accordance with the National Voter Registration Act of 1993.

HAVA established the Standards Board and the Board of Advisors to advise the EAC. The law also established the Technical Guidelines Development Committee to assist the EAC in the development of voluntary voting system guidelines.

The four EAC commissioners are appointed by the president and confirmed by the U.S. Senate. The EAC is required to submit an annual report to Congress as well as testify periodically about HAVA progress and related issues. The commission also holds public meetings and hearings to inform the public about its progress and



What is the U.S. Election Assistance Commission?

activities.

## Featured About the EAC Materials & Quick Links

### EAC Commissioners

The Help America Vote Act of 2002 (HAVA) specifies that four commissioners are nominated by the President on recommendations from th... majority and minority leadership in the

EAC Commissioners

### EAC Advisory Boards

Established advisory committees that help the EAC complete its mission; Standards Board, Board of Advisors, Technical Guidelines Development... Committee, and Local Leadership

EAC Advisory Boards

### Contact U.S. EAC

EAC contact information and inquiry submission form.

Contact U.S. EAC

## EAC Operations


**EAC Operations**
Agency policies, annual reports, and other reports.


**EAC Directors**
Information on EAC Executives.


**Budget and Finance**
Agency budgets and justifications, agency financial reports, and other reporting.


**Human Resources**
Find policies, careers, and surveys.


**FOIA**
Policies, contact information, and the FOIA reading room.


**Careers**
Learn how to become a part of our EAC staff.

## More EAC Information


### Become a Poll Worker
Learn how to sign up to help in your community and what being a poll worker means.


### Help America Vote Act
The Help America Vote Act (HAVA) of 2002 was passed by the United States Congress to make sweeping reforms to the nation's...


### Congressional Affairs
Information on testimony and hearings from the EAC's two congressional committees: (1) Committee on House Administration, and (...


### Annual Reports
The fiscal year activities reports (annual report) summarize EAC's efforts to improve federal election administration.


### Social Media Comment Policy
View the EAC Social Media Policy.


### No Fear Act
No Fear Act Annual Report, Anti-discrimination Laws, Whistleblower Protection Laws, Retaliation for Engaging in Protected...


### Privacy Statement
View the EAC's privacy statement information.


### FOIA Reading Room
The FOIA Reading Room contains frequently requested documents as well as EAC statements, correspondence, and administrative...


### Equal Employment Opportunity
The following materials include documentation that supports and guides the EAC in Equal Employment Opportunity efforts.

## Latest News & Events

**PRESS RELEASES**

**U.S. Election Assistance Commission Celebrates Third National Poll Worker Recruitment Day, Thanking Civic Volunteers and Inspiring New Generations of Americans to Volunteer**

Wednesday, August 23, 2023

**ELECTION ADMINISTRATION**

**Poll Worker Recruitment Series: Best Practices for Recruiting High School and College Students**

Wednesday, August 16, 2023

**PRESS RELEASES**

**EAC Commissioners Issue Joint Statement Celebrating the 33rd Anniversary of the Americans with Disabilities Act (ADA)**

Wednesday, July 26, 2023

View All News

## Latest Election Official Resources


**Continuity of Operations Plan (COOP) Template**
The COOP Template can help election officials create or revise their plan to withstand an incident/disaster and the processes…


**Write-In Voting Report**
This document provides a state-by-state look into the approaches, considerations, and handling of write-in votes.

**National Poll Worker Recruitment Day Toolkit**
This toolkit has been created to support election officials with poll worker recruitment and is accompanied with various…


**AI Toolkit**
The purpose of this document is to provide election officials with a general understanding of AI tools, and the opportunities…


**Poll Worker Quick Tips: Recruitment**
This guide is intended to provide election officials with sample suggestions to support poll worker recruitment efforts.

**State Election Policies**
This interactive map and data shows the manner in which elections are conducted and vary by state.

View All Election Official Resources

## Latest Election Official Videos



**Engaging Student Voters in College Communities**



**National Poll Worker Recruitment Day 2023: Election Office Best Practices**



**Election Processes Simulations: Voting Process Changes (Video Series)**

View All Election Official Videos



**U.S. Election Assistance Commission**

633 3rd Street NW, Suite 200, Washington, DC 20001

**Contact the EAC**

Phone: 1 (866) 747-1471 (toll free)
Email: clearinghouse@eac.gov
Website: Contact Us

| About EAC | FOIA Requests | Privacy Policy | For more U.S. government information |
|---|---|---|---|
| Accessibility Support | No FEAR Act Data | Site Map | visit: USA.gov |
| | Office of the Inspector General | | |