# EXHIBIT 17

🇺🇸 An official website of the United States government  Here's how you know



See something? Please let us know!

While our website is fairly new, we are working to make sure that all of our content is working as it should. You can contact us by submitting a contact form (Concerning: "Website feedback") if you notice something that needs our attention.

Thank you!

**Click on the "X" in the upper right corner of this message box to remove it from your view.**

# UNITED STATES ELECTION ASSISTANCE COMMISSION

🌐 Languages

Search EAC 🔍

Election Admin  |  Voting  |  Election Technology  |  **Research**  |  Grants  |  News & Events  |  About

EAC Home › Research & Data › Studies and Reports

# Studies and Reports

Thursday, September 14, 2023

Share ›

## Election Administration and Voting Survey (EAVS) Comprehensive Report

On June 29, 2023, the EAC published the biennial Election Administration and Voting Survey (EAVS) Comprehensive Report, an analysis of state-by-state data that covers various topics related to the administration of federal elections. Topics covered through EAVS data collection relate to voter registration and list maintenance, voting practices for overseas citizens and members of the armed forces serving away from home and other important issues related to voting and election administration. It is a survey of all 50 U.S. states, the District of Columbia, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands.

Prior to 2014, this data was reported in three different reports – the National Voter Registration Act (NVRA) report, the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) report, and the Election Day Survey. In addition, for the 2018 administration of the EAVS, the EAC transitioned from the Statutory Overview, which asks states a series of open-ended questions about their election laws, definitions, and procedures, and now, administers the Policy Survey, a series of closed-ended questions that cover the same topics - allowing for cleaner data and that is more usable than the previous question type.

**On this page you will find links to all EAVS Comprehensive Reports, NVRA, UOCAVA, Data Interactives, State-by-State Briefs, and Statutory Overview datasets, codebooks, and survey instruments from 2004 - Present.**



[View all videos](#)

## Data Interactive

The Election Administration and Voting Survey interactive allows users to examine and compare data at both the state and local levels, as well as look at any combination of jurisdictions side by side. Our related guide provides details on how to use the tool.

- **2020 EAVS Data Interactive (use arrow button in the bottom right hand of the graphic below to expand)**

  - The data visualization tool below was built using Microsoft's Power BI and is publicly accessible to any user. The visualization tool has several "pages" covering different topics, with at least one page dedicated to every section in EAVS. Users can navigate from one page to another depending on the topic they are interested in. While in the selected page, users can navigate and choose to see the data from any state, territory, or county in the United States by making the corresponding selection in an interactive map or a dropdown menu. The users can also select the year they want to see the results for through a selection panel at the top of the page. Finally, all pages contain a text box with the corresponding description of the variables involved in that page. These descriptions are pulled directly from the EAVS and only slightly edited when appropriate to ensure clarity for the visualization tool user.

*Click* here *to download the full PowerBI file.*



# EAVS Reports and Materials by Reporting Year

## 2024

- [Planned Changes to 2024 EAVS](#)

## 2022

- **2022 Election Administration and Voting Survey Report** (Full PDF Version)
- EAVS: Data Codebook
- Policy Survey: Data Codebook
- EAVS Datasets Version 1.0 (released June 29, 2023): Excel, Stata, CSV, SPSS, SAS
- Policy Survey: Excel, Stata, CSV, SPSS, SAS
- 2022 Election Administration and Voting Survey Instrument
- 2022 Election Administration Policy Survey Instrument
- The first public comment period for the 2022 Election Administration and Policy Survey closed on January 28, 2022. The second public comment period closed on April 4, 2022.
- A Guide to the Election Administration and Voting Survey (Updated July 20, 2022)
- 2022 EAVS Glossary
- 2022 EAVS portal (https://eavsportal.com/)

## 2020

- **2020 Election Administration and Voting Survey Report**
  - To expand the usability of the EAVS report, the EAC has translated the Executive Summary into 20 languages. These translations are available here.
- 2020 Data Interactive (Download the PowerBI file) How to Use Guide
- EAVS: Data Codebook
- Policy Survey: Data Codebook
- EAVS Datasets Version 1.1 (released October 8, 2021): CSV, Excel, SPSS, Stata, SAS
- Errata Note (released October 8, 2021)

- EAVS Datasets Version 1.0 (released August 16, 2021): CSV, Excel, SPSS, Stata, SAS
- Policy Survey: CSV, Excel, SPSS, Stata, SAS
- The first public comment period for the 2020 Election Administration and Policy Survey closed on December 6, 2019. The second public comment period closed on March 12, 2020.
- 2020 Election Administration and Voting Survey Instrument
- 2020 Election Administration Policy Survey Instrument
- A Guide to the Election Administration and Voting Survey

