# EXHIBIT 18

🇺🇸 An official website of the United States government  Here's how you know ⌄

Español



Call us at 1-844-USAGOV1        🔍 Search all government

| All topics and services | About the U.S. and its government | Government benefits | Housing help | Scams and fraud | Taxes | Travel |

Home > Voting and elections > Voting and election laws > Voting rights laws

**Voting and elections**

Voter registration

How, where, and when to vote

Decide who to vote for

Find my state or local election office

Congressional, state, and local elections

**Voting and election laws**

Voter ID requirements

Is voting mandatory?

Voter fraud,

# Voting rights laws and constitutional amendments

Federal laws govern voting rights. Learn about the laws and how they protect your rights and make it easier for you to vote.

U.S. election laws date back to Article 1 of the Constitution. This gave states the responsibility of overseeing federal elections. Many constitutional amendments and federal laws to protect voting rights have been passed since then.

**Constitutional amendments affecting voting rights**

- suppression and other crimes
- **Voting rights laws**
- Voter accessibility laws
- Federal campaign finance laws
- Presidential election process
- Inauguration of the president
- Results of past elections

- The 15th Amendment gave African American men the right to vote in 1870. But many weren't able to exercise this right. Some states used literacy tests and other barriers to make it harder to vote.
- The 19th Amendment, ratified in 1920, gave American women the right to vote.
- The 24th Amendment, ratified in 1964, eliminated poll taxes. The tax had been used in some states to keep African Americans from voting in federal elections.
- The 26th Amendment, ratified in 1971, lowered the voting age for all elections to 18.

**Federal voting rights laws**

**State voter ID laws**

LAST UPDATED: August 21, 2023

SHARE THIS PAGE:   

## Have a question?

Ask a real person any government-related question for free. They will get you the answer or let you know where

Case 1:23-cv-03721-SCJ    Document 43-18    Filed 09/14/23    Page 4 of 10

to find it.

 Call USAGov

 Chat with USAGov

## What you think matters!

Was this page helpful?

◯ Yes    ◯ No

Next

Form Approved OMB#3090-0297 Exp. Date 06/30/2025

| Government information | About us | For federal agencies | For media | Sign up to receive email updates |
|---|---|---|---|---|
| All topics and services | About USAGov | Partner with us | USAGov Outreach | Enter your email |
| Directory of U.S. government agencies and departments | Privacy and security policies | Read our blog | Feature articles | |
| Branches of government | Accessibility policy | | | Sign up |
| | Report a website issue | | | |
| | Website usage data | | | |

## USAGov Contact Center

Ask USA.gov a question at
1-844-USAGOV1 (1-844-872-4681)

## Find us on social media

   

USAGov is the official guide to government information and services

🇺🇸 An official website of the United States government  Here's how you know

Español



Call us at 1-844-USAGOV1

Search all government 🔍

| All topics and services | About the U.S. and its government | Government benefits | Housing help | Scams and fraud | Taxes | Travel |

Home > Voting and elections > Voting and election laws > Voting rights laws

**Voting and elections**

Voter registration

How, where, and when to vote

Decide who to vote for

Find my state or local election office

Congressional, state, and local elections

**Voting and election laws**

Voter ID requirements

Is voting mandatory?

Voter fraud,

# Voting rights laws and constitutional amendments

Federal laws govern voting rights. Learn about the laws and how they protect your rights and make it easier for you to vote.

U.S. election laws date back to Article 1 of the Constitution. This gave states the responsibility of overseeing federal elections. Many constitutional amendments and federal laws to protect voting rights have been passed since then.

**Constitutional amendments affecting voting rights**

- suppression and other crimes
- **Voting rights laws**
- Voter accessibility laws
- Federal campaign finance laws
- Presidential election process
- Inauguration of the president
- Results of past elections

## Federal voting rights laws

Federal laws passed over the years help protect Americans' right to vote and make it easier for citizens to exercise that right:

- The Civil Rights Acts created some of the earliest federal protections against discrimination in voting. These protections were first outlined by the Civil Rights Act of 1870 and were later amended by the:
    - Civil Rights Act of 1957
    - Civil Rights Act of 1960
    - Civil Rights Act of 1964
- The Voting Rights Act of 1965 prohibited voter discrimination based on race, color, or membership in a language minority group. It also required certain places to provide election materials in languages besides English.
    - The act also placed limits on certain states with a history of voter discrimination. These states had to get federal approval before passing voter restrictions. A 2013 Supreme Court decision struck down this rule.
- The Voting Accessibility for the Elderly and Handicapped Act of 1984 required polling places to be accessible to people with disabilities.
- The Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) of 1986 allowed members of the U.S. armed forces and U.S. voters abroad to register and vote by mail.
- The National Voter Registration Act (NVRA) of 1993

created new ways to register to vote. It also called for states to keep more accurate voter registration lists.

- The Help America Vote Act (HAVA) of 2002 authorized federal funds for elections. It also created the U.S. Election Assistance Commission (EAC). The EAC helps states comply with HAVA to adopt minimum standards on voter education, registration, and ballots.
- The Military and Overseas Voting Empowerment (MOVE) Act of 2009 improved access to voting by military voters and voters living outside of the U.S.

Learn more about the federal laws that protect your ability to vote with Know Your Voting Rights, from the Department of Justice.

**State voter ID laws**

LAST UPDATED: August 21, 2023

SHARE THIS PAGE:   

## Have a question?

Ask a real person any government-related question for free. They will get you the answer or let you know where

to find it.

 Call USAGov

 Chat with USAGov

## What you think matters!

Was this page helpful?

◯ Yes     ◯ No

Next

Form Approved OMB#3090-0297 Exp. Date 06/30/2025

| Government information | About us | For federal agencies | For media | Sign up to receive email updates |
|---|---|---|---|---|
| All topics and services | About USAGov | Partner with us | USAGov Outreach | Enter your email |
| Directory of U.S. government agencies and departments | Privacy and security policies | Read our blog | Feature articles | Sign up |
| Branches of government | Accessibility policy | | | |
| | Report a website issue | | | |
| | Website usage data | | | |

## USAGov Contact Center

Ask USA.gov a question at

1-844-USAGOV1 (1-844-872-4681)

## Find us on social media

   

USAGov is the official guide to government information and services