AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| State of Georgia | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-03721 |
| Jeffrey Bossert Clark | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Georgia.

Date: 09/15/2023

/s/ Daysha D. Young
*Attorney's signature*

Daysha D. Young 406798
*Printed name and bar number*
136 Pryor Street., 3rd Floor
Atlanta, GA 30303

*Address*

daysha.young@fultoncountyga.gov
*E-mail address*

(404) 612-8759
*Telephone number*

*FAX number*