# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-03721-SCJ |
| ) | |
| v. ) | |
| ) | RE: NOTICE OF REMOVAL |
| JEFFREY BOSSERT CLARK, ) | OF FULTON COUNTY |
| ) | SUPERIOR COURT |
| Defendant. ) | INDICTMENT NO. |
| ) | 23SC188947 |

## PLAINTIFF'S CERTIFICATION OF SERVICE OF SUBPOENA

In accordance with the requirements of Fed. R. Civ. P. 45 and LR 5.4, NDGa., counsel for Plaintiff the State of Georgia hereby notifies Defendant Jeffrey Bossert Clark that a subpoena was served by electronic service upon Joseph Harold Hunt on Friday, September 8, 2023. A true and correct copy of the subpoena is attached hereto.

Respectfully submitted this 15th day of September 2023.

FANI T. WILLIS
District Attorney
Atlanta Judicial Circuit

/s/ John W. "Will" Wooten
JOHN W. "WILL" WOOTEN
GA Bar Number 410684
Deputy District Attorney

Fulton County District Attorney's Office
136 Pryor Street SW
3rd Floor
Atlanta, GA 30303
(404) 612-6560
will.wooten@fultoncountyga.gov

## CERTIFICATE OF COMPLIANCE

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

This 15th day of September 2023.

/s/ John W. "Will" Wooten
JOHN W. "WILL" WOOTEN
Deputy District Attorney

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 15th day of September 2023.

<u>/s/ John W. "Will" Wooten</u>
JOHN W. "WILL" WOOTEN
Deputy District Attorney
