# IN THE US DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA | |
| v. | 1:23cv3721 |
| DONALD TRUMP, ET AL. | |

## WAIVER OF APPEARANCE

I understand that I have a right to be present at all hearings in my case. After discussions with counsel, it is my knowing and voluntary decision to waive my right to be present at the September 18, 2023 hearing on removal.

/s/ *Jeffrey B. Clark*

**JEFFREY B. CLARK, DEFENDANT**

Respectfully submitted,

*/s/ Harry W. MacDougald*
Harry W. MacDougald
Georgia Bar No. 463076
Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

*/s/ Catherine S. Bernard*
Catherine S. Bernard
Georgia Bar No. 505124
Bernard & Johnson, LLC
Five Dunwoody Park, Suite 100

Atlanta, Georgia 30338
(404) 480-0005
catherine@justice.law

**IN THE US DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| STATE OF GEORGIA | |
| v. | 1:23cv3721 |
| DONALD TRUMP, ET AL. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that the foregoing Waiver of Appearance has been served upon the State of Georgia through the Northern District of Georgia electronic filing system.

Respectfully submitted this 18th day of September, 2023.

*/s/ Harry W. MacDougald*
Harry W. MacDougald
Georgia Bar No. 463076
Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

*/s/ Catherine S. Bernard*
Catherine S. Bernard
Georgia Bar No. 505124
Bernard & Johnson, LLC
Five Dunwoody Park, Suite 100
Atlanta, Georgia 30338
(404) 480-0005
catherine@justice.law