# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-03721-SCJ
### The State of Georgia v. Clark
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 09/18/2023.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 12:40 P.M.   COURT REPORTER: Penny Coudriet
TIME IN COURT: 3:00   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Catherine Bernard representing Jeffrey Bossert Clark<br>Anna Cross representing The State of Georgia<br>Harry MacDougald representing Jeffrey Bossert Clark<br>Adam Ney representing The State of Georgia<br>Nathan Wade representing The State of Georgia<br>Francis Wakeford representing The State of Georgia |
| PROCEEDING CATEGORY: | Evidentiary Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Evidentiary hearing held regarding Defendant's [1] Notice of Removal. Counsel presented oral argument. Plaintiff's witness Joseph Hunt sworn and testified. Plaintiff's exhibits 1 and 2 admitted. Closing arguments heard. The matter was taken under advisement by the Court with ruling to follow via written order. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |