# PLAINTIFF'S EXHIBIT LIST

| The State of Georgia v. Jeffrey Bossert Clark | | | | U. S. D. C.   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|---|---|---|
| **Counsel for Plaintiff:** Anna Cross, Francis Wakeford, Nathan Wade | | **Counsel for Defendant:** Harry MacDougald, Catherin Bernard | | Case No.:1:23-CV-3721-SCJ |
| | | | | Evidentiary Hearing Date: 9/18/2023 |
| Judge Steve C. Jones | | Court Reporters: Penny Coudriet | | Courtroom Deputy: Pamela Wright |
| Pla. Exh. | | Date Identified | Date Admitted | DESCRIPTION OF EXHIBITS |
| 1 | | 9/18/23 | 9/18/23 | Letter from DOJ to Fulton Co. DA's office dated 9/14/2023 in re: Touhy request for testimony of Joseph Hunt |
| 2 | | 9/18/23 | 9/18/23 | Memorandum dated 5/11/2009 from Attorney General in re: communications with White House and Conress |