FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 15 2023

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

# Bernard & Johnson, LLC

Bernard & Johnson, LLC

Five Dunwoody Park, Suite 100

Atlanta, Georgia 30338

(404) 477-4755

Fax: (404) 592-9089

1508 Bellevue Road

Post Office Box 755

Dublin, Georgia 31040

(478) 275-0522

Fax: (478) 275-8275

Catherine@justice.law - Direct: (404) 480-0005

September 12, 2023

**VIA FACSIMILE TO (478)272-1639**
Hon. Jon F. Helton, Judge
Superior Court of Laurens County
P.O. Box 2069
Dublin, GA 31040

**VIA EMAIL TO giddensm@eighthdistrict.org**
Hon. William D. Taylor, Judge
Superior Court of Treutlen County
P.O. Box 2015
Dublin, GA 31040

**VIA EMAIL TO**
**enotahjudicialassistant@gmail.com**
Hon. Joy R. Parks, Judge
Superior Court of Lumpkin County
325 Riley Road, Room 212
Dahlonega, GA 30533

**VIA ELECTRONIC FILING**
Hon. Steve C. Jones, Judge
United States District Court - Northern District
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**VIA EMAIL TO jeanne_hyder@gas.uscourts.gov**
Hon. Dudley H. Bowen, IV, Judge
United States District Court - Southern District
600 James Brown Blvd.
Augusta, GA 30901

Dear Judges:

Pursuant to Uniform Superior Court Rule 17.1, I am hereby giving notice of conflicts for the week of September 18, 2023.

On Monday, September 18th, at 9:00am, I am scheduled to appear before the Honorable Jon F. Helton, in the Superior Court of Laurens County for jury trial in the cases of *State of Georgia v. Antonio Davis, Case No. 2015-FE-0114, State of Georgia v. Willie Trevon Spikes, Case No. 22-FE-0293,* and *State of Georgia v. Robert Eural Martin, Case No. M20-0149-JH.* Mr. Davis and Mr. Spikes are in custody.

On Monday, September 18th, 2023, at 9:00am, I am also scheduled to appear before the Honorable Joy R. Parks, in the Superior Court of Lumpkin County for calendar call in the cases of *State of Georgia v. Daniel Mainhart, Case No. 2021-SU-CR-217-JP, State of Georgia v. Richard Johnson, Case No. 20-CR-109-JP, and State of Georgia v. Austin Tyler Mincey, Case No. 2021-CR-127-BL.*

On Monday, September 18th, 2023, at 9:30am, I am scheduled to appear before the Honorable Steve C. Jones, in Federal Courtroom 1907, in Atlanta, for a removal hearing in the case of *State of Georgia v. Jeffrey Bossert Clark, Case No. 1:23-cv-03721-SCJ.*

On Wednesday, September 20th, 2023, at 9:00am, I am scheduled to appear before the Honorable William D. Taylor, in the Superior Court of Treutlen County for Calendar Call in the cases of *State of Georgia v. Dentrenell Downing, Case No. 2017-FE-0067, State of Georgia v. Mandy Criswell, Case No. 19-FE-0051-DG, and Dedric Roberson, Case No. 19-FE-0163B-DG*, a Competency Hearing in the case of *State of Georgia v. Michael Byrd, Case No. 21-CR-0007*, and an Arraignment in the case of *State of Georgia v. Ramon Perez, Case No. 23-CR-0052.*

On Wednesday, September 20th, 2023, at 10:00am, I am also scheduled to appear in front of Honorable Dudley H. Bowen, in Federal Court in Augusta for a sentencing hearing in the case of *State of Georgia v. Jonathan Bennett Capece, Case No. 3:22-cr-00003-DHB-BKE.*

Counsel shows that she is lead counsel in the above-mentioned cases, save for State of Georgia v. Jeffrey Bossert Clark in which she is second chair, and certifies that the interests of her clients cannot be adequately handled by another attorney except to the extent proposed below. Counsel further certifies that a copy of this letter has been sent to all persons whose names appear above, as required by said rule, as well as opposing counsel in said cases.

In resolution of this conflict, counsel will accept the direction of the affected Courts. Counsel has arranged to have associate counsel available to handle Judge Parks' calendar in Lumpkin County.

Thank you very much for your consideration.

Very truly yours,

CATHERINE S. BERNARD
Attorney at Law

cc:   Clerk of Treutlen County Superior Court (Via Mail 639 Second Street South, Suite 301, Soperton, GA 30457)
Dublin Judicial Circuit District Attorney (Via Facsimile to (478) 272-0559)
Clerk of Laurens County Superior Court (Via Facsimile to (478) 275-2595)
Dublin Judicial Circuit District Attorney (Via Facsimile to (478) 272-0559)
Clerk of United States Southern District Court, Augusta Division (Via Mail to 600 James Brown Blvd, Augusta, GA, 30901)
Criminal Division of United States Attorneys Office (Via E-Mail to Hank.Syms@usdoj.gov)
Clerk of Lumpkin County Superior Court (Via Facsimile to (706) 864-5298)
Enotah Judicial Circuit Distrcit Attorney (Via Facsimile to (706)745-6029)
Fulton County District Attorneys Office (Via Email to fani.willisda@fultoncountyga.gov)
Clerk of United States Northern District Court (Via Mail to 75 Ted Turner Dr NW, Suite 2211, Atlanta, GA

# LAW OFFICES OF
# CATHERINE S. BERNARD

ATTORNEY AT LAW
POST OFFICE BOX 755
DUBLIN, GEORGIA 31040



CLEARED DATE

SEP 1 5 2023

U.S. Marshals Service
Atlanta, GA 30303

Clerk of United States Northern  District Court
75 Ted Turner Dr NW, Suite 2211
Atlanta, GA 30303

30303$3318 C039