RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 18 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# LAW OFFICES OF
# CATHERINE S. BERNARD
## POST OFFICE BOX 755
DUBLIN, GEORGIA 31040
admin@bernardlawoffices.com

TELEPHONE (478) 275-0522                                   FAX (478) 275-8275

September 14, 2023.

Hon. Kevin P. Weimer, Clerk
Clerk of United States Northern District Court
75 Ted Turner Dr NW, Suite 2211
Atlanta, GA 30303

Re:     Conflict Letter

Dear Mr. Weimer,

Enclosed please find the scheduling Conflict Letter pertaining to the week of September 18th, 2023. Kindly disregard the last copy of this letter and move forward using this version. Should you have any questions or concerns, please feel free to reach out to our office. Thank you so much!

Sincerely yours,

CATHERINE S. BERNARD
Attorney at Law

CSB/emh
Enclosures

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 18 2023

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# Bernard & Johnson, LLC

| | |
|---|---|
| Bernard & Johnson, LLC | 1508 Bellevue Road |
| Five Dunwoody Park, Suite 100 | Post Office Box 755 |
| Atlanta, Georgia 30338 | Dublin, Georgia 31040 |
| (404) 477-4755 | (478) 275-0522 |
| Fax: (404) 592-9089 | Fax: (478) 275-8275 |

Catherine@justice.law - Direct: (404) 480-0005

September 14, 2023.

**VIA FACSIMILE TO (478)272-1639**
Hon. Jon F. Helton, Judge
Superior Court of Laurens County
P.O. Box 2069
Dublin, GA 31040

**VIA EMAIL TO giddensm@eighthdistrict.org**
Hon. William D. Taylor, Judge
Superior Court of Laurens County
P.O. Box 2015
Dublin, GA 31040

**VIA ELECTRONIC FILING**
Hon. Steve C. Jones
United States District Court - Northern District
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**VIA EMAIL TO jgreen@eighthdistrict.org**
Hon. Judson L. Green, IV, Judge
Superior Court of Treutlen County
P.O. Box 2100
Dublin, Ga 31040

**VIA EMAIL TO jeanne_hyder@gas.uscourts.gov**
Hon. Dudley H. Bowen, IV, Judge
United States District Court - Southern District
600 James Brown Blvd.
Augusta, GA 30901

**VIA EMAIL TO enotahjudicialassistant@gmail.com**
Hon. Joy R. Parks, Judge
Superior Court of Lumpkin County
325 Riley Road, Room 212
Dahlonega, GA 30533

Dear Judges:

Pursuant to Uniform Superior Court Rule 17.1, I am hereby giving notice of conflicts for the week of August 28th, 2023.

The week of September 18th, 2023, at 9:00am, I am scheduled to appear before the Honorable Jon F. Helton, in the Superior Court of Laurens County for trial week in the cases of *State of Georgia v. Antonio Davis, Case No. 2015-FE-0114, State of Georgia v. Willie Trevon Spikes, Case No. 22-FE-0293, and State of Georgia v. Robert Eural Martin, Case No. M20-0149-JH.*

On Monday, September 18th, 2023, at 9:00am, I am also scheduled to appear before the Honorable Joy R. Parks, in the Superior Court of Lumpkin County for calendar call in the cases of *State of Georgia v. Daniel Mainhart, Case No. 2021-SU-CR-217-JP, State of Georgia v. Richard Johnson, Case No. 20-CR-109-JP, and State of Georgia v. Austin Tyler Mincey, Case No. 2021-CR-127-BL.*

On Monday, September 18th, 2023, at 9:30am, I am scheduled to appear before the Honorable Steve C. Jones, in Federal Courtroom 1907, in Atlanta, for a removal hearing in the case of *State of Georgia v. Jeff Clark, Case No. 1:23-cv-03721-SCJ.*

On Wednesday, September 20th, 2023, at 9:00am, I am scheduled to appear before the Honorable Judson L. Green IV, in the Superior Court of Treutlen County for a competency hearing in the case of, *State of Georgia v. Michael Byrd, Case No. 21-CR-0007*, and an Arraignment in the case of *State of Georgia v. Ramon Perez, Case No. 23-CR-0052.*

On Wednesday, September 20th, 2023, at 9:00a, I am scheduled to appear before the Honorable William D. Taylor, in the Superior Court of Laurens County for Calendar Call in the cases of, *State of Georgia v. Dentrenell Downing, Case No. 2017-FE-0067, State of Georgia v. Mandy Criswell, Case No. 19-FE-0051-DG, and Dedric Roberson, Case No. 19-FE-0163B-DG.*

On Wednesday, September 20th, 2023, at 10:00am, I am also scheduled to appear in front of Honorable Dudley H. Bowen, in Federal Court in Augusta for a sentencing hearing in the case of *State of Georgia v. Jonathan Bennett Capece, Case No. 3:22-cr-00003-DHB-BKE.*

In resolution of this conflict, counsel will accept the direction of the affected Courts.

Thank you very much for your consideration.

Very truly yours,

CATHERINE S. BERNARD
Attorney at Law

cc:   Clerk of Treutlen County Superior Court (Via Mail 639 Second Street South, Suite 301, Soperton, GA 30457)
Dublin Judicial Circuit District Attorney (Via Facsimile to (478) 272-0559)
Clerk of Laurens County Superior Court (Via Facsimile to (478) 275-2595)
Dublin Judicial Circuit District Attorney (Via Facsimile to (478) 272-0559)
Clerk of United States Southern District Court, Augusta Division (Via Mail to 600 James Brown Blvd, Augusta, GA, 30901)
Criminal Division of United States Attorneys Office (Via E-Mail to Hank.Syms@usdoj.gov)
Clerk of Lumpkin County Superior Court (Via Facsimile to (706) 864-5298)
Enotah Judicial Circuit Distrcit Attorney (Via Facsimile to (706)745-6029)
Fulton County District Attorneys Office (Via Email to fani.willisda@fultoncountyga.gov)
Clerk of United States Northern District Court (Via Mail to 75 Ted Turner Dr NW, Suite 2211, Atlanta, GA 30303).

**CATHERINE S. BERNARD**
ATTORNEY AT LAW
1508 BELLEVUE ROAD
DUBLIN, GEORGIA 31021

MACON GA 310
15 SEP 2023  PM 2  L



CLEARED DATE
SEP 18 2023
U.S. Marshals Service
Atlanta, GA 30303

The Honorable Kevin P. Weimer
Clerk of United States Northern District Court
75 Ted Turner Dr NW, Suite 2211
Atlanta, GA 30303

30303-331861