# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **KEVIN P. WEIMER** | **DOCKETING SECTION** |
| **DISTRICT COURT EXECUTIVE** | **404-215-1655** |
| **AND CLERK OF COURT** | |

September 29, 2023

Superior Court of Fulton County
136 Pryor Street SW, Suite J2-640
Atlanta, GA 30303

Re:   The State of Georgia v. Clark
      Our Case Number:  1:23-cv-03721-SCJ
      Your Case Number:  23SC188947

Dear Clerk:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

Sincerely,

Kevin P. Weimer
District Court Executive and
Clerk of Court

By:  s/Shane Gazaway
     Deputy Clerk

Enclosure

**THIS LETTER AND ORDER IS A COURTESY COPY ONLY AND IS NOT TO BE MAILED BACK TO THE UNITED STATES DISTRICT COURT.**