## Details - Case # 23SC188947 - Envelope # 13275353

### Envelope

**Envelope ID**
13275353

**Username**

### Case Information

**Court Location**
Fulton - Superior - EJ15

**Case Type**
GC-GENERAL COMPLEX

**Case Category**
Criminal

**Judge**
MCAFEE, SCOTT

### Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| DEFENDANT | Jeffrey Bossert Clark | Catherine Bernard, Harry W MacDougald |
| PLAINTIFF | The State of Georgia | Nathan Wade, Anna Cross, John E Floyd, DAYSHA YOUNG, ADAM S NEY, ALEX BERNICK, FRANCIS MCDONALD WAKEFORD, GRANT H ROOD, WILL WOOTEN |
| NON PARTY | The Atlanta Journal-Constitution | LESLIE GA THER, Thomas Maciver Clyde |
| BONDING COMPANY | Free at Last Bonding Company | |

### Filings

**Filing Code**
NOTICE

**Filing Type**

**Filing Description**

**Client Ref #**

### Service Contacts



Service Contacts    28

Case 1:23-cv-03721-SCJ   Document 57   Filed 09/29/23   Page 2 of 2

## Fees

Payment account
C erk, U S  D str ct Court, Northern Georg a

Party responsible
Jeffrey Bossert C ark

Filing attorney

Order ID

Transaction Response

Transaction Amount
$0 00

Transaction ID

**Total**  $0 00
**Waiver Selected**