IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA,<br><br>v.<br><br>JEFFREY BOSSERT CLARK,<br><br>DEFENDANT. | Case No. 1:23-cv-3721<br><br>(Related to:<br><br>Case Nos.   1:23-cv-03621-SCJ<br>                   1:23-cv-03720-SCJ<br>                   1:23-cv-03792-SCJ<br>                   1:23-cv-03803-SCJ<br><br>Judge Steve C. Jones<br><br><br>On removal from the Fulton County Superior Court |

# NOTICE OF APPEAL

Notice is hereby given that Defendant Jeffrey B. Clark in the above-named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order at Dkt. No. 55, entered by Judge Steve C. Jones on September 29, 2023 remanding this case to the Fulton County Superior Court. *See* 28 U.S.C. 1447(d) (permitting interlocutory appeals of remand orders in federal officer removal cases (28 U.S.C. 1442)).

Respectfully submitted, this 9 day of October, 2023.

| | |
|---|---|
| **CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP** | **BERNARD & JOHNSON, LLC** |
| /s/ Harry W. MacDougald | /s/ Catherine S. Bernard |
| Harry W. MacDougald | Catherine S. Bernard |
| Ga. Bar No. 463076 | Ga. Bar No. 505124 |
| Two Ravinia Drive | 5 Dunwoody Park, Suite 100 |
| Suite 1600 | Atlanta, Georgia 30338 |
| Atlanta, GA 30346 | Direct phone: 404.432.8410 |
| (404) 843-1956 | catherine@justice.law |
| hmacdougald@ccedlaw.com | |

Attorneys for Defendant-Appellant Jeffrey B. Clark

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

The undersigned hereby certifies that this filing was prepared in the Times New Roman size 14 font in compliance with L.R. 5.1.

This this 9th day of October 2023.

<i><u>/s/ Harry W. MacDougald</u></i><br>
Georgia Bar No. 463076<br>
<i>Attorney for Defendant-Appellant</i>

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Appeal* was hereby filed on this 9th day of October 2023 with the Court's electronic filing system which causes service to be made upon all counsel of record.

This 9th day of October 2023.

                                     */s/ Harry W. MacDougald*
                                     Georgia Bar No. 463076
                                     *Attorney for Defendant*

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com