# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

October 10, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

   **U.S.D.C. No.:** 1:23-cv-3721-SCJ
   **U.S.C.A. No.:** 00-00000-00
   **In re:**  The State of Georgia v. Jeffrey Bossert Clark

 Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| | There is no transcript. |
| **X** | **The court reporter is Penny Coudriet.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 10/9/23. (Receipt# AGANDC-12936395)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| | This is a **DEATH PENALTY** appeal. |

          Sincerely,

          Kevin P. Weimer
          District Court Executive
          and Clerk of Court

        By: /s/P. McClam
          Deputy Clerk