State-by-State Data Highlights

Alabama | Alaska | American Samoa | Arkansas | Arizona | California | Colorado | Connecticut | Delaware | District of Columbia | Florida | Georgia | Guam | Hawaii | Idaho | Illinois | Indiana | Iowa | Kansas | Kentucky | Louisiana | Maine | Maryland | Massachusetts | Michigan Hampshire | New Jersey | New Mexico | New York | North Carolina | North Dakota | Northern Mariana Islands | Ohio | Oklahoma | Oregon | Pennsylvania | Puerto Rico | Rhode Island | South Carolina | South Dakota | Tennessee | Texas | U.S. Virgin Islands | Utah  | Vermont | Virginia | Washington | West Virginia | Wisconsin | Wyoming

## 2018

- **2018 Election Administration and Voting Survey Report**
    - 2018 EAVS and Policy Survey Online Appendices - Descriptive Tables
- 2018 Data Interactive (External Webpage) how to use guide (Video)
- EAVS: Data Codebook
- Policy Survey: Data Codebook
- EAVS Datasets Version 1.3 (released July 15, 2020): CSV, Excel, SPSS, Stata
    - Errata Note (February 18, 2020)
    - Errata Note (July 15, 2020)
- EAVS Datasets Version 1.2 (released February 18, 2020): CSV, Excel, SPSS, Stata, SAS
- EAVS Datasets Version 1.1 (released October 22, 2019): CSV, Excel, SPSS, Stata, SAS
    - Errata Note (October 22, 2019)
- EAVS Datasets Version 1.0 (released June 27, 2019): CSV, Excel, SPSS, Stata, SAS
- Policy Survey: CSV, Excel, SPSS, Stata, SAS
- 2018 Election Administration and Voting Survey Instrument
- 2018 Election Administration Policy Survey Instrument (formerly the Statutory Overview) Download PDF

State-by-State Data Highlights

| Alabama | Alaska | Arkansas | Arizona  | California | Colorado | Connecticut | Delaware |  District of Columbia | Florida | Georgia | Guam | Hawaii | Idaho | Illinois | Indiana | Iowa | Kansas | Kentucky | Louisiana | Maine | Maryland | Massachusetts | Michigan Hampshire | New Jersey | New Mexico | New York | North Carolina | North Dakota | Ohio | Oklahoma | Oregon | Pennsylvania | Puerto Rico | Rhode Island | South Carolina | South Dakota | Tennessee | Texas | U.S. Virgin Islands | Utah  | Vermont | Virginia | Washington | West Virginia | Wisconsin | Wyoming

## 2016

- **2016 Election Administration and Voting Survey Report**
- 2016 Data Interactive (External Webpage)
    - EAVS 2016 - How to Guide on Data Interactive
- Datasets: Excel, SPSS, CSV, Stata
- Dataset Notes
- Data Codebook
- Survey Instrument
- Statutory Overview Dataset: AK - KS; KY - NY; OH - WY
- Statutory Overview Survey Instrument

State-by-State Data Highlights

Alabama | Alaska | Arkansas | Arizona  | California | Colorado | Connecticut | Delaware | District of Columbia | Florida | Georgia | Guam | Hawaii | Idaho | Illinois | Indiana | Iowa | Kansas | Kentucky | Louisiana | Maine | Maryland | Massachusetts | Michigan Hampshire | New Jersey | New Mexico | New York | North Carolina | North Dakota | Ohio | Oklahoma | Oregon | Pennsylvania | Puerto Rico | Rhode Island | South Carolina | South Dakota | Tennessee | Texas | U.S. Virgin Islands | Utah | Vermont | Virginia | Washington | West Virginia | Wisconsin | Wyoming

# 2014

- **2014 Election Administration and Voting Survey Report**
- Datasets: Excel, SPSS, DBF
- Dataset Notes
- Data Codebook
- Survey Instrument
- Statutory Overview Dataset: A-I, J-N, O-Z
- Statutory Overview Survey Instrument

# 2012

- **2012 Election Administration and Voting Survey Report**
- NVRA Datasets: Excel, SPSS, DBF Part 1, DBF Part II
- NVRA Data Codebook
- UOCAVA Datasets: Excel, SPSS, DBF part I, DBF part II
- UOCAVA Data Codebook
- Election Day Survey Datasets: Excel – Sections C, D, E, Excel – Section F, SPSS, DB
- Survey Instrument: NVRA, UOCAVA, and Election Day Survey
- Statutory Overview Dataset: A-I, J-N, O-Z
- Statutory Overview Survey Instrument

# 2010

- **2010 Election Administration and Voting Survey Report**
- NVRA Datasets: Excel, SPSS, DBF Part 1, DBF Part II
- Texas Revised NVRA Data (per the State's Request - XLS)
- Illinois Revised NVRA Data (per the State's Request - XLS)
- California's same day registration data for Alameda County (question A4a) is incorrect and, according to the state, no revised data is available. The number of same day registration applications in California is not 1,897,328 as previously reported. Readers of the report and users of California's data should exercise caution when interpreting and analyzing data for question A4a. Additionally, readers should note that the total number of same day registrations for the 16 states that received these types of applications is likely to be far less than 2,376,178 as previously reported. Revised NVRA Table 5.
- NVRA Data Codebook
- UOCAVA Datasets Excel, SPSS, DBF part I, DBF part II, DBF part III,
- UOCAVA Data Codebook
- Election Day Survey Datasets: Excel, SPSS, DBF
- Survey Instrument: NVRA, UOCAVA, and Election Day Survey
- Statutory Overview Dataset: A-M, N-Z
- Statutory Overview Survey Instrument

# 2008

- **2008 Election Administration and Voting Survey Report**
- NVRA, UOCAVA, and Election Day Survey Datasets: Excel, SAS, DBF, Kentucky, Illinois (The data submitted by Kentucky and Illinois were mistakenly excluded from the dataset.)

- [Survey Instrument](): NVRA, UOCAVA, and Election Day Survey
- [Statutory Overview Dataset]()
- [Statutory Overview Survey Instrument]() (last section of Statutory Overview report)

## 2006

- [2006 Election Administration and Voting Survey Report]()
- NVRA, UOCAVA, and Election Day Survey Datasets: [Excel]()
- [Data Codebook](): NVRA, UOCAVA, and Election Day Survey
- [Survey Instrument](): NVRA, UOCAVA, and Election Day Survey

## 2004

- [2004 Election Administration and Voting Survey Report]()
- NVRA, UOCAVA, and Election Day Survey Datasets: [Excel]()
- [Survey Instrument]() (Appendix 1): NVRA, UOCAVA, and Election Day Survey



**U.S. Election Assistance Commission**

633 3rd Street NW, Suite 200, Washington, DC 20001

**Contact the EAC**

Phone: 1 (866) 747-1471 (toll free)
Email: clearinghouse@eac.gov
Website: Contact Us

| | | | |
|---|---|---|---|
| About EAC | FOIA Requests | Privacy Policy | For more U.S. government information visit: USA.gov |
| Accessibility Support | No FEAR Act Data | Site Map | |
| | Office of the Inspector General | | |

< Back to report    MAIL BALLOTS TRANSMITTED, RETURNED, COUNTED, AND REJECTED IN SELECTED STATE...

| State | County | Transmitted | Returned | Counted | Pct. Counted | Rejected | Pct. Rejected |
|---|---|---|---|---|---|---|---|
| GEORGIA | EFFINGHAM COUNTY | 6,600 | 4,938 | 4,903 | 99.3% | 35 | 0.7% |
| GEORGIA | ELBERT COUNTY | 2,667 | 2,051 | 2,038 | 99.4% | 13 | 0.6% |
| GEORGIA | EMANUEL COUNTY | 2,450 | 1,726 | 1,721 | 99.7% | 5 | 0.3% |
| GEORGIA | EVANS COUNTY | 1,080 | 848 | 845 | 99.6% | 3 | 0.4% |
| GEORGIA | FANNIN COUNTY | 4,497 | 3,427 | 3,426 | 100.0% | 1 | 0.0% |
| GEORGIA | FAYETTE COUNTY | 24,803 | 18,654 | 18,607 | 99.7% | 47 | 0.3% |
| GEORGIA | FLOYD COUNTY | 11,740 | 8,697 | 8,696 | 100.0% | 1 | 0.0% |
| GEORGIA | FORSYTH COUNTY | 40,744 | 30,840 | 30,673 | 99.5% | 167 | 0.5% |
| GEORGIA | FRANKLIN COUNTY | 2,704 | 2,033 | 2,032 | 100.0% | 1 | 0.0% |
| GEORGIA | FULTON COUNTY | 213,065 | 146,098 | 146,029 | 100.0% | 69 | 0.0% |
| GEORGIA | GILMER COUNTY | 4,418 | 3,478 | 3,471 | 99.8% | 7 | 0.2% |
| GEORGIA | GLASCOCK COUNTY | 378 | 257 | 257 | 100.0% | 0 | 0.0% |
| GEORGIA | GLYNN COUNTY | 13,883 | 10,221 | 10,178 | 99.6% | 43 | 0.4% |
| GEORGIA | GORDON COUNTY | 5,365 | 4,068 | 4,055 | 99.7% | 13 | 0.3% |
| GEORGIA | GRADY COUNTY | 3,364 | 2,247 | 2,238 | 99.6% | 9 | 0.4% |
| GEORGIA | GREENE COUNTY | 4,159 | 2,832 | 2,817 | 99.5% | 15 | 0.5% |
| GEORGIA | GWINNETT COUNTY | 165,988 | 124,464 | 123,669 | 99.4% | 795 | 0.6% |
| GEORGIA | HABERSHAM COUNTY | 5,629 | 4,246 | 4,246 | 100.0% | 0 | 0.0% |
| GEORGIA | HALL COUNTY | 27,862 | 21,602 | 21,533 | 99.7% | 69 | 0.3% |
| GEORGIA | HANCOCK COUNTY | 1,886 | 1,476 | 1,473 | 99.8% | 3 | 0.2% |
| GEORGIA | HARALSON COUNTY | 2,993 | 2,480 | 2,480 | 100.0% | 0 | 0.0% |
| GEORGIA | HARRIS COUNTY | 5,398 | 4,180 | 4,178 | 100.0% | 2 | 0.0% |
| GEORGIA | HART COUNTY | 3,667 | 2,601 | 2,591 | 99.6% | 10 | 0.4% |
| GEORGIA | HEARD COUNTY | 1,299 | 982 | 981 | 99.9% | 1 | 0.1% |
| GEORGIA | HENRY COUNTY | 40,573 | 29,327 | 29,126 | 99.3% | 201 | 0.7% |
| GEORGIA | HOUSTON COUNTY | 25,699 | 19,972 | 19,950 | 99.9% | 22 | 0.1% |
| GEORGIA | IRWIN COUNTY | 936 | 623 | 622 | 99.8% | 1 | 0.2% |
| GEORGIA | JACKSON COUNTY | 9,372 | 7,327 | 7,298 | 99.6% | 29 | 0.4% |
| GEORGIA | JASPER COUNTY | 1,911 | 1,482 | 1,482 | 100.0% | 0 | 0.0% |
| GEORGIA | JEFF DAVIS COUNTY | 1,239 | 823 | 822 | 99.9% | 1 | 0.1% |
| GEORGIA | JEFFERSON COUNTY | 2,430 | 1,713 | 1,713 | 100.0% | 0 | 0.0% |
| **Total** | | **90,687,975** | **70,551,224** | **69,560,316** | **98.6%** | **560,828** | **0.8%** |



## 2024

- Planned Changes to 2024 EAVS

## 2022

- **2022 Election Administration and Voting Survey Report** (Full PDF Version)
- EAVS: Data Codebook
- Policy Survey: Data Codebook
- EAVS Datasets Version 1.0 (released June 29, 2023): Excel, Stata, CSV, SPSS, SAS
- Policy Survey: Excel, Stata, CSV, SPSS, SAS
- 2022 Election Administration and Voting Survey Instrument
- 2022 Election Administration Policy Survey Instrument
- The first public comment period for the 2022 Election Administration and Policy Survey closed on January 28, 2022. The second public comment period closed on April 4, 2022.
- A Guide to the Election Administration and Voting Survey (Updated July 20, 2022)
- 2022 EAVS Glossary
- 2022 EAVS portal (https://eavsportal.com/)

## 2020

- **2020 Election Administration and Voting Survey Report**
    - To expand the usability of the EAVS report, the EAC has translated the Executive Summary into 20 languages. These translations are available here.
- 2020 Data Interactive (Download the PowerBI file) How to Use Guide
- EAVS: Data Codebook
- Policy Survey: Data Codebook
- EAVS Datasets Version 1.1 (released October 8, 2021): CSV, Excel, SPSS, Stata, SAS
- Errata Note (released October 8, 2021)
- EAVS Datasets Version 1.0 (released August 16, 2021): CSV, Excel, SPSS, Stata, SAS
- Policy Survey: CSV, Excel, SPSS, Stata, SAS
- The first public comment period for the 2020 Election Administration and Policy Survey closed on December 6, 2019. The second public